## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE<br>1600 Pentagon 3E788<br>Washington, DC 20301-1600,<br><br>and<br><br>OFFICE OF MANAGEMENT AND BUDGET<br>725 17th Street, N.W.<br>Washington, DC 20503,<br><br>    Defendants. | Civil Action No. 19-3265 (CKK) |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendant's Response thereto, and the entire record herein, it is hereby:

ORDERED that that Plaintiff's Motion for a Preliminary Injunction is GRANTED; and

ORDERED that Defendants shall process Plaintiff's FOIA requests on an expedited basis; and

ORDERED that Defendants shall produce all non-exempt portions of records responsive to Plaintiff's FOIA requests by December 12, 2019.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge