**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>and<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendants. | Civil Action No. 1:19-cv-03265 (CKK) |

## NOTICE

Defendants respectfully submit this notice in accordance with the Court's Minute Order dated November 19, 2019. In that Minute Order, the Court noted that Defendants have agreed to release all responsive, non-exempt records by December 20, 2019, and that "[t]he only issue that remains is whether or not Defendants will begin releasing non-exempt responsive documents on a rolling basis prior to December 20, 2019." The Court further ordered Defendants to report on the number of documents responsive to Plaintiff's FOIA requests, exclusive of duplicates, by today at noon.

Defendants can now report that the number of unique, non-duplicative records they have identified as responsive to Plaintiffs' FOIA requests is approximately 120 (subject to the caveats in Defendants' prior filings). Defendants estimate this to be approximately 211 pages. Defendants are in the process of reviewing these records to identify any applicable withholdings pursuant to FOIA's exemptions and are conducting this review as diligently and expeditiously as possible.

Although the Department of Defense (DoD) has reduced the number of documents to be processed to approximately 211 pages, significant work remains to be done to process these records. These pages consist of sensitive internal communications that require careful and coordinated review among multiple offices with equities at stake, including multiple DoD components as well as the Office of Management and Budget. The withholding issues to be considered are complicated and require time for the government to reach the right decision.

In light of the reduced number of unique, responsive documents, Defendants agree to make an initial production of responsive, non-exempt records to Plaintiff by December 12. Defendants cannot, however, commit to any page amount for that production or that it will reflect Plaintiff's prioritization of its requests. Incorporating Plaintiff's prioritization at this time would complicate and delay Defendants' processing efforts—jeopardizing its ability to meet the December 20 final production deadline—by requiring Defendants to interrupt the current review process and identify the subset of prioritized documents and prioritize their review.

Defendants respectfully request that the Court order an initial production by December 12, 2019, and a final production by December 20, 2019, consistent with their prior representations. Defendants have expedited Plaintiff's requests and prioritized them over other similarly-situated FOIA requests, but any further special treatment is not warranted.

Dated: November 22, 2019                Respectfully submitted,


                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Director
                                        Federal Programs Branch


                                         /s/ Amber Richer_____
                                        AMBER RICHER (CA Bar No. 253918)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, D.C. 20530
                                        Tel: (202) 514-3489
                                        Email: amber.richer@usdoj.gov

                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2019, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

      /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>and<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:19-cv-03265 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' PROPOSED ORDER**

Upon consideration of the Notice filed by Defendants on November 22, 2019, it is hereby ORDERED that Defendants shall make an initial production on December 12, 2019. Defendants shall provide a final response by December 20, 2019. If Defendants are unable to meet that deadline, they will alert the Court by December 10, 2019.

Date: _____    _____
　　　　　　　　　　　　　　　　　　HON. COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge

1