**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| U.S. DEPARTMENT OF DEFENSE, | ) Civil Action No. 1:19-cv-03265 (CKK) ) ) |
| and | ) ) |
| OFFICE OF MANAGEMENT AND BUDGET, | ) ) ) |
| Defendants. | ) ) ) |

## **ANSWER**

Defendants, the U.S. Department of Defense ("DoD") and the Office of Management and Budget ("OMB") by and through undersigned counsel, hereby answer the Complaint (ECF No. 1) ("Complaint") filed by Plaintiff Center for Public Integrity on October 30, 2019, as follows, in correspondingly numbered paragraphs:

1. This paragraph sets forth Plaintiff's characterization of this action, to which no response is required.

2. This paragraph consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

3. This paragraph consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

4. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

5. Admitted that DoD is an agency of the United States. The remainder of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

6. Admitted that OMB is an agency of the United States. The remainder of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

7. Admitted that Plaintiff submitted a Freedom of Information Act ("FOIA") request to DoD dated September 25, 2019. Defendants respectfully refer the Court to that FOIA request for a full and accurate statement of its contents. Admitted that DoD assigned tracking number 19-F-1934. Defendants respectfully refer the Court to DoD's correspondence to Plaintiff, dated September 27, 2019, for a full and accurate statement of its contents.

8. Admitted that DoD has not yet made a final determination as to Plaintiff's FOIA request or produced responsive records.

9. Denied. DoD denied Plaintiff's request for expedited processing on September 27, 2019. Defendants respectfully refer the Court to that correspondence for a full and accurate statement of its contents.

10. Admitted that more than twenty working days have passed since DoD received Plaintiff's FOIA request. The remainder of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

11. This paragraph consists of Plaintiff's legal conclusions, to which no response is required.

12. Admitted that Plaintiff submitted a Freedom of Information Act ("FOIA") request to OMB dated September 30, 2019. Defendants respectfully refer the Court to that FOIA request for a full and accurate statement of its contents. Admitted that OMB assigned tracking number

2019-496. Defendants respectfully refer the Court to OMB's correspondence to Plaintiff, dated October 1, 2019, for a full and accurate statement of its contents.

13.  Admitted that OMB has not yet made a final determination as to Plaintiff's FOIA request or produced responsive records.

14.  Admitted that OMB has not yet made a determination on Plaintiff's request for expedited processing.

15.  Admitted that more than twenty working days have passed since OMB received Plaintiff's FOIA request. The remainder of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

16.  This paragraph consists of Plaintiff's legal conclusions, to which no response is required.

The remaining paragraphs of the Complaint contain Plaintiff's requested relief, to which no response is required. To the extent a response is required, Defendants deny that Plaintiffs are entitled to the requested relief, or to any relief.

Defendants hereby deny all allegations in the Complaint not expressly admitted or denied.

## **DEFENSES**

1.  Plaintiffs are not entitled to compel production of documents exempt from disclosure by one or more exemptions of the FOIA or that do not constitute "records" as defined by the FOIA, 5 U.S.C. § 552.

Dated: December 9, 2019                         Respectfully submitted,

                                             JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

 /s/ Amber Richer_____
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

    /s/ Amber Richer_____
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov