# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br>   Plaintiff<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br>   Defendants | Civil Action No. 19-3265(CKK) |

## ORDER
(December 13, 2019)

The Court is in receipt of Plaintiff's [19] Motion to Enforce Preliminary Injunction. Plaintiff explains that Defendants have, thus far, made the required productions. However, Plaintiff disputes some of Defendants' claimed exemptions. In its Order granting Plaintiff's Preliminary Injunction, the Court required the production of only non-exempt information. ECF No. 16. And, in its Motion, Plaintiff had requested only the expedited production of non-exempt information. Because Defendants have made the ordered production of non-exempt information, the Court finds that Defendants have complied with the Court's Order and that Plaintiff's Motion is inappropriate at this time. As such, the Court DENIES Plaintiff's [19] Motion.

While the Order granting the Preliminary Injunction related only to non-exempt information, the Court recognizes that the issue of disputed exemptions will have to be litigated. In conducting that litigation, the Court will require a *Vaughn* index which has a description of the exemptions as they apply to each document. The Court will also require summary judgment briefing or cross-briefing on the disputed exemptions. The Court ORDERS the parties to file a Joint Status Report by DECEMBER 17, 2019 setting forth a proposed schedule for submitting a *Vaughn* index and conducting summary judgment briefing or cross-briefing. If the parties cannot agree upon a schedule, they may propose two schedules.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge