# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| v. | \|            Civil Action No. 19-3265 (CKK) |
| | \| |
| U.S. DEPARTMENT OF DEFENSE | \| |
| | \| |
| and | \| |
| | \| |
| OFFICE OF MANAGEMENT AND BUDGET | \| |
| | \| |
| Defendants. | \| |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff, the Center for Public Integrity, moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and opposes Defendants' Motion for Summary Judgment. Plaintiff's Memorandum of Points and Authorities, Statement of Material Facts as to Which There Is No Genuine Issue and a proposed Order accompany this motion.

Undersigned counsel certifies that the accompanying exhibits containing Documents 1 through 31 and 32 through 111 are accurate copies of the documents produced by Defendants to Plaintiff during this lawsuit. Where Defendants have re-released pages with fewer redactions (on Dec. 20, 2019 and Jan. 31, 2020), the later-released pages have been substituted. Optical character recognition has been performed (but has not altered the appearance of the documents), in order to make the documents partially searchable.

Respectfully submitted,


_____/S/_____

Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CENTER FOR PUBLIC INTEGRITY | \| | |
| | \| | |
| Plaintiff, | \| | |
| | \| | |
| v. | \| | Civil Action No. 19-3265 (CKK) |
| | \| | |
| U.S. DEPARTMENT OF DEFENSE | \| | |
| | \| | |
| and | \| | |
| | \| | |
| OFFICE OF MANAGEMENT AND BUDGET | \| | |
| | \| | |
| Defendants. | \| | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

## TABLE OF AUTHORITIES

### Cases

*Alexander v. FBI*, 186 F.R.D. 154 (D.D.C.1999) ...................................................................15
*Am. Ctr. For Law & Justice v. U.S. Dep't of State*, 330 F. Supp. 3d 293 (D.D.C. 2018)................11
*Bartko v. U.S. DOJ*, 2018 WL 4608239 (D.D.C. Sept. 25, 2018) ..........................................15
*Campbell v. U.S. Dep't of Justice*, 164 F.3d 20 (D.C. Cir. 1998) ...........................................7
*Cause of Action Inst. v. United States Dep't of Justice*, 330 F. Supp. 3d 336 (D.D.C. 2018) ..............10
*Clark v. United* States, 289 U.S. 1 (1933)..........................................................................16
*Ctr. for Effective Gov't* ................................................................................................13, 14
*Ctr. For Effective Gov't v. U.S. Dep't of State*, 7 F. Supp. 3d 16 (D.D.C. 2013) .........................11
*Elec. Privacy Info. Ctr. v. Transp Sec. Admin.*, 2004 U.S. Dist LEXIS 29433 (D.D.C. Aug. 2, 2004)....................24
*EPA v. Mink*, 410 U.S. 73 (1973) ..................................................................................4, 7
*Hall v. CIA*, 881 F. Supp. 2d 38 (D.D.C. 2012)..................................................................24
*ICM Registry, LLC v. U.S. Dep't of Commerce*, 538 F. Supp. 2d 130 (D.D.C. 2012).................15
*In re Kellogg* ..............................................................................................................9
*In re Kellogg Brown & Root, Inc.*, 756 F.3d 754 (D.C. Cir. 2014)..........................................8
*In re Lindsey,* 148 F.3d 1100 (D.C. Circ. 1998) ..................................................................8
*In re Sealed Case*, 737 F.2d 94 (D.C. Cir. 1984)..........................................................8, 11, 16
*Judicial Watch of Fla., Inc. v. U.S. Dep't of Justice*, 102 F. Supp. 2d 6 (D.D.C. 2000)...........................15
*Judicial Watch, Inc.* .....................................................................................................10
*Judicial Watch, Inc. v. Dep't of Justice*, 365 F.3d 1108 (D.C. Cir. 2004)....................................11
*Judicial Watch, Inc. v. U.S. Dep't of Homeland Sec.*, 841 F. Supp. 2d 142 (D.D.C. 2012) ................8, 13
*Judicial Watch, Inc. v. U.S. Dep't of Homeland Sec.*, 926 F. Supp. 2d 121 (D.D.C. 2014) ..................8
*Judicial Watch, Inc. v. U.S. Dep't of Commerce*, 375 F. Supp. 3d 93 (D.D.C. 2019)....................19
*Lardner v. U.S. Dep't of Justice*, No. CIV.A.03-0180(JDB), 2005 WL 758267 (D.D.C. Mar. 31, 2005)...............16
*Mead Data Cent.* ........................................................................................................8, 24
*Mead Data Ctr. Inc. v. U.S. Dep't of the Air Force*, 556 F.2d 242 (D.C. Cir. 1977)....................4
*N.L.R.B. v. Sears, Roebuck & Co.*, 421 U.S. 132 (1975) ..................................................4, 6
*Nat. Res. Def. Council v. U.S. Envtl. Prot. Agency*, No. 17-CV-5928 (JMF), 2019 WL 3338266 (S.D.N.Y. July 25, 2019)................................................................................................19
*Nat'l Whistleblower Ctr. v. Dep't of Health & Human Servs.*, 903 F. Supp. 2d 59 (D.D.C. 2012)...................14
*Neighborhood Assistance Corp. of Am. v. U.S. Dep't of Hous. & Urban Dev.*, 19 F. Supp. 3d 1 (D.D.C. 2013).....15
*Petroleum Info. Corp. v. U.S. Dep't of Interior*, 976 F.2d 1429 (D.C. Cir. 1992)..........................5
*Public Citizen, Inc. v. OMB*, 598 F.3d 865 (D.C. Cir. 2010) ..................................................5
*Ray v. Turner*, 587 F.2d 1187 (D.C. Cir. 1978)..................................................................24
*Reinhard v. Dep't of Homeland Sec.*, 2019 WL 3037827 (D.D.C. July 11, 2019) ......................15
*Tax Analysts v. I.R.S.*, 117 F.3d 607 (D.C. Cir. 1997) ...........................................................7
*Tax Reform Research Grp. v. Internal Revenue Serv.*, 419 F. Supp. 415 (D.D.C. 1976) ................15
*U.S. Dep't of Justice v. Reporters Comm. For Freedom of Press*, 489 U.S. 749, 109 S. Ct. 1468, 103 L. Ed. 2d 774 (1989)..................................................................................................14
*United States v. Nixon*, 418 U.S. 683 (1974) ....................................................................16
*Vaughn v. Rosen*, 523 F.2d 1136, 1144 (D.C. Cir. 1975) ......................................................4
*Washington Post Co. v. HHS*, 690 F.2d 252 (1982) ............................................................23
*Wisdom v. United States Trustee Program*, 266 F. Supp. 3d 93 (D.D.C. 2017) ...........................15
*Wolfe v. Dep't of Health & Human Services*, 839 F.2d 768 (D.C. Cir. 1988)................................4

### Statutes

10 U.S.C. § 130c ..........................................................................................................22
2 U.S.C. § 684..........................................................................................................5, 16
5 U.S.C. § 552..........................................................................................................18, 21

### Other Authorities

Eric Lipton, Maggie Haberman & Mark Mazzetti, *Behind the Ukraine Aid Freeze: 84 Days of Conflict and Confusion*, N.Y Times (Jan. 16, 2020) ..................................................................................5
H. Res. 755, Dec. 18, 2019 ..........................................................................................1, 17

House Intelligence Committee et al., Deposition of Mark Sandy,
    https://intelligence.house.gov/uploadedfiles/sandy_final_redacted.pdf, Nov. 16, 2019.........................................20
House Intelligence Committee, et al., Deposition of Laura Katherine Cooper,
    https://docs.house.gov/meetings/IG/IG00/CPRT-116-IG00-D012.pdf (Oct. 23, 2019) .......................................13
President Barack Obama, *Memorandum for the Heads of Executive Departments and Agencies, Subject: Freedom
    of Information Act* (Jan. 21, 2009) ................................................................................................................................20
U.S. Government Accountability Office, Office of Management and Budget—Withholding of Ukraine Security
    Assistance, B-331564 (Jan. 16, 2020)..................................................................................................................1, 5, 16

## Legislative History

FOIA Oversight and Implementation Act of 2015, H.R. Rep. No. 114-391.................................................................4
Sen. Charles Grassley, Report 114-4, on the FOIA Improvement Act (Feb. 23, 2015)............................................20

## **INTRODUCTION**

For fiscal year 2019, Congress appropriated $250 million for the Ukraine Security Assistance Initiative. Although the Department of Defense ("DoD") had determined that Ukraine met all conditions for receiving aid from this program, in July 2019 the Office of Management and Budget ("OMB") placed a hold on these funds, at the direction of President Trump. OMB released these funds in September 2019, after the hold became the subject of public and political controversy.

In December 2019, the House of Representatives impeached President Trump, finding that the president abused his power by withholding the military aid in order to pressure the government of Ukraine to open an investigation into a political opponent of the president in order to gain an electoral advantage. H. Res. 755, Dec. 18, 2019. In January 2020, the Government Accountability Office determined that OMB's hold on the funds violated the Impound Control Act of 1974. *See* https://www.gao.gov/assets/710/703909.pdf.

On September 25, 2019, Plaintiff submitted a FOIA request to two offices within DoD, requesting all records of communications concerning the Ukraine Security Assistance Initiative, between the DoD's comptroller's office and OMB or between the comptroller's office and DoD's secretary or deputy secretary. On September 30, 2019, Plaintiff submitted a similar request to OMB, for all records of communications concerning the Ukraine Security Assistance Initiative, between OMB and the DoD's comptroller's office. Each request asked for expedited processing.

Plaintiff sought a preliminary injunction, which the Court granted. Pursuant to that injunction, Defendants produced 146 pages of responsive records to Plaintiff on Dec. 12, 2019, and 146 pages on Dec. 20, 2019, all with substantial redactions.

On Dec. 13, 2019, Plaintiff filed a Motion to Enforce Preliminary Injunction, arguing that Defendants' interim production contained voluminous redactions not plausibly supported by the statutory exemptions. The Court denied the motion, deferring resolution of the FOIA exemptions' application until summary judgment. Concurrent with the Dec. 20 production, Defendants re-released 15 pages from the Dec. 12 production, with fewer redactions. This re-release addressed some of the objections Plaintiff raised in its Dec. 13 motion; the other objections are raised again in this motion for summary judgment.

The stakes for this motion could not be higher. Because the president has refused to comply with congressional subpoenas seeking documents relating to conduct by the administration that has been deemed unlawful, FOIA requests like the one here are the most expeditious — and perhaps only — means by which the public may learn about who was involved in blocking congressionally authorized aid to Ukraine, why it happened and how it transpired. Consistent with the administration's approach to dealing with Congress, Defendants are attempting to shield from public view critical facts central to the administration's actions by redacting vast portions of responsive documents, many of which plainly fall outside the exemptions claimed by the government. Defendants are inappropriately citing exemptions to FOIA disclosure requirements that cannot be used to shield illegal or embarrassing actions from public knowledge. Plaintiff respectfully requests that this Court remove the unwarranted veil of secrecy over these materials so the public can obtain information to which it is entitled before the upcoming presidential election.

## ARGUMENT

Plaintiff contests the adequacy of Defendants' search for responsive records and continues to contest the redactions Defendants have made in the records produced. Defendants' overuse of statutory exemptions, especially FOIA Exemption 5, is an abuse of the FOIA statute and the American people's right to be informed of what their government officials are doing and why they are doing it.

## I.   DEFENDANTS' SEARCH WAS INADEQUATE

Although Defendants claim they made a complete and careful examination of their records, a document that should have been provided to Plaintiff was not. Plaintiff requested all communications between the office of the DoD's comptroller and OMB that pertained to the Ukraine Security Assistance Initiative. On January 22, 2020, Defendants released to American Oversight, a Washington-based group, an email dated August 26, 2019, from OMB's general counsel Mark Paoletta to Edwin Castle, an official in the Pentagon's general counsel's office, that was copied to Elaine McCusker, the Pentagon's comptroller. The document's subject header was listed as "Ukraine Security Assistance Initiative," and it clearly qualified for disclosure to Plaintiff in December yet was not turned over. Its contents were redacted when it was produced to American Oversight, but on February, 11, 2020, the website Just Security published details of the document's contents based on a copy it obtained independently. Just Security noted that the document embarrassingly appears to contradict a public statement made by Paoletta about what OMB knew and when it knew it regarding the legality of the aid halt ordered by President Trump.

The apparent omission of this document is significant and suggests that Defendants may have failed to conduct their search with appropriate diligence and good faith.

## II.    EXEMPTION 5

Exemption 5 of the Freedom of Information Act protects "inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency." 5 U.S.C § 552(b)(5). Defendants have asserted deliberative process privilege, attorney-client privilege and presidential communications privilege as justifications for their redactions under Exemption 5, none of which are merited.

### A.  Deliberative Process Privilege

Material withheld under Exemption 5 and the deliberative process privilege must be "both predecisonal and deliberative." *Wolfe v. Dep't of Health & Human Services*, 839 F.2d 768, 773 (D.C. Cir. 1988) (en banc) (citing *EPA v. Mink*, 410 U.S. 73 (1973)). "Manifestly, the ultimate purpose of [the deliberative process] privilege is to prevent injury to the quality of agency decisions." *N.L.R.B. v. Sears, Roebuck & Co.*, 421 U.S. 132, 151 (1975).

The deliberative process privilege is "the most used privilege and the source of the most concern regarding overuse." FOIA Oversight and Implementation Act of 2015, H.R. Rep. No. 114-391, at 10. To satisfy the privilege, the withheld material must be "a direct part of the deliberative process in that it makes recommendations or expresses opinions on legal or policy matters." *Vaughn v. Rosen*, 523 F.2d 1136, 1144 (D.C. Cir. 1975). Purely factual material is not covered by the exemption. *See Mead Data Ctr. Inc. v. U.S. Dep't of the Air Force*, 556 F.2d 242, 256 (D.C. Cir. 1977). "A document that does no more than explain an existing policy cannot be considered deliberative." *Public Citizen, Inc. v. OMB*, 598 F.3d 865, 876 (D.C. Cir.

4

2010). *See also Petroleum Info. Corp. v. U.S. Dep't of Interior*, 976 F.2d 1429, 1434 (D.C. Cir. 1992) (holding that material is only pre-decisional if it is intended "to assist an agency decision maker in arriving at his decision, rather than support a decision already made").

Defendants' redactions fly in the face of the legal standard for withholding material under the deliberative process exemption. Virtually every document Defendants have redacted under this privilege relates to a decision to withhold Congressionally approved aid to Ukraine made by the President of the United States days, weeks or months *before* those documents were prepared. According to a report from the Government Accountability Office, President Trump directed that a hold be placed on security assistance funding for Ukraine on or about July 12, 2019. https://www.gao.gov/assets/710/703909.pdf, at 1-2, citing 2 U.S.C. § 684. In fact, there is evidence that the decision to withhold aid had occurred as early as June 19, 2019. *See* Eric Lipton, Maggie Haberman & Mark Mazzetti, *Behind the Ukraine Aid Freeze: 84 Days of Conflict and Confusion*, N.Y Times (Jan. 16, 2020).

Of the documents containing redactions, only 10 preceded the July 12 order described by the GAO, with the remaining documents having been created after the decision was made. If the June 19 decision date is used as the demarcation, no documents identified by the government in response to Plaintiff's FOIA request preceded that date.

As a result, the vast majority of the documents withheld by the government are not predecisional but necessarily reflect only the agencies' efforts to explain, manage and execute a decision that had already been made and which they knew was problematic due to its conflict with congressional will. The documents in question were not created to provide advice or assist in the decision-making process for withholding aid to Ukraine, because that key decision had already been made. *See Coastal States Gas Corp. v. Dep't of Energy*, 617 F.2d 854, 868 (D.C.

Cir. 1980) (holding that documents were not subject to the exemption because they did not constitute "advice to a superior").The documents at issue here are precisely the type of pre-decisional materials that the Supreme Court has recognized as falling outside the scope of the deliberative process privilege. *See Sears*, 421 U.S. at 151-52 (approvingly noting that "the lower courts have uniformly drawn a distinction between predecisional communications, which are privileged, … and communications made after the decision and designed to explain it, which are not.").

Although Defendants argue that some of the documents pertain to pending decisions by senior officials regarding the implementation of the aid halt, it is undisputed that no substantive, relevant decisions regarding the flow of aid were actually taken by any of these officials in the aftermath of the president's decision to order the aid stopped. It is uncontested that the halt remained in place, in compliance with informational statements by OMB to the Pentagon and others implementing the president's order, and as delineated in a continuous series of footnotes to financial disbursement documents. These continued until the start of a congressional inquiry in September provoked the president to allow the aid's resumption. In the interim, key responsible officials watched and waited and raised informational concerns related to compliance with the law, but took no dispositive actions themselves. The absence of any material decisions by agency officials during the period at issue undercuts Defendants' contention that the redacted materials were intended to facilitate or assist development of the agency's final position as opposed to being purely factual in nature.

In many instances, Defendants have withheld information that is plainly not deliberative. For instance, several documents refer, in their unredacted sections, to "information" that Defendants have blacked out. See, e.g., Doc. 8, Bates 96-101 (described by Doc. 7, Bates 95, as

"attached info on the process/timeline for USAI execution"; Doc. 12, Bates 106-08 (described

by the *Vaughn* index as "information … shared with OMB to inform its apportionment

analysis" and "regarding possible continuation of the apportionment footnote and the potential

impacts of such a pause"). Exemption 5 does not allow "the withholding of factual material

otherwise available on discovery merely because it was placed in a memorandum with matters

of law, policy, or opinion." *Mink*, 410 U.S. at 91. Likewise, the government claims that DoD

Comptroller Elaine McCusker's weekly updates (documents 100-105) provided to the deputy

secretary of defense "giving an overview of funding and related issues" pertaining to Ukraine

security assistance are deliberative, even though such documents are, on their face,

informational in nature. Because most of the documents in question are merely emails, it is

unlikely that the heavy redactions on those materials by Defendants reflect the type of

deliberations potentially protected by Exemption 5, as opposed to mere exchanges of

information more typically found in informal communications of the type at issue here.

### B.  Attorney-Client Privilege

"The attorney-client privilege protects confidential communications from clients to their

attorneys made for the purpose of securing legal advice or services. The privilege also protects

communications from attorneys to their clients if the communications rest on confidential

information obtained from the client." *Tax Analysts v. I.R.S.*, 117 F.3d 607, 618 (D.C. Cir.

1997) (citations and internal quotation marks omitted). The burden is on the government to

prove, through "detailed and specific information," that the privilege is applicable to the

material withheld. *See Campbell v. U.S. Dep't of Justice*, 164 F.3d 20, 30 (D.C. Cir. 1998).

To successfully invoke the attorney-client privilege, Defendants must satisfy the

following five elements:

> (1) [T]he holder of the privilege is, or sought to be, a client; (2) the person to
> whom the communication is made is a member of the bar or his subordinate and,
> in connection with the communication at issue, is acting in his or her capacity as a
> lawyer; (3) the communication relates to a fact of which the attorney was
> informed by his client, outside the presence of strangers, for the purpose of
> securing legal advice; and (4) the privilege has been claimed by the client.
> Additionally, [(5)], a "fundamental prerequisite to the assertion of the privilege"
> is "confidentiality both at the time of the communication and maintained since."

*Judicial Watch, Inc. v. U.S. Dep't of Homeland Sec.*, 841 F. Supp. 2d 142, 153-54 (D.D.C.

2012) (citing *In re Sealed Case*, 737 F.2d 94, 98-99 (D.C. Cir. 1984); *Coastal States Gas Corp.

v. Dep't of Energy*, 617 F.2d 854, 863 (D.C. Cir. 1980).

Critically, Defendants must establish that obtaining legal advice was a "primary

purpose" of the agency's communication. *See In re Kellogg Brown & Root, Inc.*, 756 F.3d 754,

759-60 (D.C. Cir. 2014). The inclusion of a lawyer in a communication does not, in and of

itself, satisfy the standard for invoking the privilege. *See Mead Data Cent.*, 566 F.2d at 253.

Finally, the privilege does not apply to a "government attorney's 'advice on political, strategic,

or policy issues, valuable as it may [be].'" *Judicial Watch, Inc. v. U.S. Dep't of Homeland Sec.,*

926 F. Supp. 2d 121, 144-45 (D.D.C. 2014) *(quoting In re Lindsey,* 148 F.3d 1100, 1106 (D.C.

Circ. 1998)).

According to Defendants, "[m]uch of the information withheld under the attorney-client

privilege consists of communications from DoD Acting Comptroller Elaine McCusker to DoD

General Counsel Paul Ney conveying confidential information and analysis to keep the General

Counsel fully informed so he could provide sound legal advice and advocacy." Br. At 23-24.

Essentially, Defendants are withholding these purely factual materials — none of which

apparently even seek legal advice — on the grounds that the General Counsel was included on

the communication and was being "kept in the loop." Br. At 24.

This argument utterly fails to satisfy the standard for invoking the attorney-client privilege. As noted above, the privilege standard is not met unless securing legal advice was a "primary purpose" of the communication. *See In re Kellogg Brown & Root, Inc.*, 756 F.3d at 759-60. Providing information to keep someone "in the loop" falls far short of establishing, as Defendants must, that the communication's "primary purpose" was to secure legal advice. In fact, Defendants acknowledge that the DoD's General Counsel was often among "other DoD leaders" receiving the same communications, thereby making clear that Defendants are merely attempting to bootstrap the attorney-client privilege onto non-legal communications on the grounds that a lawyer was part of the email chain. If the bar for invoking the attorney-client privilege were that low, the government could literally keep every communication under wraps by including a lawyer on the grounds that the information, theoretically, could one day be used by him or her to provide legal advice.

In addition, although Defendants claim that these documents were sent for the purpose of obtaining legal advice, they have produced no evidence whatsoever that this is the case. For example, there is no overt indication on any of the communications that the General Counsel was informed that he was receiving the emails for the purpose of one day securing legal advice, nor that he used them to provide such advice.

Defendants have withheld other documents under the attorney-client privilege on the grounds that there are "back-and-forth discussions involving agency attorneys concerning a variety of legal questions." Br. At 24. But much of what Defendants describe as the content of these communications do not, on their face, involve legal issues, e.g., "talking points" about apportionment footnotes, "determining the duration of the pause on the availability of appropriated USAI funds for obligation, and the potential consequences associated with the

pause on the availability of USAI funds for obligation." Br. At 25. These communications do not appear to seek or provide legal advice, but rather at most involve a "government attorney's advice on political, strategic or policy issues," which courts have found insufficient to invoke the privilege. *Judicial Watch, Inc.,* 926 F. Supp. 2d at 144-45.

Finally, Defendants have withheld communications "in which agency officials are discussing their understanding of the legal advice provided by attorneys in OMB and DoD Offices of General Counsel." Br. At 25. However, "FOIA exemption 5 and the attorney-client privilege may not be used to protect [statements] of agency law from disclosure to the public." *Id.,* at 619.

Defendants have inappropriately withheld statements of how their attorneys interpreted applicable law. For instance, in Document 31, at Bates 143, Duffey wrote to McCusker, "Elaine — closing the loop on this, OMB OGC determined [redacted, (b)(5)]." This is not a communication between attorney and client, but rather between a client at OMB and a third party at DoD. In addition, the redacted material is less than one line long, making it highly unlikely that it contains confidential information obtained from the client. It would appear to be simply a secondhand statement of agency law.

It is the agency's burden to demonstrate that every element of the attorney-client privilege is present. *Cause of Action Inst. v. United States Dep't of Justice*, 330 F. Supp. 3d 336, 347 (D.D.C. 2018). Defendants' affidavits and *Vaughn* index have not done so.

## C. Presidential Communications Privilege

"At core, the presidential communications privilege is rooted in the President's need for confidentiality in the communications of his office in order to effectively and faithfully carry

out his Article II duties and to protect the effectiveness of the executive decision-making process." *Judicial Watch, Inc. v. Dep't of Justice*, 365 F.3d 1108, 1115 (D.C. Cir. 2004) (citations and internal quotation marks omitted). In that case, the D.C. Circuit refused to expand this privilege, maintaining it as limited to "documents solicited and received by the President or his immediate White House advisers who have broad and significant responsibility for investigating and formulating the advice to be given the President." *Id.*, at 1114.

"[T]he presidential communications privilege should be construed narrowly as is consistent with ensuring that the confidentiality of the President's decisionmaking process is adequately protected." *See Judicial Watch*, 365 F.3d at 1116. The privilege can be invoked "only if there is an actual advisory relationship between the President and the staffer as to that specific document." *Ctr. For Effective Gov't v. U.S. Dep't of State*, 7 F. Supp. 3d 16, 26-27, 29 (D.D.C. 2013). The privilege "should never serve as a means of shielding information regarding government operations that do not call ultimately for direct decisionmaking by the President." *Am. Ctr. For Law & Justice v. U.S. Dep't of State*, 330 F. Supp. 3d 293, 308 (D.D.C. 2018) (quoting *In re Sealed Case*, 121 F.3d at 752).

Defendants have not met their burden of showing that this privilege applies. Defendants have asserted the privilege with respect to 24 documents. Declaration of Heather V. Walsh, at ¶ 31. The only description Ms. Walsh's Declaration provides is that "[a]s reflected in the *Vaughn* Index, the withheld information consists of either the status of an ongoing decision-making process involving the President, information that was solicited and received by the President as part of his official duties, or information that was solicited and received by the President's immediate advisors, including Robert Blair …." *Id.*, at ¶ 31.

11

Although Ms. Walsh claims that all of these documents were "part of an on-going decision-making process involving the President," the undisputed timeline of events surrounding the halt of Ukrainian aid belies that assertion. Walsh Decl. at ¶ 32. Specifically, all but five of the 24 documents withheld under the privilege were created *after* the last possible date the president made his decision to withhold Congressionally authorized Ukrainian aid, i.e., July 12, 2019. As a result, those 19 documents are necessarily post-decisional and cannot have been "part of an on-going decision-making process involving the President[,]" but rather consist of communications relating to how the president's order was to be carried out.

There is no evidence suggesting any ongoing decision-making process involving the president was underway following July 12, as the president did not change his mind about the policy until a Congressional probe began on September 10, 2020. None of the documents sought by Plaintiff are relevant to his decision-making between the time the probe began and the date — one day later — when he agreed to let the aid resume, because he made no new decisions during this time.

In addition, the purported basis for the vast majority of the documents withheld by Defendants under the presidential communications privilege is deficient on its face. Defendants' *Vaughn* index asserts that each redaction includes "references to communications involving the President or his immediate advisors." See, e.g., *Vaughn* index, Doc. Nos. 12, 13, and 20.

But citing mere "references to communications involving the President or his immediate advisors" is insufficient to invoke the privilege. This bare bones description does not establish that the discussions involved any decision-making by the president or his advisors about Ukrainian aid. As discussed above, not all communications involving the president or his aides make the grade for invoking the privilege, and it is Defendants' burden to provide sufficient

evidence that each communication withheld under the privilege constitutes the type of communication that falls under this narrow privilege. Defendants have not provided any detail that would allow Plaintiff or the Court to assess whether any particular email contains privileged information.

Finally, the privilege applies "only if there is an actual advisory relationship between the President and the staffer as to that specific document." *Ctr. for Effective Gov't*, 7 F. Supp. 3d at 26-27, 29. And it does not cover "every person who plays a role in the development of presidential advice, no matter how remote and removed from the President." *Judicial Watch*, 365 F.3d at 1116.

Here, Mr. Blair fails to qualify as an advisor close or immediate enough to the president to warrant invocation of the privilege. There is no evidence that Mr. Blair's role included making recommendations to the president about Ukrainian aid. *See In re Sealed Case*, 121 F.3d at 752 (indicating that an immediate advisor must have "broad and significant responsibility" for advising the president). To the contrary, there is every indication that Mr. Blair, in particular, was merely a messenger, rather than an advisor, in this matter. Based on available information (*see, e.g.,* Deposition of Laura Katherine Cooper, https://docs.house.gov/-meetings/IG/IG00/CPRT-116-IG00-D012.pdf at 33-35 (Oct. 23, 2019)), he conveyed to OMB what the president had ordered, and possibly relayed to the president or others in the White House purely factual information from the Pentagon about the amount of aid that had been spent and the names of the vendors that participated in the program. In fact, none of the documents in question have been depicted as containing any actual advice from Mr. Blair to the president or anyone else for that matter. Although Mr. Blair may have carried the vague title of "assistant to the president," Defendants have failed to establish that, in reality, he was a

sufficiently "immediate advisor" to the president on Ukrainian aid to warrant the application of the privilege. Even if Mr. Blair were close enough to the president to theoretically invoke the privilege, Defendants must establish that he had an actual advisory relationship with the president regarding each of the communications as to which he was involved. See Ctr. *for Effective Gov't*, 7 F. Supp. 3d at 26-27, 29. Here, Ms. Walsh merely contends that Mr. Blair's "official duties and responsibilities include national security issues." Walsh Decl. ¶ 32. This description fails to establish that he was advising the president involving decisions about Ukrainian aid, or that the communications at issue relate to the provision of any such advice. As a result, there simply is no basis to apply the privilege to those communications involving Mr. Blair.

## III.    THE GOVERNMENT MISCONDUCT EXCEPTION OVERCOMES EXEMPTION 5 PRIVILEGES

None of the Exemption 5 privileges are absolute, and they must yield to the need for disclosure of government misconduct. The Supreme Court has affirmed that the basic purpose of the FOIA is to realize "the citizens' right to be informed about what their government is up to." *U.S. Dep't of Justice v. Reporters Comm. For Freedom of Press*, 489 U.S. 749, 109 S. Ct. 1468, 103 L. Ed. 2d 774 (1989) (internal quotation marks and citations omitted). It is especially in cases of government misconduct that the right to information takes precedence over privileges to maintain secrecy.

Numerous court decisions in this District recognize that "the government-misconduct exception may be invoked to overcome the deliberative-process privilege in a FOIA suit." *Nat'l Whistleblower Ctr. v. Dep't of Health & Human Servs.*, 903 F. Supp. 2d 59, 67 (D.D.C. 2012);

*see also*, *e.g.*, *Reinhard v. Dep't of Homeland Sec.*, 2019 WL 3037827, at \*11 (D.D.C. July 11, 2019) (in a FOIA lawsuit, a showing of "extreme government wrongdoing" could overcome the deliberative process privilege); *Bartko v. U.S. DOJ*, 2018 WL 4608239, at \*5 (D.D.C. Sept. 25, 2018) (the government misconduct exception applies "in cases of extreme government wrongdoing"); *Wisdom v. United States Trustee Program*, 266 F. Supp. 3d 93, 107 (D.D.C. 2017) (suggesting that "nefarious or extreme government wrongdoing" could overcome the deliberative-process privilege); *Neighborhood Assistance Corp. of Am. v. U.S. Dep't of Hous. & Urban Dev.*, 19 F. Supp. 3d 1, 14 (D.D.C. 2013) (holding that misconduct "severe enough to qualify as nefarious or extreme government wrongdoing" can overcome the privilege); *ICM Registry, LLC v. U.S. Dep't of Commerce*, 538 F. Supp. 2d 130, 131 and 133 (D.D.C. 2012) (suggesting that the deliberative process privilege "disappears altogether" when agency engages in "nefarious" conduct); *Judicial Watch of Fla., Inc. v. U.S. Dep't of Justice*, 102 F. Supp. 2d 6, 15 (D.D.C. 2000) (suggesting that the government-misconduct exception applies in a FOIA lawsuit upon "the requisite showing of improper behavior"); *Alexander v. FBI*, 186 F.R.D. 154, 164 (D.D.C.1999) ("hold[ing] that the deliberative process privilege does not apply if there is a discrete factual basis for the belief that 'the deliberative information sought may shed light on government misconduct'"); *Tax Reform Research Grp. v. Internal Revenue Serv.*, 419 F. Supp. 415, 426 (D.D.C. 1976) (rejecting the government's assertion of the deliberative process privilege and ordering disclosure of documents under FOIA where there was evidence of attempted discriminatory use of the agency against the president's political enemies and the documents "simply cannot be construed as being part of any proper governmental process").

In *Clark v. United States*, the Supreme Court recognized a similar exception to the attorney-client privilege: "There is a privilege protecting communications between attorney and

client. The privilege takes flight if the relation is abused. A client who consults an attorney for advice that will serve him in the commission of a fraud will have no help from the law. He must let the truth be told." 289 U.S. 1, 15 (1933). Where the client is a government agency, misconduct is the equivalent of fraud.

Likewise, from the outset, the Supreme Court has placed clear limits on the presidential communications privilege that prevent it from becoming a tool to block the disclosure of unlawful conduct. *See United States v. Nixon*, 418 U.S. 683 (1974). "The generalized assertion of [presidential] privilege must yield to the demonstrated, specific need for evidence in a pending criminal trial." *Id.*, at 713. In the context of the FOIA, among other factors "a court must also assess the 'public interests at stake in determining whether the privilege should yield in a particular case ….'" *Lardner v. U.S. Dep't of Justice*, No. CIV.A.03-0180(JDB), 2005 WL 758267 (D.D.C. Mar. 31, 2005) (quoting *In re Sealed Case*, 121 F.3d 729, 753 (D.C.Cir.1997)).

In the present case, the accusations of government misconduct do not rest upon mere speculation or allegation. As this litigation has proceeded, government bodies independent of the administration have issued official findings that actions discussed in the responsive emails were illegal and improper.

In January 2020, the Government Accountability Office determined that OMB had violated the Impoundment Control Act. GAO noted, "In the summer of 2019, OMB withheld from obligation approximately $214 million appropriated to DOD for security assistance to Ukraine" and concluded "that OMB withheld the funds from obligation for an unauthorized reason in violation of the ICA." https://www.gao.gov/assets/710/703909.pdf, at 1-2, citing 2 U.S.C. § 684. As the GAO stated, "The President is not vested with the power to ignore or

amend any … duly enacted law." *Id.*, at 5. And OMB's assertions that its actions were not subject to the ICA "have no basis in law." *Id.*, at 7.

In December 2019, the House of Representatives impeached President Trump. Included in the Articles of Impeachment was the charge that

> (2) With … corrupt motives, President Trump — acting both directly and through his agents within and outside the United States Government — conditioned two official acts on the public announcements that he had requested [from the Government of Ukraine] — [including]
>> (A) the release of $391 million of United States taxpayer funds that Congress had appropriated on a bipartisan basis for the purpose of providing vital military and security assistance to Ukraine to oppose Russian aggression and which President Trump had ordered suspended
>> ….

H. Res. 755, Dec. 18, 2019. According to the case made by the House of Representatives, the suspension of military aid to Ukraine was a central element of the president's efforts to obtain political favors from Ukraine's government.

Although the Senate acquitted President Trump, the explanations senators have given for their votes suggest that one of the most persuasive arguments made on the president's behalf — perhaps the winning argument for acquittal — was that the voters, not the Senate, should judge whether the president committed an offense and that they should express their judgment in the November 2020 presidential election.[1] Therefore it is imperative that the citizenry have information that will shed light on the president's clear violation of law, including the execution of his illegal directive and efforts by government agencies to justify and explain it. In these

---

[1] *E.g.*, the President's counsel Alan Dershowitz: "[T]his trial should result in an acquittal, regardless of whether the conduct is regarded as OK by you or by me or by voters. That's an issue for the voters." (ABC News, https://abcnews.go.com/Politics/dems-push-witnesses-senate-trial-alan-dershowitz-slams/story?id=68355025, Jan. 19, 2020); and Sen. Lamar Alexander: "The question then is not whether the president did it, but whether the United States Senate or the American people should decide what to do about what he did. I believe that the Constitution provides that the people should make that decision in the presidential election that begins in Iowa on Monday." (https://www.alexander.senate.gov/public/index.cfm/2020/1/alexander-statement-on-impeachment-witness-vote, Jan. 30, 2020).

circumstances, the public's right to know about misconduct at the highest levels of government outweighs any privilege that might otherwise exist.

## IV.    FOIA IMPROVEMENT ACT

Under the FOIA Improvement Act of 2016, where (as under Exemption 5) an agency has discretion to release exempt information, the agency cannot withhold such information unless "the agency reasonably foresees that disclosure would harm an interest protected by an exemption …." 5 U.S.C. § 552(a)(8)(A)(i)(I). The harm must be specifically identified.

The main subject of the communications requested by Plaintiff is whether the president's decision to halt the flow of aid to Ukraine was legal. Heather Walsh's Declaration, at ¶ 18, states that the redactions were needed "to protect internal Executive Branch discussions and deliberations from being chilled by the effects of public scrutiny of the deliberative process." But there is, in fact, evidence that no such thing would occur.

First, on October 17, 2019, OMB director Mick Mulvaney disclosed the overall tenor and substance of this internal conversation. "There was a report," Mulvaney told reporters at a press conference, "that if we didn't pay out the money it would be illegal, it would be unlawful." He said it was "one of those things that has a little shred of truth in it, that makes it look a lot worse than it really is" because what he regarded as the deadline for spending the money did not fall until the end of September — two and a half months after Trump's initial order. Mulvaney's public revelation of the administration's views about the potential illegality of the Ukraine aid halt undermines Defendants' contention that disclosure of internal communications on the same subject would somehow chill future deliberations.

Second, on Jan. 2, the website *Just Security* published, at https://www.justsecurity.org/-67863/exclusive-unredacted-ukraine-documents-reveal-extent-of-pentagons-legal-concerns/, what it said were excerpts from unredacted versions of the emails provided to the Center for Public Integrity, specifically those dated June 19, 25, July 25, 26, Aug. 6, 9, 12, 17, 21, 26, 27, 28, 29, 30, Sept. 7, 9, and 11.[2] Yet there has been no indication — and no claim from the government — that this disclosure has impinged on or inhibited OMB's operations and its continued stewardship of the federal budget.

In a recent case, *Judicial Watch, Inc. v. U.S. Dep't of Commerce*, 375 F. Supp. 3d 93, 101 (D.D.C. 2019), the court observed that "[t]he question is not whether disclosure could chill speech, but rather if it is reasonably foreseeable that it will chill speech and, if so, what is the link between this harm and the specific information contained in the material withheld."

A court in the Southern District of New York has likewise held that "generic, across-the-board articulations of harm … as to a broad range of document types [do] not sufficiently explain how a particular Exemption 5 withholding would harm the agency's deliberative process." *Nat. Res. Def. Council v. U.S. Envtl. Prot. Agency*, No. 17-CV-5928 (JMF), 2019 WL 3338266, at *1 (S.D.N.Y. July 25, 2019)

Defendants have not made any particularized showing of the likelihood of harm, nor could they. The circumstances of the hold on congressionally authorized aid to Ukraine are wholly unique and thus the disclosure of agency communications relating to it would not realistically cause any "chilling effect" on future discussions. OMB official Mark Sandy, for example, testified before the House impeachment hearings that during his 12 years at the

---

[2] No government official has contested the authenticity of the documents obtained by Just Security or the accuracy of the excerpts it published. If the Court determines that the accuracy of the quotes is material to its decision, it can of course order an examination of the emails *in camera*.

agency, he could not recall any other time when a hold had been placed on security assistance after Congress had been told the spending was about to commence. House Intelligence Committee et al., Deposition of Mark Sandy, https://intelligence.house.gov/uploadedfiles/-sandy_final_redacted.pdf at 87-88, Nov. 16, 2019. He further testified that the "apportionment" footnotes used to block the funding — which are the primary topic of many of the emails at issue here — were unusual and that he could "not recall another event like it." *Id.*

Given the uniqueness of these circumstances, it is wholly unpersuasive for Defendants to contend that disclosure of agency communications about the implementation of the president's decision would have a "chilling effect" on future deliberations. Indeed, this is the type of purely speculative harm that Congress sought to eliminate as a basis for redaction when it enacted the FOIA Improvement Act. It appears that, in reality, Defendants merely wish to withhold the documents on grounds that Congress and the courts have consistently rejected — namely, "because public officials might be embarrassed by disclosure, because errors and failures might be revealed," (Sen. Charles Grassley, Report 114-4, on the FOIA Improvement Act (Feb. 23, 2015), at 8, quoting with approval President Barack Obama, *Memorandum for the Heads of Executive Departments and Agencies, Subject: Freedom of Information Act* (Jan. 21, 2009)) or to protect the personal interests of government officials — including the president — at the expense of those they are supposed to serve.

## V.     EXEMPTION 1

Exemption 1 protects information that is properly classified. Asserting Exemption 1 (as well as Exemption 5), Defendants have redacted the entire substance of three documents, Nos. 108, 109, and 110 (Bates 137-38, 139-40, and 141-43).

In their brief, Defendants contend that documents 108 and 109 are properly redacted because "the information withheld details how support to Ukraine might impact global competition and future economic opportunities of the United States, as well as the ramifications of such support on the relative geo-political strengths and weaknesses of both partners and competitors of the United States." Br. At 18. However, Defendants only claimed harm from the release of the redacted information in these documents is the purported "undermining [of[ the confidence of allies, which is essential to continued cooperation on matters of mutual interest." Br. At 18. But Defendants fail to explain why — or in what conceivable manner — our allies' confidence would be damaged by the disclosure of how support for Ukraine would impact "global competition[,]" "future economic opportunities[,]" or "the relative geo-political strengths and weaknesses" of countries around the world. Such a cursory and facially implausible grounds for redaction should be rejected or, at the very least, carefully scrutinized upon an *in camera* inspection by the Court.

With respect to document 110, Defendants claim that the document was properly withheld because it purportedly contains intelligence sources and methods. Br. At 18. However, FOIA requires that agencies "take reasonable steps necessary to segregate and release nonexempt information." 5 U.S.C. § 552(a)(8)(A)(ii)(II); *see also* 5 U.S.C. § 552(b). Assuming there are intelligence sources and methods in this document as Defendants claim, it is unlikely that every word constitutes such classified information. There is no indication that Defendants made any effort to parse document 110 (or documents 108 and 109 for that matter) to disclose non-classified passages as required. The Declaration of David V. Trulio, at ¶ 14, merely recites that "no further segregation of meaningful information in the redacted documents can be made," but provides no information that would allow Plaintiff or the Court to assess that claim. The

*Vaughn* index is no more helpful, stating for each document (108-110) only that it contains

"classified information regarding national security interests related to Ukraine."

## VI.   EXEMPTION 3

Exemption 3, as the Defendants note, permits the withholding of information that is

"specifically exempted from disclosure by statute." They say that such information exists in

documents 8, 19, 26, 39, 80, and 81, and that Ukraine has asked, in writing that such

information not be produced. They cite 10 U.S.C. § 130c as the grounds for redacting the

contents of those documents, nearly in their entirety.

This exemption applies, however, only to sensitive information specifically provided by

or produced in cooperation with a foreign government. *See* 10 U.S.C. § 130c. As a result, this

exemption has been inappropriately applied to most if not all of the documents cited above.

Document No. 8, for example, consists of a list of contracts for security assistance to

Ukraine that involve U.S. vendors. This is the type of document typically prepared by the

Pentagon in consultation with the State Department, not by a foreign government or as part of a

joint endeavor with a foreign government. Moreover, government contracts of this sort are not

secret, but accessible to the public in published databases, making it unlikely that this list

qualifies for protection of sensitive information. Document No. 19 is listed specifically as

"Vendor Information" and these vendors are not secret. Document No. 26 is a list of specific aid

for Ukraine that was provided to Congress, but this was not listed by the Defendants as one of

the classified documents, and should therefore be presumed not to be sensitive. Document No.

80 is listed as unclassified "Vendor Information" and thus also falls outside the statute. And

Document 81 appears at least in part, according to the Defendants, to be a simple informational

account of "U.S. Industry Benefits" from the assistance program for Ukraine, rather than an account by Ukraine of its sensitive security needs.

At best, Defendants have failed to adequately parse these documents for releaseable information, and at worst, they have inappropriately applied a broad-brush exemption to them without providing necessary evidence that they qualify.

## VII.    EXEMPTION 6

Exemption 6 applies when disclosure "would constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C § 552(b)(6) (emphasis added). The District of Columbia Circuit has declared that, consistent with the "clearly unwarranted" standard, "under Exemption 6, the presumption in favor of disclosure is as strong as can be found anywhere in the [Freedom of Information] Act." *Washington Post Co. v. HHS*, 690 F.2d 252, 261 (1982).

As Plaintiff informed Defendants before they submitted their motion for summary judgment, Plaintiff does not object to the redactions of email addresses, phone numbers, and other similar contact information where the name of the person appears in the produced documents.

However, Plaintiff contests the redaction, in two documents, of the name of an official who is said to have approved an apportionment. Doc. 3, at Bates 46, Doc. 87, Bates 99 (each including in a subject line: "Apportionment sent to Agency after Approval from [redacted (b)(6)]"). Defendants have provided no justification in their affidavits, nor in their *Vaughn* index, for these redactions. Obviously, the name of an official with authority to approve the apportionment is not a junior employee the redaction of whose name might be justified. Moreover, the identity of that official is plainly important to the public's understanding of the circumstances surrounding the implementation of the hold on Ukrainian aid.

## VIII.   *IN CAMERA* REVIEW

Plaintiff has, in the arguments above, exposed numerous instances in which Defendants have redacted documents without any basis in law or have failed to segregate nonexempt material from exempt information. "[A]n agency cannot exempt an entire document from disclosure simply because part of the document meets the requirements of an exemption." *Elec. Privacy Info. Ctr. v. Transp Sec. Admin.*, 2004 U.S. Dist LEXIS 29433, at *26 (D.D.C. Aug. 2, 2004).

The Court may order *in camera* review when "the agency response is vague, its claims too sweeping, or there is a reason to suspect bad faith." *Mead Data Cent., Inc. v. U.S. Dep't of the Air Force*, 566 F.2d 242, 262 (D.C. Cir. 1977). It is a matter within the judge's discretion. *See Ray v. Turner*, 587 F.2d 1187, 1195 (D.C. Cir. 1978) (per curiam). Given the extreme level of redactions and entirely conclusory segregability analysis in Defendants' affidavits (Dolberry Dec. at ¶ 28; Walsh Decl. at ¶ 34), there is ample basis in this case to justify *in camera* review. Given the relatively small set of documents involved, *in camera* review is particularly appropriate and realistic in this instance. *Hall v. CIA*, 881 F. Supp. 2d 38, 74 (D.D.C. 2012) (holding that "*in camera*" inspection may be particularly appropriate . . . when the number of withheld documents is relatively small").

Finally, the extraordinary historical importance of the documents at issue further merit *in camera* review in this case. The administration has stonewalled Congress' efforts to obtain these and other critical documents that would shed light on the circumstances surrounding the order to withhold Congressionally authorized aid to Ukraine. If any of the documents are improperly shielded from public view, the American people may never fully understand what

occurred, who was involved and why it happened. Given the upcoming presidential election, it is particularly important the Court take all appropriate measures to ensure the public is provided this critical information to which it is entitled under the law.

## **CONCLUSION**

For the foregoing reasons, Public Integrity asks the Court to deny Defendants' Motion for Summary Judgment, to grant Plaintiff's Cross-Motion for Summary Judgment, and to order Defendants to produce the information they have wrongfully withheld.

Respectfully submitted,

_____/S/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR PUBLIC INTEGRITY | 
|
    Plaintiff, |
|
v. |     Civil Action No. 19-3265 (CKK)
|
U.S. DEPARTMENT OF DEFENSE |
|
and |
|
OFFICE OF MANAGEMENT AND BUDGET |
|
    Defendants. |

## PLAINTIFF'S STATEMENT ADDRESSING DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFF'S STATEMENT OF GENUINE ISSUES

Plaintiff admits and/or does not contest ¶¶ 1-9 of Defendants' Statement of Material Facts.

Plaintiff disputes Defendants' general characterizations in ¶¶ 10-17 (see Plaintiff's Memorandum, e.g., at 6), but does not contest the specific facts in ¶¶ 11, 14, 16, and 17.

Plaintiff admits and/or does not contest ¶¶ 18-21. Plaintiff has no record of receiving the letter described in ¶ 19, but the facts in this paragraph are not material.

Plaintiff admits and/or does not contest ¶¶ 22-41. As to Defendants' statement in ¶ 41 that OMB did not identify any new responsive records, Plaintiff maintains that OMB *should* have found one or more additional responsive records. See Plaintiff's Memorandum, at 3-4.

Plaintiff admits and/or does not contest ¶¶ 42-47.

Plaintiff contests ¶¶ 48-68 to the extent that they suggest that Defendants' redactions are proper and supported by the statute. See Plaintiff's Memorandum, generally.

Respectfully submitted,

_____/s/_____

Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** |
| **Sent:** | 9/16/2019 2:25:46 PM |
| **To:** | Duffey, Michael P. EOP/OMB **(b) (6)** |
| **CC:** | McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= **(b) (6)** ]; Sandy, Mark S. EOP/OMB **(b) (6)** |
| **Subject:** | Hill Request for Apportionment Docs |
| **Attachments:** | 97-0100 2019 OM DW 24.xlsx; 97-0100 2019 OM DW 25.xlsx; smime.p7s |

Mike

Good morning.

We have a request from the Hill (HAC-D) for the apportionment that shows the release on the Ukraine funding hold.

Our planned response is to provide the attached, which shows:

(b)(5) -- DoD

Thanks.

Wr,
EM

SF 132 APPORTIONMENT SCHEDULE

FY 2019 Apportionment
Funds provided by Public Law 115-245

| Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Footnote | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|
| | | **Department of Defense--Military Programs** | | | | | | | |
| | | **Bureau: Operation and Maintenance** | | | | | | | |
| | | **Account: Operation and Maintenance, Defense-wide** | | | | | | | |
| | | **TAFS: 97-0100 /2019** | | | | | | | |
| IterNo | 24 | Last Approved Apportionment: 2019-09-06 | | | | | | | |
| RptCat | NO | Reporting Categories | | | | | | | |
| AdjAut | NO | Adjustment Authority provided | | | | | | | |
| 1100 | | BA: Disc: Appropriation | 44,336,976,000 | B1 | 44,336,976,000 | B1 | 44,336,976,000 | B1 | |
| 1120 | | BA: Disc: Approps transferred to o her accounts | -2,259,470,500 | B3 | -2,259,470,500 | B3 | -2,259,470,500 | B3 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | |
| 1700 | | BA: Disc: Spending auth: Collected | 441,782,648 | B4 | 441,782,648 | B4 | 441,782,648 | B4 | |
| 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,642,887 | B4 | 1,028,642,887 | B4 | 1,028,642,887 | B4 | |
| 1740 | | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574,465 | B2 | 1,829,574,465 | B2 | 1,829,574,465 | B2 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **45,591,470,800** | | **45,591,470,800** | | **45,591,470,800** | | |
| 6001 | | Category A -- 1st quarter | 13,267,414,034 | | 13,267,414,034 | | 13,267,414,034 | | |
| 6002 | | Category A -- 2nd quarter | 14,946,467,889 | | 14,946,467,889 | | 14,946,467,889 | | |
| 6003 | | Category A -- 3rd quarter | 12,001,002,777 | | 12,001,002,777 | | 12,001,002,777 | | |
| 6004 | | Category A -- 4th quarter | 2,076,586,100 | | 2,076,586,100 | | 2,076,586,100 | | |
| 6012 | | Reimbursable | 3,300,000,000 | | 3,300,000,000 | | 3,300,000,000 | | |
| **6190** | | **Total budgetary resources available** | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3, A4 | |

Submitted _____     Date _____

See Approval Info tab for OMB approval information

FY 2019 Apportionment
OMB Footnotes

### Footnotes for Apportioned Amounts

**A2** A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3** Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4** Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until September 12, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

### Footnotes for Budgetary Resources

**B1** Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2** Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3** (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4** Per the April 2019 SF-133

**B5** (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245.  FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Agency Footnotes

### Footnotes for Apportioned Amounts

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**   Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

### Footnotes for Budgetary Resources

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245. (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245. (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245. (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245. (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245.

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Previously Approved Footnotes

**Footnotes for Apportioned Amounts**

**A2**  A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**  Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 31, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

**Footnotes for Budgetary Resources**

**B1**  Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**  Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**  (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**  Per the April 2019 SF-133

**B5**  (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245.  FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P L  115-245

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**



**Mark Affixed By:**      Michael Duffey
                         Associate Director for National Security Programs

**Signed On:**           2019-09-10 07:55 PM
**File Name:**           97-0100 2019 OM DW 24.xlsx
**Sent By:**             Edna Curtin
**Sent On:**             2019-09-11 08:53 AM

**TAF(s) Included:**     97-0100 \2019

Report Run: 2019-08-15 13.58.19

## Approved Apportionment vs SF 133, FY 2019

| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Appor Amts | Obs | Other Lines Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | | | | | |
| **TAFS: 97-0100 /2019** | | | | | | | | | |
| **Last Apportioned: 2019-08-15        Latest SF 133: Jun, 2019** | | | | | | | | | |
| | | | | | | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 6004 | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 6004 | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 010

| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |
|---|---|---|---|---|---|---|---|---|---|
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |
| | | | | | | | | | |
| | | | | | | | | | |
| End of file | | | | | | | | | |

Report Run: 2019-08-15 13.58.19

# Non-Expenditure Transfers Report, FY 2019

| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective | To TAFS | From TAFS | To From |
|---|---|---|---|---|---|---|---|---|

**Account: Operation and Maintenance, Defense-wide (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)**
**TAFS: 97-0100 /19**

| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective | To TAFS | From TAFS | To From |
|---|---|---|---|---|---|---|---|---|
| 19011631 | 50 USC 1910 (a) | Appropriation T | 8,000,000 | 2018-12-19 | 2018-12-07 | 97- -0100- 19-000 | 95- -0401- 19-000 | To this account |
| 19227512 | PL 115-245, Title | Appropriation T | 8,029,300 | 2019-01-04 | 2018-12-31 | 97- -0100- 19-000 | 97- -0810- X-000 | To this account |
| 19896688 | PL 115-245, secti | Appropriation T | 1,500,000 | 2019-03-22 | 2019-03-21 | 21- -2035-1921-000 | 97- -0100- 19-000 | From this account |
| 18894024 | PL 115-245, Title | Appropriation T | 1,693,442,000 | 2018-12-04 | 2018-11-20 | 97- -0100-1920-000 | 97- -0100- 19-000 | From this account |
| 19052240 | PL 115-232, secti | Appropriation T | 10,000,000 | 2018-12-13 | 2018-12-11 | 75- -0944- 19-000 | 97- -0100- 19-000 | From this account |
| 19896690 | PL 115-245, secti | Appropriation T | 5,000,000 | 2019-03-22 | 2019-03-21 | 97- -0300-1921-000 | 97- -0100- 19-000 | From this account |
| 19213427 | PL 115-245, HR 6 | Appropriation T | 150,000 | 2019-01-03 | 2018-12-31 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 19213427 | PL 115-245, HR 6 | Appropriation T | 1,279,500 | 2019-01-03 | 2018-12-31 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 19896689 | PL 115-245, secti | Appropriation T | 10,000,000 | 2019-03-22 | 2019-03-21 | 17- -1810-1921-000 | 97- -0100- 19-000 | From this account |
| 19213473 | PL 115-245, HR 6 | Appropriation T | 627,500 | 2019-01-03 | 2018-12-31 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 19213473 | PL 115-245, HR 6 | Appropriation T | 742,000 | 2019-01-03 | 2018-12-31 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 19213470 | PL 115-245, HR 6 | Appropriation T | 707,500 | 2019-01-03 | 2018-12-31 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |
| 19213470 | PL 115-245, HR 6 | Appropriation T | 505,000 | 2019-01-03 | 2018-12-31 | 21- -2060- 19-000 | 97- -0100- 19-000 | From this account |
| 19768067 | PL 115-245, Title | Appropriation T | 32,028,000 | 2019-03-13 | 2019-03-08 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 19679691 | PL 115-245, Title | Appropriation T | 8,549,000 | 2019-02-28 | 2019-02-27 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 19896684 | PL 115-245, secti | Appropriation T | 54,500,000 | 2019-03-26 | 2019-03-21 | 17- -1804- 19-000 | 97- -0100- 19-000 | From this account |
| 19896684 | PL 115-245, secti | Appropriation T | 5,900,000 | 2019-03-26 | 2019-03-21 | 17- -1106- 19-000 | 97- -0100- 19-000 | From this account |
| 19896687 | PL 115-245, secti | Appropriation T | 1,990,000 | 2019-03-26 | 2019-03-21 | 57- -3400- 19-000 | 97- -0100- 19-000 | From this account |
| 19896685 | PL 115-245, secti | Appropriation T | 46,454,000 | 2019-03-26 | 2019-03-21 | 21- -2020- 19-000 | 97- -0100- 19-000 | From this account |
| 20014596 | PL 115-245, secti | Appropriation T | 147,000 | 2019-04-04 | 2019-04-04 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 20014596 | PL 115-245, secti | Appropriation T | 366,000 | 2019-04-04 | 2019-04-04 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 20014597 | PL 115-245, secti | Appropriation T | 2,671,000 | 2019-04-04 | 2019-04-04 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 20014597 | PL 115-245, secti | Appropriation T | 1,443,000 | 2019-04-04 | 2019-04-04 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 20014594 | PL 115-245, secti | Appropriation T | 1,862,000 | 2019-04-04 | 2019-04-04 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20014594 | PL 115-245, secti | Appropriation 1 | 600,000 | 2019-04-04 | 2019-04-04 | 21- | -2060- | 19-000 | 97- | -0100- | 19-000 | From this account |
| 20990798 | PL 115-245 132 § | Appropriation 1 | 23,090,000 | 2019-07-17 | 2019-07-16 | 21- | -2035-1921-000 | 97- | -0100- | 19-000 | From this account |
| 20990799 | PL 115-245 132 § | Appropriation 1 | 3,125,000 | 2019-07-17 | 2019-07-16 | 17- | -1109-1921-000 | 97- | -0100- | 19-000 | From this account |
| 20990801 | PL 115-245 132 § | Appropriation 1 | 90,796,000 | 2019-07-17 | 2019-07-16 | 97- | -0300-1921-000 | 97- | -0100- | 19-000 | From this account |
| 20990799 | PL 115-245 132 § | Appropriation 1 | 5,200,000 | 2019-07-17 | 2019-07-16 | 17- | -1506-1921-000 | 97- | -0100- | 19-000 | From this account |
| 20990796 | PL 115-245 132 § | Appropriation 1 | 6,240,000 | 2019-07-17 | 2019-07-16 | 17- | -1804- | 19-000 | 97- | -0100- | 19-000 | From this account |
| 20990795 | PL 115-245 132 § | Appropriation 1 | 7,900,000 | 2019-07-17 | 2019-07-16 | 21- | -2020- | 19-000 | 97- | -0100- | 19-000 | From this account |
| 20990799 | PL 115-245 132 § | Appropriation 1 | 14,003,000 | 2019-07-17 | 2019-07-16 | 17- | -1810-1921-000 | 97- | -0100- | 19-000 | From this account |
| 20990797 | PL 115-245 132 § | Appropriation 1 | 13,780,000 | 2019-07-17 | 2019-07-16 | 57- | -3400- | 19-000 | 97- | -0100- | 19-000 | From this account |
| 20990800 | PL 115-245 132 § | Appropriation 1 | 15,200,000 | 2019-07-17 | 2019-07-16 | 57- | -3080-1921-000 | 97- | -0100- | 19-000 | From this account |
| 20990800 | PL 115-245 132 § | Appropriation 1 | 36,400,000 | 2019-07-17 | 2019-07-16 | 57- | -3010-1921-000 | 97- | -0100- | 19-000 | From this account |
| 21111208 | PL 115-245 132 § | Appropriation 1 | 290,000 | 2019-08-09 | 2019-08-08 | 57- | -3700- | 19-000 | 97- | -0100- | 19-000 | From this account |
| 21111206 | PL 115-245 132 § | Appropriation 1 | 4,350,000 | 2019-08-09 | 2019-08-08 | 57- | -3080-1921-000 | 97- | -0100- | 19-000 | From this account |
| 21111206 | PL 115-245 132 § | Appropriation 1 | 7,900,000 | 2019-08-09 | 2019-08-08 | 57- | -3010-1921-000 | 97- | -0100- | 19-000 | From this account |

Report Run: 2019-08-15 13.58.21

# Warrants Report, FY 2019

Agy/Bur/Acct/TAFS                    STAR Ref No      Legal Cite                    Amount   Date Posted   Date Effective

**Account: Operation and Maintenance, Defense-wide (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) (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)**
**Treas Account: Operation and Maintenance, Defense-wide**
**TAFS: 97-0100 /19**

                                     18600931 132 STAT 2985      44,336,976,000   2018-11-02    2018-10-28

End of file

SF 132 APPORTIONMENT SCHEDULE

FY 2019 Apportionment
Funds provided by Public Law 115-245

| Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Footnote | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|
| | | **Department of Defense--Military Programs** | | | | | | | |
| | | **Bureau: Operation and Maintenance** | | | | | | | |
| | | **Account: Operation and Maintenance, Defense-wide** | | | | | | | |
| | | **TAFS: 97-0100 /2019** | | | | | | | |
| IterNo | 25 | Last Approved Apportionment: 2019-09-11 | | | | | | | |
| RptCat | NO | Reporting Categories | | | | | | | |
| AdjAut | NO | Adjustment Authority provided | | | | | | | |
| 1100 | | BA: Disc: Appropriation | 44,336,976,000 | B1 | 44,336,976,000 | B1 | 44,336,976,000 | B1 | |
| 1120 | | BA: Disc: Approps transferred to other accounts | -2,259,470,500 | B3 | -2,259,470,500 | B3 | -2,259,470,500 | B3 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | |
| 1700 | | BA: Disc: Spending auth: Collected | 441,782,648 | B4 | 441,782,648 | B4 | 441,782,648 | B4 | |
| 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,642,887 | B4 | 1,028,642,887 | B4 | 1,028,642,887 | B4 | |
| 1740 | | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574,465 | B2 | 1,829,574,465 | B2 | 1,829,574,465 | B2 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **45,591,470,800** | | **45,591,470,800** | | **45,591,470,800** | | |
| 6001 | | Category A -- 1st quarter | 13,267,414,034 | | 13,267,414,034 | | 13,267,414,034 | | |
| 6002 | | Category A -- 2nd quarter | 14,946,467,889 | | 14,946,467,889 | | 14,946,467,889 | | |
| 6003 | | Category A -- 3rd quarter | 12,001,002,777 | | 12,001,002,777 | | 12,001,002,777 | | |
| 6004 | | Category A -- 4th quarter | 2,076,586,100 | | 2,076,586,100 | | 2,076,586,100 | | |
| 6012 | | Reimbursable | 3,300,000,000 | | 3,300,000,000 | | 3,300,000,000 | | |
| **6190** | | **Total budgetary resources available** | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3 | |

Submitted _____   Date _____

See Approval Info tab for OMB approval information

FY 2019 Apportionment
OMB Footnotes

## Footnotes for Apportioned Amounts

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

## Footnotes for Budgetary Resources

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245.

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Agency Footnotes

**Footnotes for Apportioned Amounts**

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**   Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

**Footnotes for Budgetary Resources**

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245. (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245. (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245. (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Previously Approved Footnotes

### Footnotes for Apportioned Amounts

**A2**  A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**  Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 31, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

### Footnotes for Budgetary Resources

**B1**  Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**  Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**  (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**  Per the April 2019 SF-133

**B5**  (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P L  115-245

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

Report Run: 2019-08-15 13.58.19

## Approved Apportionment vs SF 133, FY 2019

| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Appor Amts | Obs | Other Lines Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | | | | | |
| **TAFS: 97-0100 /2019** | | | | | | | | | |
| **Last Apportioned: 2019-08-15       Latest SF 133: Jun, 2019** | | | | | | | | | |
| | | | | | | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 6004 | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 6004 | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 022

| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Amts | Obs | Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |
| | | | | | | | | | |
| | | | | | | | | | |
| End of file | | | | | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 023

Report Run: 2019-08-15 13.58.19

# Non-Expenditure Transfers Report, FY 2019

| Agy/Bur/Acct/TAFS | | | | STAR Ref No | Legal Cite | Title | Amount | Date Posted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | | | | |
| **TAFS: 97-0100 /19** | | | | | | | | |
| | | | | | | | | |
| | | | | 19011631 | 50 USC 1910 (a) (b) (c) | Appropriation Transfer | 8,000,000 | 2018-12-19 |
| | | | | 19227512 | PL 115-245, Title II, page(s) 7-9 | Appropriation Transfer | 8,029,300 | 2019-01-04 |
| | | | | 19896688 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 1,500,000 | 2019-03-22 |
| | | | | 18894024 | PL 115-245, Title IX, HR 6157, page(s) 54-55 | Appropriation Transfer | 1,693,442,000 | 2018-12-04 |
| | | | | 19052240 | PL 115-232, section 315(a), HR 5515, page 78 | Appropriation Transfer | 10,000,000 | 2018-12-13 |
| | | | | 19896690 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 5,000,000 | 2019-03-22 |
| | | | | 19213427 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 150,000 | 2019-01-03 |
| | | | | 19213427 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 1,279,500 | 2019-01-03 |
| | | | | 19896689 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 10,000,000 | 2019-03-22 |
| | | | | 19213473 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 627,500 | 2019-01-03 |
| | | | | 19213473 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 742,000 | 2019-01-03 |
| | | | | 19213470 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 707,500 | 2019-01-03 |
| | | | | 19213470 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 505,000 | 2019-01-03 |
| | | | | 19768067 | PL 115-245, Title VI, HR 6157, page 17 | Appropriation Transfer | 32,028,000 | 2019-03-13 |
| | | | | 19679691 | PL 115-245, Title VI, HR 6157, page 17 | Appropriation Transfer | 8,549,000 | 2019-02-28 |
| | | | | 19896684 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 54,500,000 | 2019-03-26 |
| | | | | 19896684 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 5,900,000 | 2019-03-26 |
| | | | | 19896687 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 1,990,000 | 2019-03-26 |
| | | | | 19896685 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 46,454,000 | 2019-03-26 |
| | | | | 20014596 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 147,000 | 2019-04-04 |
| | | | | 20014596 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 366,000 | 2019-04-04 |
| | | | | 20014597 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 2,671,000 | 2019-04-04 |
| | | | | 20014597 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 1,443,000 | 2019-04-04 |
| | | | | 20014594 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 1,862,000 | 2019-04-04 |

| Agy/Bur/Acct/TAFS | | | STAR Ref No | Legal Cite | Title | Amount | Date Posted |
|---|---|---|---|---|---|---|---|
| | | | 20014594 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 600,000 | 2019-04-04 |
| | | | 20990798 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 23,090,000 | 2019-07-17 |
| | | | 20990799 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 3,125,000 | 2019-07-17 |
| | | | 20990801 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 90,796,000 | 2019-07-17 |
| | | | 20990799 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 5,200,000 | 2019-07-17 |
| | | | 20990796 | PL 115-245 132 STAT 3046 Sec. 9018 | Appropriation Transfer | 6,240,000 | 2019-07-17 |
| | | | 20990795 | PL 115-245 132 STAT 3046 Sec. 9018 | Appropriation Transfer | 7,900,000 | 2019-07-17 |
| | | | 20990799 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 14,003,000 | 2019-07-17 |
| | | | 20990797 | PL 115-245 132 STAT 3046 Sec. 9018 | Appropriation Transfer | 13,780,000 | 2019-07-17 |
| | | | 20990800 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 15,200,000 | 2019-07-17 |
| | | | 20990800 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 36,400,000 | 2019-07-17 |
| | | | 21111208 | PL 115-245 132 STAT 3013 Sec 8052 | Appropriation Transfer | 290,000 | 2019-08-09 |
| | | | 21111206 | PL 115-245 132 STAT 3042 Sec 9002 | Appropriation Transfer | 4,350,000 | 2019-08-09 |
| | | | 21111206 | PL 115-245 132 STAT 3042 Sec 9002 | Appropriation Transfer | 7,900,000 | 2019-08-09 |
| | | | | | | | |
| | | | | | | | |
| End of file | | | | | | | |

| Date Effective | To TAFS | From TAFS | To  From |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 2018-12-07 | 97-  -0100-  19-000 | 95-  -0401-  19-000 | To this account |
| 2018-12-31 | 97-  -0100-  19-000 | 97-  -0810-   X-000 | To this account |
| 2019-03-21 | 21-  -2035-1921-000 | 97-  -0100-  19-000 | From this account |
| 2018-11-20 | 97-  -0100-1920-000 | 97-  -0100-  19-000 | From this account |
| 2018-12-11 | 75-  -0944-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-03-21 | 97-  -0300-1921-000 | 97-  -0100-  19-000 | From this account |
| 2018-12-31 | 17-  -1108-  19-000 | 97-  -0100-  19-000 | From this account |
| 2018-12-31 | 17-  -1405-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-03-21 | 17-  -1810-1921-000 | 97-  -0100-  19-000 | From this account |
| 2018-12-31 | 57-  -3700-  19-000 | 97-  -0100-  19-000 | From this account |
| 2018-12-31 | 57-  -3850-  19-000 | 97-  -0100-  19-000 | From this account |
| 2018-12-31 | 21-  -2070-  19-000 | 97-  -0100-  19-000 | From this account |
| 2018-12-31 | 21-  -2060-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-03-08 | 97-  -0100-  19-000 | 97-  -0105-  19-000 | To this account |
| 2019-02-27 | 97-  -0100-  19-000 | 97-  -0105-  19-000 | To this account |
| 2019-03-21 | 17-  -1804-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-03-21 | 17-  -1106-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-03-21 | 57-  -3400-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-03-21 | 21-  -2020-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-04-04 | 17-  -1108-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-04-04 | 17-  -1405-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-04-04 | 57-  -3850-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-04-04 | 57-  -3700-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-04-04 | 21-  -2070-  19-000 | 97-  -0100-  19-000 | From this account |

| Date Effective | To TAFS | From TAFS | To  From |
|---|---|---|---|
| 2019-04-04 | 21-  -2060-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 21-  -2035-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1109-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 97-  -0300-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1506-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1804-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 21-  -2020-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1810-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 57-  -3400-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 57-  -3080-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 57-  -3010-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-08-08 | 57-  -3700-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-08-08 | 57-  -3080-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-08-08 | 57-  -3010-1921-000 | 97-  -0100-  19-000 | From this account |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Report Run: 2019-08-15 13.58.21

# Warrants Report, FY 2019

| Agy/Bur/Acct/TAFS | STAR Ref No | Legal Cite | Amount | Date Posted | Date Effective |
|---|---|---|---|---|---|

**Account: Operation and Maintenance, Defense-wide (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) (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)**
**Treas Account: Operation and Maintenance, Defense-wide**
**TAFS: 97-0100 /19**

| | STAR Ref No | Legal Cite | Amount | Date Posted | Date Effective |
|---|---|---|---|---|---|
| | 18600931 | 132 STAT 2985 | 44,336,976,000 | 2018-11-02 | 2018-10-28 |

End of file

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB **(b) (6)** |
| **Sent:** | 9/3/2019 1:25:49 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) |/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)** |
| **CC:** | Sandy, Mark S. EOP/OMB **(b) (6)** |
| **Subject:** | RE: Footnote |
| **Attachments:** | 97-0100 2019 O&M DW 21.xlsx |


Elaine - attached is the apportionment with the footnote re: USAI, pausing funds through tomorrow.

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
**(b)**

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)**
Sent: Monday, September 2, 2019 12:13 PM
To: Duffey, Michael P. EOP/OMB **(b) (6)** >
Cc: Sandy, Mark S. EOP/OMB **(b) (6)**
Subject: Footnote

Mike

Hey, hope you are getting some time this weekend. Struggling to do so myself...

We have not yet seen a footnote providing direction to extend the pause on USAI obligations.

EM

SF 132 APPORTIONMENT SCHEDULE

FY 2019 Apportionment
Funds provided by Public Law 115-245

| Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Footnote | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|
| | | **Department of Defense--Military Programs** | | | | | | | |
| | | **Bureau: Operation and Maintenance** | | | | | | | |
| | | **Account: Operation and Maintenance, Defense-wide** | | | | | | | |
| | | **TAFS: 97-0100 /2019** | | | | | | | |
| IterNo | 21 | Last Approved Apportionment: 2019-08-27 | | | | | | | |
| RptCat | NO | Reporting Categories | | | | | | | |
| AdjAut | NO | Adjustment Authority provided | | | | | | | |
| 1100 | | BA: Disc: Appropriation | 44,336,976,000 | B1 | 44,336,976,000 | B1 | 44,336,976,000 | B1 | |
| 1120 | | BA: Disc: Approps transferred to o her accounts | -2,259,470,500 | B3 | -2,259,470,500 | B3 | -2,259,470,500 | B3 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | |
| 1700 | | BA: Disc: Spending auth: Collected | 441,782,648 | B4 | 441,782,648 | B4 | 441,782,648 | B4 | |
| 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,642,887 | B4 | 1,028,642,887 | B4 | 1,028,642,887 | B4 | |
| 1740 | | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574,465 | B2 | 1,829,574,465 | B2 | 1,829,574,465 | B2 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **45,591,470,800** | | **45,591,470,800** | | **45,591,470,800** | | |
| 6001 | | Category A -- 1st quarter | 13,267,414,034 | | 13,267,414,034 | | 13,267,414,034 | | |
| 6002 | | Category A -- 2nd quarter | 14,946,467,889 | | 14,946,467,889 | | 14,946,467,889 | | |
| 6003 | | Category A -- 3rd quarter | 12,001,002,777 | | 12,001,002,777 | | 12,001,002,777 | | |
| 6004 | | Category A -- 4th quarter | 2,076,586,100 | | 2,076,586,100 | | 2,076,586,100 | | |
| 6012 | | Reimbursable | 3,300,000,000 | | 3,300,000,000 | | 3,300,000,000 | | |
| **6190** | | **Total budgetary resources available** | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3, A4 | |

Submitted _____   Date _____

See Approval Info tab for OMB approval information

FY 2019 Apportionment
OMB Footnotes

### Footnotes for Apportioned Amounts

**A2**    A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**    Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**    Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until September 5, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

### Footnotes for Budgetary Resources

**B1**    Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**    Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**    (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**    Per the April 2019 SF-133

**B5**    (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P L  115-245

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Agency Footnotes

**Footnotes for Apportioned Amounts**

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**   Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

**Footnotes for Budgetary Resources**

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245.

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Previously Approved Footnotes

### Footnotes for Apportioned Amounts

**A2**  A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**  Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 31, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

### Footnotes for Budgetary Resources

**B1**  Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**  Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**  (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**  Per the April 2019 SF-133

**B5**  (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L.  115-245

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**



| | |
|---|---|
| **Mark Affixed By:** | Michael Duffey |
| | Associate Director for National Security Programs |
| **Signed On:** | 2019-08-31 09:19 AM |
| **File Name:** | 97-0100 2019 O&M DW 21.xlsx |
| **Sent By:** | Katie Broomell |
| **Sent On:** | 2019-08-31 10:07 AM |
| **TAF(s) Included:** | 97-0100 \2019 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 037

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 038

Report Run: 2019-08-15 13.58.19

## Approved Apportionment vs SF 133, FY 2019

| Agy/Bur/Acct/TAFS | . | . | . | . | Line No | Line Description | Appor | SF 133 | Appor Amts | Obs | Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Other Lines | | |
| | | | | | | | | | | | | | |

**Account  Operation and Maintenance, Defense-wide (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)**

**TAFS  97-0100 /2019**

**Last Apportioned  2019-08-15      Latest SF 133  Jun, 2019**

| Agy/Bur/Acct/TAFS | | | | | Line No | Line Description | Appor | SF 133 | Appor Amts | Obs | Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 97 | 0100 | 2019 | 1021 | | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 97 | 0100 | 2019 | 1021 | | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 97 | 0100 | 2019 | 1100 | | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 97 | 0100 | 2019 | 1100 | | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 97 | 0100 | 2019 | 1120 | | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 97 | 0100 | 2019 | 1120 | | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 97 | 0100 | 2019 | 1121 | | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 97 | 0100 | 2019 | 1121 | | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 97 | 0100 | 2019 | 1700 | | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 97 | 0100 | 2019 | 1700 | | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 97 | 0100 | 2019 | 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 97 | 0100 | 2019 | 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 97 | 0100 | 2019 | 1740 | | BA: Disc: Spending auth Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | 97 | 0100 | 2019 | 1740 | | BA: Disc: Spending auth Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | **97** | **0100** | **2019** | **1910/1920** | | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | **97** | **0100** | **2019** | **1910/1920** | | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | 97 | 0100 | 2019 | 6001 | | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 97 | 0100 | 2019 | 6001 | | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 97 | 0100 | 2019 | 6002 | | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 97 | 0100 | 2019 | 6002 | | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 97 | 0100 | 2019 | 6003 | | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 97 | 0100 | 2019 | 6003 | | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 97 | 0100 | 2019 | 6004 | | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 97 | 0100 | 2019 | 6004 | | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 97 | 0100 | 2019 | 6012 | | Reimbursable | | | 3,300,000 | | | | |
| | 97 | 0100 | 2019 | 6012 | | Reimbursable | | | 3,300,000 | | | | |
| | 97 | 0100 | 2019 | 2001 | | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 97 | 0100 | 2019 | 2001 | | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 97 | 0100 | 2019 | 2002 | | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 97 | 0100 | 2019 | 2002 | | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 97 | 0100 | 2019 | 2101 | | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 97 | 0100 | 2019 | 2101 | | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 97 | 0100 | 2019 | 2102 | | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |
| | 97 | 0100 | 2019 | 2102 | | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |
| | **97** | **0100** | **2019** | **2###/6###** | | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | **97** | **0100** | **2019** | **2###/6###** | | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | 97 | 0100 | 2019 | 2201 | | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 97 | 0100 | 2019 | 2201 | | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 97 | 0100 | 2019 | 2202 | | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 97 | 0100 | 2019 | 2202 | | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 97 | 0100 | 2019 | 2203 | | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 97 | 0100 | 2019 | 2203 | | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 97 | 0100 | 2019 | 2403 | | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | 97 | 0100 | 2019 | 2403 | | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | **97** | **0100** | **2019** | **2500/6190** | | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |
| | **97** | **0100** | **2019** | **2500/6190** | | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 039

| Agy/Bur/Acct/TAFS | . | . | . | . | Line No | Line Description | Appor | SF 133 | Amts | Obs | Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| End of file | | | | | | | | | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 040

| Agy/Bur/Acct/TAFS | | | STAR Ref No | Legal Cite | Title | Amount | Date Posted |
|---|---|---|---|---|---|---|---|
| Report Run: 2019-08-15 13.58.19 | | | | | **Non-Expenditure Transfers Report, FY 2019** | | |
| | | | | | | | |
| | | | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | | | |
| **TAFS: 97-0100 /19** | | | | | | | |
| | | | | | | | |
| | | | 19011631 | 50 USC 1910 (a) (b) (c) | Appropriation Transfer | 8,000,000 | 2018-12-19 |
| | | | 19227512 | PL 115-245, Title II, page(s) 7-9 | Appropriation Transfer | 8,029,300 | 2019-01-04 |
| | | | 19896688 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 1,500,000 | 2019-03-22 |
| | | | 18894024 | PL 115-245, Title IX, HR 6157, page(s) 54-55 | Appropriation Transfer | 1,693,442,000 | 2018-12-04 |
| | | | 19052240 | PL 115-232, section 315(a), HR 5515, page 78 | Appropriation Transfer | 10,000,000 | 2018-12-13 |
| | | | 19896690 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 5,000,000 | 2019-03-22 |
| | | | 19213427 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 150,000 | 2019-01-03 |
| | | | 19213427 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 1,279,500 | 2019-01-03 |
| | | | 19896689 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 10,000,000 | 2019-03-22 |
| | | | 19213473 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 627,500 | 2019-01-03 |
| | | | 19213473 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 742,000 | 2019-01-03 |
| | | | 19213470 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 707,500 | 2019-01-03 |
| | | | 19213470 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 505,000 | 2019-01-03 |
| | | | 19768067 | PL 115-245, Title VI, HR 6157, page 17 | Appropriation Transfer | 32,028,000 | 2019-03-13 |
| | | | 19679691 | PL 115-245, Title VI, HR 6157, page 17 | Appropriation Transfer | 8,549,000 | 2019-02-28 |
| | | | 19896684 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 54,500,000 | 2019-03-26 |
| | | | 19896684 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 5,900,000 | 2019-03-26 |
| | | | 19896687 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 1,990,000 | 2019-03-26 |
| | | | 19896685 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 46,454,000 | 2019-03-26 |
| | | | 20014596 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 147,000 | 2019-04-04 |
| | | | 20014596 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 366,000 | 2019-04-04 |
| | | | 20014597 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 2,671,000 | 2019-04-04 |
| | | | 20014597 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 1,443,000 | 2019-04-04 |
| | | | 20014594 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 1,862,000 | 2019-04-04 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 041

| Agy/Bur/Acct/TAFS | | | STAR Ref No | Legal Cite | Title | Amount | Date Posted |
|---|---|---|---|---|---|---|---|
| | | | 20014594 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 600,000 | 2019-04-04 |
| | | | 20990798 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 23,090,000 | 2019-07-17 |
| | | | 20990799 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 3,125,000 | 2019-07-17 |
| | | | 20990801 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 90,796,000 | 2019-07-17 |
| | | | 20990799 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 5,200,000 | 2019-07-17 |
| | | | 20990796 | PL 115-245 132 STAT 3046 Sec. 9018 | Appropriation Transfer | 6,240,000 | 2019-07-17 |
| | | | 20990795 | PL 115-245 132 STAT 3046 Sec. 9018 | Appropriation Transfer | 7,900,000 | 2019-07-17 |
| | | | 20990799 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 14,003,000 | 2019-07-17 |
| | | | 20990797 | PL 115-245 132 STAT 3046 Sec. 9018 | Appropriation Transfer | 13,780,000 | 2019-07-17 |
| | | | 20990800 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 15,200,000 | 2019-07-17 |
| | | | 20990800 | PL 115-245 132 STAT 3042 Sec. 9002 | Appropriation Transfer | 36,400,000 | 2019-07-17 |
| | | | 21111208 | PL 115-245 132 STAT 3013 Sec 8052 | Appropriation Transfer | 290,000 | 2019-08-09 |
| | | | 21111206 | PL 115-245 132 STAT 3042 Sec 9002 | Appropriation Transfer | 4,350,000 | 2019-08-09 |
| | | | 21111206 | PL 115-245 132 STAT 3042 Sec 9002 | Appropriation Transfer | 7,900,000 | 2019-08-09 |
| | | | | | | | |
| | | | | | | | |
| End of file | | | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 042

| Date Effective | To TAFS | From TAFS | To  From |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 2018-12-07 | 97- -0100- 19-000 | 95- -0401- 19-000 | To this account |
| 2018-12-31 | 97- -0100- 19-000 | 97- -0810- X-000 | To this account |
| 2019-03-21 | 21- -2035-1921-000 | 97- -0100- 19-000 | From this account |
| 2018-11-20 | 97- -0100-1920-000 | 97- -0100- 19-000 | From this account |
| 2018-12-11 | 75- -0944- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-03-21 | 97- -0300-1921-000 | 97- -0100- 19-000 | From this account |
| 2018-12-31 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 2018-12-31 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-03-21 | 17- -1810-1921-000 | 97- -0100- 19-000 | From this account |
| 2018-12-31 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 2018-12-31 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 2018-12-31 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |
| 2018-12-31 | 21- -2060- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-03-08 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 2019-02-27 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 2019-03-21 | 17- -1804- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-03-21 | 17- -1106- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-03-21 | 57- -3400- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-03-21 | 21- -2020- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-04-04 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-04-04 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-04-04 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-04-04 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 2019-04-04 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 043

| Date Effective | To TAFS | From TAFS | To  From |
|---|---|---|---|
| 2019-04-04 | 21-  -2060-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 21-  -2035-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1109-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 97-  -0300-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1506-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1804-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 21-  -2020-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 17-  -1810-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 57-  -3400-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 57-  -3080-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-07-16 | 57-  -3010-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-08-08 | 57-  -3700-  19-000 | 97-  -0100-  19-000 | From this account |
| 2019-08-08 | 57-  -3080-1921-000 | 97-  -0100-  19-000 | From this account |
| 2019-08-08 | 57-  -3010-1921-000 | 97-  -0100-  19-000 | From this account |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 044

Report Run: 2019-08-15 13.58.21

# Warrants Report, FY 2019

<u>Agy/Bur/Acct/TAFS</u>                                    <u>STAR Ref No</u>     <u>Legal Cite</u>                          <u>Amount</u>   <u>Date Posted</u>   <u>Date Effective</u>

**Account: Operation and Maintenance, Defense-wide (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) (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)**
**Treas Account: Operation and Maintenance, Defense-wide**
**TAFS: 97-0100 /19**

|  | STAR Ref No | Legal Cite | Amount | Date Posted | Date Effective |
|---|---|---|---|---|---|
|  | 18600931 | 132 STAT 2985 | 44,336,976,000 | 2018-11-02 | 2018-10-28 |

End of file

Message

| | |
|---|---|
| **From:** | Denaro, Paul J. EOP/OMB [(b) (6) ] |
| **Sent:** | 7/26/2019 1:08:15 PM |
| **To:** | Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| **Subject:** | FW: O&M Defense Wide 97-0100 OMB signed apportionment [Apportionment sent to Agency after Approval from (b) (6) |
| **Attachments:** | Copy of INC 2019-19-23-24-25 IR-19-05 PA_97-0100 2019-complete 07.25.2019v2.xlsx |

FYSA

**From:** apportionment@omb.gov [mailto:apportionment@omb.gov]
**Sent:** Thursday, July 25, 2019 2:48 PM
**To:** (b) (6)

**Subject:** O&M Defense Wide 97-0100 OMB signed apportionment [Apportionment sent to Agency after Approval from (b)(6) ]

## **Message from Sender:**

Thanks,
Katie
(b) (6)

## **Message From System Administrator:**

This email generated from the OMB's web-based apportionment system was sent to members of the DOD/Operation and Maintenance and Military Personnel team. The subject line includes the email address of the person sending this email. Your agency (if you are an agency staffer) or examining division (if you are an OMB staffer) decided that you should receive these kinds of emails. If you believe that you received this email in error, please contact your agency apportionment administrators. You can search for them here: https://portal.max.gov/home/sa/findAgencyAdminForm

Apportionment file(s) attached.

SF 132 APPORTIONMENT SCHEDULE

FY 2019 Apportionment
Funds provided by Public Law 115-245

| Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Footnote | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|
| | | **Department of Defense--Military Programs** | | | | | | | |
| | | **Bureau: Operation and Maintenance** | | | | | | | |
| | | **Account: Operation and Maintenance, Defense-wide** | | | | | | | |
| | | **TAFS: 97-0100 /2019** | | | | | | | |
| IterNo | 16 | Last Approved Apportionment: 2019-06-26 | | | | | | | |
| RptCat | NO | Reporting Categories | | | | | | | |
| AdjAut | NO | Adjustment Authority provided | | | | | | | |
| 1100 | | BA: Disc: Appropriation | 44,336,976,000 | B1 | 44,336,976,000 | B1 | 44,336,976,000 | B1 | |
| 1120 | | BA: Disc: Approps transferred to o her accounts | -2,133,392,500 | B3 | -2,190,470,500 | B3 | -2,190,470,500 | B3 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 134,378,300 | B5, B6 | 185,753,300 | B5, B6 | 185,753,300 | B5, B6 | |
| 1700 | | BA: Disc: Spending auth: Collected | 441,782,648 | B4 | 441,782,648 | B4 | 441,782,648 | B4 | |
| 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,642,887 | B4 | 1,028,642,887 | B4 | 1,028,642,887 | B4 | |
| 1740 | | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574,465 | B2 | 1,829,574,465 | B2 | 1,829,574,465 | B2 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **45,637,961,800** | | **45,632,258,800** | | **45,632,258,800** | | |
| 6001 | | Category A -- 1st quarter | 13,267,414,034 | | 13,267,414,034 | | 13,267,414,034 | | |
| 6002 | | Category A -- 2nd quarter | 14,946,467,889 | | 14,946,467,889 | | 14,946,467,889 | | |
| 6003 | | Category A -- 3rd quarter | 12,001,002,777 | | 12,001,002,777 | | 12,001,002,777 | | |
| 6004 | | Category A -- 4th quarter | 2,123,077,100 | | 2,117,374,100 | | 2,117,374,100 | | |
| 6012 | | Reimbursable | 3,300,000,000 | | 3,300,000,000 | | 3,300,000,000 | | |
| **6190** | | **Total budgetary resources available** | **45,637,961,800** | A2, A3 | **45,632,258,800** | A2, A3 | **45,632,258,800** | A2, A3, A4 | |

Submitted _____   Date _____

See Approval Info tab for OMB approval information

| Treasury Agency | FY1 | FY2 | Treasury Account | Alloc Account | Alloc Sub-Account | Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Approved Footnot | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **FY 2019 Apportionment** | | | | | | | |
| | | | | | | | | **Funds provided by Public Law 115-245** | | | | | | | |
| 21 | 2019 | 2070 | | | | 1121 | | Reserve Personnel, Army | | | 910,000 | | | | |
| 21 | 2019 | 2070 | | | | 1120 | | Reserve Personnel, Army | | | -163,000 | | | | |
| 21 | 2019 | 2060 | | | | 1120 | | National Guard Personnel, Army | | | -444,000 | | | | |
| 21 | 2019 | 2010 | | | | 1120 | | Military Personnel, Army | | | -4,000,000 | | | | |
| 97 | 2019 | 0100 | | | | 1120 | | Operation and Maintenance, Defense-Wide | | | -57,078,000 | | | | |
| 17 | 2019 | 1806 | | | | 1120 | | Operation and Maintenance, Navy Reserve | | | -10,000 | | | | |
| 21 | 2019 | 2065 | | | | 1120 | | Operation and Maintenance, Army National Guard | | | -921,000 | | | | |
| 21 | 2019 | 2065 | | | | 1121 | | Operation and Maintenance, Army National Guard | | | 70,000 | | | | |
| 57 | 2019 | 3840 | | | | 1120 | | Operation and Maintenance, Air National Guard | | | -39,000 | | | | |
| 17 | 2019 | 1105 | | | | 1121 | | Military Personnel, Marine Corps | | | 4,239,000 | | | | |
| 17 | 2019 | 1453 | | | | 1121 | | Military Personnel, Navy | | | 4,642,000 | | | | |
| 17 | 2019 | 1405 | | | | 1121 | | Reserve Personnel, Navy | | | 2,887,000 | | | | |
| 57 | 2019 | 3700 | | | | 1121 | | Reserve Personnel, Air Force | | | 1,937,000 | | | | |
| 57 | 2019 | 3700 | | | | 1120 | | Reserve Personnel, Air Force | | | -250,000 | | | | |
| 21 | 2019 | 2060 | | | | 1121 | | National Guard Personnel, Army | | | 7,339,000 | | | | |
| 57 | 2019 | 3850 | | | | 1121 | | National Guard Personnel, Air Force | | | 2,785,000 | | | | |
| 21 | 2019 | 2020 | | | | 1121 | | Operation and Maintenance, Army | | | 44,926,000 | | | | |
| 21 | 2019 | 2020 | | | | 1120 | | Operation and Maintenance, Army | | | -49,000,000 | | | | |
| 17 | 2019 | 1804 | | | | 1121 | | Operation and Maintenance, Navy | | | 55,654,000 | | | | |
| 17 | 2019 | 1106 | | | | 1121 | | Operation and Maintenance, Marine Corps | | | 3,741,000 | | | | |
| 57 | 2019 | 3400 | | | | 1121 | | Operation and Maintenance, Air Force | | | 114,618,000 | | | | |
| 57 | 2019 | 3400 | | | | 1120 | | Operation and Maintenance, Air Force | | | -10,365,000 | | | | |
| 97 | 2019 | 0100 | | | | 1121 | | Operation and Maintenance, Defense-Wide | | | 51,375,000 | | | | |
| 57 | 2019 | 3840 | | | | 1121 | | Operation and Maintenance, Air National Guard | | | 680,000 | | | | |
| 57 | 2019 | 3740 | | | | 1121 | | Operation and Maintenance, Air Force Reserve | | | 128,000 | | | | |
| 21 | 2019 | 2021 | 2035 | | | 1121 | | Other Procurement, Army | | | 269,000 | | | | |
| 17 | 2019 | 2021 | 1810 | | | 1121 | | Other Procurement, Navy | | | 6,782,000 | | | | |
| 57 | 2019 | 2021 | 3010 | | | 1121 | | Aircraft Procurement, Air Force | | | 59,059,000 | | | | |
| 57 | 2019 | 2021 | 3010 | | | 1120 | | Aircraft Procurement, Air Force | | | -4,959,000 | | | | |
| 57 | 2019 | 2021 | 3080 | | | 1121 | | Other Procurement, Air Force | | | 4,583,000 | | | | |
| 17 | 2019 | 2020 | 1319 | | | 1121 | | Research, Development, Test, and Evaluation, Navy | | | 4,000,000 | | | | |
| 21 | 2019 | 2020 | 2040 | | | 1120 | | Research, Development, Test, and Evaluation, Army | | | -4,000,000 | | | | |
| 97 | 2019 | 2021 | 0300 | | | 1120 | | Procurement, Defense-Wide | | | -1,089,000 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | a/ The above amounts are transferred in accordance with provisions and sections 8005, 8052 ,and 8055 of | | | | | | | |
| | | | | | | | | divison A of Public Law 115-245, the DoD Appropriations Act, 2019; and section 1001 of Public Law 115-232, | | | | | | | |
| | | | | | | | | the John S. McCain National Defense Authorization Act for FY 2019, as delegated, the Deputy Under Secretary | | | | | | | |
| | | | | | | | | of Defense (Comptroller) has determined that it is in the national interest to effect the transfer of funds between | | | | | | | |
| | | | | | | | | appropriations of the DoD, as reflected in DoD Reprogramming Actions FY 19-23 IR; FY 19-24  R; FY 19-25 IR | | | | | | | |
| | | | | | | | | and FY 19-05 PA. | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | b/ One or more Classified Attachments displaying the apportionment of specific classified programs within the | | | | | | | |
| | | | | | | | | amount displayed may be included.  All documents associated with this apportionment are unclassified except | | | | | | | |
| | | | | | | | | for the Classified Attachments.  The classified apportionment shall be allotted in full and executed without change. | | | | | | | |
| | | | | | | | | Allotments shall be made no later than thirty days after OMB signs the apportionment or the start of the | | | | | | | |
| | | | | | | | | subsequent calendar month, whichever is later. | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | Signed: | | | | | | | |
| | | | | | | | | Anne J. McAndrew, Deputy Comptroller (Program/Budget) | | | | | | | |
| | | | | | | | | | | | | | | | |
| 21 | 2019 | 2070 | | | | 6004 | | Fourth Quarter | | | 747,000 | | | | |
| 21 | 2019 | 2060 | | | | 6004 | | Fourth Quarter | | | 6,895,000 | | | | |
| 21 | 2019 | 2010 | | | | 6004 | | Fourth Quarter | | | -4,000,000 | | | | |
| 97 | 2019 | 0100 | | | | 6004 | | Fourth Quarter | | | -5,703,000 | | | | |
| 17 | 2019 | 1806 | | | | 6004 | | Fourth Quarter | | | -10,000 | | | | |
| 21 | 2019 | 2065 | | | | 6004 | | Fourth Quarter | | | -851,000 | | | | |
| 57 | 2019 | 3840 | | | | 6004 | | Fourth Quarter | | | 641,000 | | | | |
| 17 | 2019 | 1105 | | | | 6004 | | Fourth Quarter | | | 4,239,000 | | | | |
| 17 | 2019 | 1453 | | | | 6004 | | Fourth Quarter | | | 4,642,000 | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 048

| Treasury Agency | FY1 | FY2 | Treasury Account | Alloc Account | Alloc Sub-Account | Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Approved Footnote | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FY 2019 Apportionment | | | | | | | |
| | | | | | | | | Funds provided by Public Law 115-245 | | | | | | | |
| 17 | | 2019 | 1405 | | | 6004 | | Fourth Quarter | | | 2,887,000 | | | | |
| 57 | | 2019 | 3700 | | | 6004 | | Fourth Quarter | | | 1,687,000 | | | | |
| 57 | | 2019 | 3850 | | | 6004 | | Fourth Quarter | | | 2,785,000 | | | | |
| 21 | | 2019 | 2020 | | | 6004 | | Fourth Quarter | | | -4,074,000 | | | | |
| 17 | | 2019 | 1804 | | | 6004 | | Fourth Quarter | | | 55,654,000 | | | | |
| 17 | | 2019 | 1106 | | | 6004 | | Fourth Quarter | | | 3,741,000 | | | | |
| 57 | | 2019 | 3400 | | | 6004 | | Fourth Quarter | | | 104,253,000 | | | | |
| 57 | | 2019 | 3740 | | | 6004 | | Fourth Quarter | | | 128,000 | | | | |
| 21 | 2019 | 2021 | 2035 | | | 6011 | | Lump Sum | | | 269,000 | | | | |
| 17 | 2019 | 2021 | 1810 | | | 6011 | | Lump Sum | | | 6,782,000 | | | | |
| 57 | 2019 | 2021 | 3010 | | | 6011 | | Lump Sum | | | 54,100,000 | | | | |
| 57 | 2019 | 2021 | 3080 | | | 6011 | | Lump Sum | | | 4,583,000 | | | | |
| 17 | 2019 | 2020 | 1319 | | | 6011 | | Lump Sum | | | 4,000,000 | | | | |
| 21 | 2019 | 2020 | 2040 | | | 6011 | | Lump Sum | | | -4,000,000 | | | | |
| 97 | 2019 | 2021 | 0300 | | | 6011 | | Lump Sum | | | -1,089,000 | | | | |

FY 2019 Apportionment
OMB Footnotes

## Footnotes for Apportioned Amounts

**A2**  A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**  Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 5, 2019, to allow for an interagency process to determine the best use of such funds.  Based on OMB's communication with DOD on July 25, 2019, OMB understands from the Department that this brief pause in obligations will not preclude DOD's timely execution of the final policy direction.  DOD may continue its planning and casework for the Initiative during this period.

## Footnotes for Budgetary Resources

**B1**  Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**  Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**  (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-245. (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**  Per the April 2019 SF-133

**B5**  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245. (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245.

**B6**  (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Agency Footnotes

### Footnotes for Apportioned Amounts

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

### Footnotes for Budgetary Resources

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers  $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232. (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245

**B4**   Per the April 2019 SF-133

**B5**   (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245. (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245. (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245.

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Previously Approved Footnotes

### Footnotes for Apportioned Amounts

**A2**  A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**  Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

### Footnotes for Budgetary Resources

**B1**  Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**  Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**  (15) FY 19-17 IR transfers $-59,444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245.  (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232.  (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of

**B4**  Per the April 2019 SF-133

**B5**  (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245.

**B6**  (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**



| | |
|---|---|
| **Mark Affixed By:** | Mark Sandy |
| | Deputy Associate Director for National Security Programs |
| | |
| **Signed On:** | 2019-07-25 06:44 PM |
| **File Name:** | Copy of INC 2019-19-23-24-25 IR-19-05 PA_97-0100 2019-complete 07.25.2019v2.xlsx |
| **Sent By:** | Katie Broomell |
| **Sent On:** | 2019-07-25 06:47 PM |
| | |
| **TAF(s) Included:** | 97-0100 \2019 |

| Report Run: 2019-07-12 08.01.04 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Approved Apportionment vs SF 133, FY 2019** | | | | | | | | |
| | | | | | Appor | | Other Lines | |
| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Amts | Obs | Appor | SF 133 | Cat B # |
| | | | | | | | | |
| | | | | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | | | | |
| **TAFS: 97-0100 /2019** | | | | | | | | |
| **Last Apportioned: 2019-06-26        Latest SF 133: May, 2019** | | | | | | | | |
| | | | | | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,133,393 | -1,783,280 | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,133,393 | -1,783,280 | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 134,378 | | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 134,378 | | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 525,719 | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 525,719 | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,230,697 | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,230,697 | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,251,783 | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,251,783 | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,637,962** | **45,561,925** | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,637,962** | **45,561,925** | | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | |
| | 6004 | Category A -- 4th quarter | | | 2,123,077 | | | |
| | 6004 | Category A -- 4th quarter | | | 2,123,077 | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 25,335,569 | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 25,335,569 | | |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,470,523 | | | 012-92 |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,470,523 | | | 012-92 |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 351,690 | | |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 351,690 | | |
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 617,070 | | | 012-92 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 054

| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Amts | Obs | Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 617,070 | | | 012-92 |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,637,962** | **28,774,852** | | | |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,637,962** | **28,774,852** | | | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 12,688,491 | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 12,688,491 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 2,842,736 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 2,842,736 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,251,783 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,251,783 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,637,962** | **45,561,925** | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,637,962** | **45,561,925** | |
| | | | | | | | | | |
| | | | | | | | | | |
| End of file | | | | | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 055

| Report Run: 2019-07-12 08.01.05 | | | | | |
|---|---|---|---|---|---|
| **Non-Expenditure Transfers Report, FY 2019** | | | | | |
| | | | | | |
| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective |
| | | | | | |
| | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | |
| **TAFS: 97-0100 /19** | | | | | |
| | | | | | |
| 19011631 | 50 USC 1910 (a) (b) (c) | Appropriation Transfer | 8,000,000 | 2018-12-19 | 2018-12-07 |
| 19227512 | PL 115-245, Title II, page(s) 7-9 | Appropriation Transfer | 8,029,300 | 2019-01-04 | 2018-12-31 |
| 19896688 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 1,500,000 | 2019-03-22 | 2019-03-21 |
| 18894024 | PL 115-245, Title IX, HR 6157, page(s) 54-55 | Appropriation Transfer | 1,693,442,000 | 2018-12-04 | 2018-11-20 |
| 19052240 | PL 115-232, section 315(a), HR 5515, page 78 | Appropriation Transfer | 10,000,000 | 2018-12-13 | 2018-12-11 |
| 19896690 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 5,000,000 | 2019-03-22 | 2019-03-21 |
| 19213427 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 150,000 | 2019-01-03 | 2018-12-31 |
| 19213427 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 1,279,500 | 2019-01-03 | 2018-12-31 |
| 19896689 | PL 115-245, section 9002, HR 6157, page 62 | Appropriation Transfer | 10,000,000 | 2019-03-22 | 2019-03-21 |
| 19213473 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 627,500 | 2019-01-03 | 2018-12-31 |
| 19213473 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 742,000 | 2019-01-03 | 2018-12-31 |
| 19213470 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 707,500 | 2019-01-03 | 2018-12-31 |
| 19213470 | PL 115-245, HR 6157, section 8052, page 33 | Appropriation Transfer | 505,000 | 2019-01-03 | 2018-12-31 |
| 19768067 | PL 115-245, Title VI, HR 6157, page 17 | Appropriation Transfer | 32,028,000 | 2019-03-13 | 2019-03-08 |
| 19679691 | PL 115-245, Title VI, HR 6157, page 17 | Appropriation Transfer | 8,549,000 | 2019-02-28 | 2019-02-27 |
| 19896684 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 54,500,000 | 2019-03-26 | 2019-03-21 |
| 19896684 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 5,900,000 | 2019-03-26 | 2019-03-21 |
| 19896687 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 1,990,000 | 2019-03-26 | 2019-03-21 |
| 19896685 | PL 115-245, section 9018, HR 6157, page 66 | Appropriation Transfer | 46,454,000 | 2019-03-26 | 2019-03-21 |
| 20014596 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 147,000 | 2019-04-04 | 2019-04-04 |
| 20014596 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 366,000 | 2019-04-04 | 2019-04-04 |
| 20014597 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 2,671,000 | 2019-04-04 | 2019-04-04 |
| 20014597 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 1,443,000 | 2019-04-04 | 2019-04-04 |
| 20014594 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 1,862,000 | 2019-04-04 | 2019-04-04 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 056

| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective |
|---|---|---|---|---|---|
| 20014594 | PL 115-245, section 8052, HR 6157, page 33 | Appropriation Transfer | 600,000 | 2019-04-04 | 2019-04-04 |
| | | | | | |
| | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 057

| To TAFS | From TAFS | To  From |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| 97- -0100-  19-000 | 95- -0401-  19-000 | To this account |
| 97- -0100-  19-000 | 97- -0810-  X-000 | To this account |
| 21- -2035-1921-000 | 97- -0100-  19-000 | From this account |
| 97- -0100-1920-000 | 97- -0100-  19-000 | From this account |
| 75- -0944-  19-000 | 97- -0100-  19-000 | From this account |
| 97- -0300-1921-000 | 97- -0100-  19-000 | From this account |
| 17- -1108-  19-000 | 97- -0100-  19-000 | From this account |
| 17- -1405-  19-000 | 97- -0100-  19-000 | From this account |
| 17- -1810-1921-000 | 97- -0100-  19-000 | From this account |
| 57- -3700-  19-000 | 97- -0100-  19-000 | From this account |
| 57- -3850-  19-000 | 97- -0100-  19-000 | From this account |
| 21- -2070-  19-000 | 97- -0100-  19-000 | From this account |
| 21- -2060-  19-000 | 97- -0100-  19-000 | From this account |
| 97- -0100-  19-000 | 97- -0105-  19-000 | To this account |
| 97- -0100-  19-000 | 97- -0105-  19-000 | To this account |
| 17- -1804-  19-000 | 97- -0100-  19-000 | From this account |
| 17- -1106-  19-000 | 97- -0100-  19-000 | From this account |
| 57- -3400-  19-000 | 97- -0100-  19-000 | From this account |
| 21- -2020-  19-000 | 97- -0100-  19-000 | From this account |
| 17- -1108-  19-000 | 97- -0100-  19-000 | From this account |
| 17- -1405-  19-000 | 97- -0100-  19-000 | From this account |
| 57- -3850-  19-000 | 97- -0100-  19-000 | From this account |
| 57- -3700-  19-000 | 97- -0100-  19-000 | From this account |
| 21- -2070-  19-000 | 97- -0100-  19-000 | From this account |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 058

| To TAFS | From TAFS | To  From |
|---|---|---|
| 21-  -2060-  19-000 | 97-  -0100-  19-000 | From this account |
| | | |
| | | |
| | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 059

Report Run: 2019-07-12 08.01.05

# Warrants Report, FY 2019

Agy/Bur/Acct/TAFS                                STAR Ref No        Legal Cite                        Amount   Date Posted   Date Effective

**Account: Operation and Maintenance, Defense-wide (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) (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)**
**Treas Account: Operation and Maintenance, Defense-wide**
**TAFS: 97-0100 /19**

| | STAR Ref No | Legal Cite | Amount | Date Posted | Date Effective |
|---|---|---|---|---|---|
| | 18600931 | 132 STAT 2985 | 44,336,976,000 | 2018-11-02 | 2018-10-28 |

End of file

Message

| | |
|---|---|
| **From:** | Falk Curtin, Edna T. EOP/OMB [(b) (6)] |
| **Sent:** | 9/16/2019 3:51:03 PM |
| **To:** | Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=[(b) (6)] |
| **Subject:** | O&M, DW apportionment |
| **Attachments:** | 97-0100 2019 OM DW 25 signed.xlsx |

Bill,

I heard that Elaine may be looking for the most recent O&M, Defense-wide apportionment (signed) that does not contain the USAI footnote.

Here it is!
E.

SF 132 APPORTIONMENT SCHEDULE

FY 2019 Apportionment
Funds provided by Public Law 115-245

| Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Footnote | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|
| | | **Department of Defense--Military Programs** | | | | | | | |
| | | **Bureau: Operation and Maintenance** | | | | | | | |
| | | **Account: Operation and Maintenance, Defense-wide** | | | | | | | |
| | | **TAFS: 97-0100 /2019** | | | | | | | |
| IterNo | 25 | Last Approved Apportionment: 2019-09-11 | | | | | | | |
| RptCat | NO | Reporting Categories | | | | | | | |
| AdjAut | NO | Adjustment Authority provided | | | | | | | |
| 1100 | | BA: Disc: Appropriation | 44,336,976,000 | B1 | 44,336,976,000 | B1 | 44,336,976,000 | B1 | |
| 1120 | | BA: Disc: Approps transferred to o her accounts | -2,259,470,500 | B3 | -2,259,470,500 | B3 | -2,259,470,500 | B3 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | 213,965,300 | B5, B6 | |
| 1700 | | BA: Disc: Spending auth: Collected | 441,782,648 | B4 | 441,782,648 | B4 | 441,782,648 | B4 | |
| 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,642,887 | B4 | 1,028,642,887 | B4 | 1,028,642,887 | B4 | |
| 1740 | | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574,465 | B2 | 1,829,574,465 | B2 | 1,829,574,465 | B2 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **45,591,470,800** | | **45,591,470,800** | | **45,591,470,800** | | |
| 6001 | | Category A -- 1st quarter | 13,267,414,034 | | 13,267,414,034 | | 13,267,414,034 | | |
| 6002 | | Category A -- 2nd quarter | 14,946,467,889 | | 14,946,467,889 | | 14,946,467,889 | | |
| 6003 | | Category A -- 3rd quarter | 12,001,002,777 | | 12,001,002,777 | | 12,001,002,777 | | |
| 6004 | | Category A -- 4th quarter | 2,076,586,100 | | 2,076,586,100 | | 2,076,586,100 | | |
| 6012 | | Reimbursable | 3,300,000,000 | | 3,300,000,000 | | 3,300,000,000 | | |
| **6190** | | **Total budgetary resources available** | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3, A4 | **45,591,470,800** | A2, A3 | |

Submitted _____   Date _____

See Approval Info tab for OMB approval information

FY 2019 Apportionment
OMB Footnotes

**Footnotes for Apportioned Amounts**

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**Footnotes for Budgetary Resources**

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245. (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of Division A of P.L. 115-245.

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 063

End of File

FY 2019 Apportionment
Agency Footnotes

**Footnotes for Apportioned Amounts**

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**   Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

**Footnotes for Budgetary Resources**

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245. (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245. (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245. (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245. (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245. (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P L. 115-245

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 065

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Previously Approved Footnotes

**Footnotes for Apportioned Amounts**

**A2**  A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment. The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required. Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**  Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 31, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

**Footnotes for Budgetary Resources**

**B1**  Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**  Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**  (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**  Per the April 2019 SF-133

**B5**  (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 067

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**



| | |
|---|---|
| **Mark Affixed By:** | Michael Duffey |
| | Associate Director for National Security Programs |
| **Signed On:** | 2019-09-12 07:13 AM |
| **File Name:** | 97-0100 2019 OM DW 25.xlsx |
| **Sent By:** | John Saldivar |
| **Sent On:** | 2019-09-12 07:42 AM |
| **TAF(s) Included:** | 97-0100 \2019 |

| | | | | | |
|---|---|---|---|---|---|
| Report Run: 2019-08-15 13.58.19 | | | | | |
| **Approved Apportionment vs SF 133, FY 2019** | | | | | |
| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Appor Amts |
| | | | | | |
| | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | |
| **TAFS: 97-0100 /2019** | | | | | |
| **Last Apportioned: 2019-08-15      Latest SF 133: Jun, 2019** | | | | | |
| | | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 |
| | 6004 | Category A -- 4th quarter | | | 2,131,080 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 070

| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Amts |
|---|---|---|---|---|---|
| | 6004 | Category A -- 4th quarter | | | 2,131,080 |
| | 6012 | Reimbursable | | | 3,300,000 |
| | 6012 | Reimbursable | | | 3,300,000 |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | |
| | 2002 | Direct obs incurred: Category B (by project) | | | |
| | 2002 | Direct obs incurred: Category B (by project) | | | |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | |
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | |
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | |
| | 2403 | Unob Bal: Unapportioned: Other | | | |
| | 2403 | Unob Bal: Unapportioned: Other | | | |
| | **2500/6190** | **Total Budgetary Resources** | | | |
| | **2500/6190** | **Total Budgetary Resources** | | | |
| | | | | | |
| | | | | | |
| End of file | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 071

| | Other Lines | | |
|-----|------|--------|---------|
| Obs | Appor | SF 133 | Cat B # |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 072

| Obs | Appor | SF 133 | Cat B # |
|---:|---:|---:|---|
| | | | |
| | | | |
| | | | |
| 28,031,854 | | | |
| 28,031,854 | | | |
| 2,666,384 | | | 012-92 |
| 2,666,384 | | | 012-92 |
| 456,077 | | | |
| 456,077 | | | |
| 708,127 | | | 012-92 |
| 708,127 | | | 012-92 |
| **31,862,442** | | | |
| **31,862,442** | | | |
| | | 9,511,525 | |
| | | 9,511,525 | |
| | | 3,034,814 | |
| | | 3,034,814 | |
| | | 1,115,069 | |
| | | 1,115,069 | |
| | | 4,061 | |
| | | 4,061 | |
| | **45,645,965** | **45,527,912** | |
| | **45,645,965** | **45,527,912** | |
| | | | |
| | | | |
| | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 073

Report Run: 2019-08-15 13.58.19

# Non-Expenditure Transfers Report, FY 2019

| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective | To TAFS | From TAFS | To  From |
|---|---|---|---:|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

**Account: Operation and Maintenance, Defense-wide (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)**

**TAFS: 97-0100 /19**

| | | | | | | | | |
|---|---|---|---:|---|---|---|---|---|
| 19011631 | 50 USC 1910 (a) | Appropriation T | 8,000,000 | 2018-12-19 | 2018-12-07 | 97- -0100- 19-000 | 95- -0401- 19-000 | To this account |
| 19227512 | PL 115-245, Title | Appropriation T | 8,029,300 | 2019-01-04 | 2018-12-31 | 97- -0100- 19-000 | 97- -0810- X-000 | To this account |
| 19896688 | PL 115-245, secti | Appropriation T | 1,500,000 | 2019-03-22 | 2019-03-21 | 21- -2035-1921-000 | 97- -0100- 19-000 | From this account |
| 18894024 | PL 115-245, Title | Appropriation T | 1,693,442,000 | 2018-12-04 | 2018-11-20 | 97- -0100-1920-000 | 97- -0100- 19-000 | From this account |
| 19052240 | PL 115-232, secti | Appropriation T | 10,000,000 | 2018-12-13 | 2018-12-11 | 75- -0944- 19-000 | 97- -0100- 19-000 | From this account |
| 19896690 | PL 115-245, secti | Appropriation T | 5,000,000 | 2019-03-22 | 2019-03-21 | 97- -0300-1921-000 | 97- -0100- 19-000 | From this account |
| 19213427 | PL 115-245, HR 6 | Appropriation T | 150,000 | 2019-01-03 | 2018-12-31 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 19213427 | PL 115-245, HR 6 | Appropriation T | 1,279,500 | 2019-01-03 | 2018-12-31 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 19896689 | PL 115-245, secti | Appropriation T | 10,000,000 | 2019-03-22 | 2019-03-21 | 17- -1810-1921-000 | 97- -0100- 19-000 | From this account |
| 19213473 | PL 115-245, HR 6 | Appropriation T | 627,500 | 2019-01-03 | 2018-12-31 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 19213473 | PL 115-245, HR 6 | Appropriation T | 742,000 | 2019-01-03 | 2018-12-31 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 19213470 | PL 115-245, HR 6 | Appropriation T | 707,500 | 2019-01-03 | 2018-12-31 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |
| 19213470 | PL 115-245, HR 6 | Appropriation T | 505,000 | 2019-01-03 | 2018-12-31 | 21- -2060- 19-000 | 97- -0100- 19-000 | From this account |
| 19768067 | PL 115-245, Title | Appropriation T | 32,028,000 | 2019-03-13 | 2019-03-08 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 19679691 | PL 115-245, Title | Appropriation T | 8,549,000 | 2019-02-28 | 2019-02-27 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 19896684 | PL 115-245, secti | Appropriation T | 54,500,000 | 2019-03-26 | 2019-03-21 | 17- -1804- 19-000 | 97- -0100- 19-000 | From this account |
| 19896684 | PL 115-245, secti | Appropriation T | 5,900,000 | 2019-03-26 | 2019-03-21 | 17- -1106- 19-000 | 97- -0100- 19-000 | From this account |
| 19896687 | PL 115-245, secti | Appropriation T | 1,990,000 | 2019-03-26 | 2019-03-21 | 57- -3400- 19-000 | 97- -0100- 19-000 | From this account |
| 19896685 | PL 115-245, secti | Appropriation T | 46,454,000 | 2019-03-26 | 2019-03-21 | 21- -2020- 19-000 | 97- -0100- 19-000 | From this account |
| 20014596 | PL 115-245, secti | Appropriation T | 147,000 | 2019-04-04 | 2019-04-04 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 20014596 | PL 115-245, secti | Appropriation T | 366,000 | 2019-04-04 | 2019-04-04 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 20014597 | PL 115-245, secti | Appropriation T | 2,671,000 | 2019-04-04 | 2019-04-04 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 20014597 | PL 115-245, secti | Appropriation T | 1,443,000 | 2019-04-04 | 2019-04-04 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 20014594 | PL 115-245, secti | Appropriation T | 1,862,000 | 2019-04-04 | 2019-04-04 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |

| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective | To TAFS | From TAFS | To  From |
|---|---|---|---|---|---|---|---|---|
| 20014594 | PL 115-245, secti | Appropriation T | 600,000 | 2019-04-04 | 2019-04-04 | 21- -2060- 19-000 | 97- -0100- 19-000 | From this account |
| 20990798 | PL 115-245 132 S | Appropriation T | 23,090,000 | 2019-07-17 | 2019-07-16 | 21- -2035-1921-000 | 97- -0100- 19-000 | From this account |
| 20990799 | PL 115-245 132 S | Appropriation T | 3,125,000 | 2019-07-17 | 2019-07-16 | 17- -1109-1921-000 | 97- -0100- 19-000 | From this account |
| 20990801 | PL 115-245 132 S | Appropriation T | 90,796,000 | 2019-07-17 | 2019-07-16 | 97- -0300-1921-000 | 97- -0100- 19-000 | From this account |
| 20990799 | PL 115-245 132 S | Appropriation T | 5,200,000 | 2019-07-17 | 2019-07-16 | 17- -1506-1921-000 | 97- -0100- 19-000 | From this account |
| 20990796 | PL 115-245 132 S | Appropriation T | 6,240,000 | 2019-07-17 | 2019-07-16 | 17- -1804- 19-000 | 97- -0100- 19-000 | From this account |
| 20990795 | PL 115-245 132 S | Appropriation T | 7,900,000 | 2019-07-17 | 2019-07-16 | 21- -2020- 19-000 | 97- -0100- 19-000 | From this account |
| 20990799 | PL 115-245 132 S | Appropriation T | 14,003,000 | 2019-07-17 | 2019-07-16 | 17- -1810-1921-000 | 97- -0100- 19-000 | From this account |
| 20990797 | PL 115-245 132 S | Appropriation T | 13,780,000 | 2019-07-17 | 2019-07-16 | 57- -3400- 19-000 | 97- -0100- 19-000 | From this account |
| 20990800 | PL 115-245 132 S | Appropriation T | 15,200,000 | 2019-07-17 | 2019-07-16 | 57- -3080-1921-000 | 97- -0100- 19-000 | From this account |
| 20990800 | PL 115-245 132 S | Appropriation T | 36,400,000 | 2019-07-17 | 2019-07-16 | 57- -3010-1921-000 | 97- -0100- 19-000 | From this account |
| 21111208 | PL 115-245 132 S | Appropriation T | 290,000 | 2019-08-09 | 2019-08-08 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 21111206 | PL 115-245 132 S | Appropriation T | 4,350,000 | 2019-08-09 | 2019-08-08 | 57- -3080-1921-000 | 97- -0100- 19-000 | From this account |
| 21111206 | PL 115-245 132 S | Appropriation T | 7,900,000 | 2019-08-09 | 2019-08-08 | 57- -3010-1921-000 | 97- -0100- 19-000 | From this account |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Report Run: 2019-08-15 13.58.21

# Warrants Report, FY 2019

| Agy/Bur/Acct/TAFS | STAR Ref No | Legal Cite | Amount | Date Posted | Date Effective |
|---|---|---|---|---|---|

**Account: Operation and Maintenance, Defense-wide (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) (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)**
**Treas Account: Operation and Maintenance, Defense-wide**
**TAFS: 97-0100 /19**

| | 18600931 | 132 STAT 2985 | 44,336,976,000 | 2018-11-02 | 2018-10-28 |

End of file

Message

| From: | Falk Curtin, Edna T. EOP/OMB (b) (6) |
| Sent: | 9/7/2019 2:34:48 AM |
| To: | Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| Subject: | Updated USAI footnote |
| Attachments: | 97-0100 2019 OM DW 23 signed.xlsx |

Bill,

As promised, I sent a revised O&M, Defense-wide apportionment through MAX to you. It includes the footnote extending the prohibition on obligating USAI funds through Tuesday, September 10th. I've also attached a copy of the signed apportionment in this email.

Have a good weekend,
Edna

SF 132 APPORTIONMENT SCHEDULE

FY 2019 Apportionment
Funds provided by Public Law 115-245

| Line No | Line Split | Bureau/ Account Title / Cat B Stub / Line Split | Previous Approved | Prev Footnote | Agency Request | Agency Footnote | OMB Action | OMB Footnote | Memo Obligations |
|---|---|---|---|---|---|---|---|---|---|
| | | **Department of Defense--Military Programs** | | | | | | | |
| | | **Bureau: Operation and Maintenance** | | | | | | | |
| | | **Account: Operation and Maintenance, Defense-wide** | | | | | | | |
| | | **TAFS: 97-0100 /2019** | | | | | | | |
| IterNo | 23 | Last Approved Apportionment: 2019-09-05 | | | | | | | |
| RptCat | NO | Reporting Categories | | | | | | | |
| AdjAut | NO | Adjustment Authority provided | | | | | | | |
| 1100 | | BA: Disc: Appropriation | 44,336,976,000 | B1 | 44,336,976,000 | B1 | 44,336,976,000 | B1 | |
| 1120 | | BA: Disc: Approps transferred to o her accounts | -2,259,470,500 | B3 | -2,259,470,500 | B3 | -2,259,470,500 | B3 | |
| | | | | | | B5, | | B5, | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 213,965,300 | B6 | 213,965,300 | B6 | 213,965,300 | B6 | |
| 1700 | | BA: Disc: Spending auth: Collected | 441,782,648 | B4 | 441,782,648 | B4 | 441,782,648 | B4 | |
| 1701 | | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,642,887 | B4 | 1,028,642,887 | B4 | 1,028,642,887 | B4 | |
| 1740 | | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574,465 | B2 | 1,829,574,465 | B2 | 1,829,574,465 | B2 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **45,591,470,800** | | **45,591,470,800** | | **45,591,470,800** | | |
| 6001 | | Category A -- 1st quarter | 13,267,414,034 | | 13,267,414,034 | | 13,267,414,034 | | |
| 6002 | | Category A -- 2nd quarter | 14,946,467,889 | | 14,946,467,889 | | 14,946,467,889 | | |
| 6003 | | Category A -- 3rd quarter | 12,001,002,777 | | 12,001,002,777 | | 12,001,002,777 | | |
| 6004 | | Category A -- 4th quarter | 2,076,586,100 | | 2,076,586,100 | | 2,076,586,100 | | |
| 6012 | | Reimbursable | 3,300,000,000 | | 3,300,000,000 | | 3,300,000,000 | | |
| | | | | A2, A3, A4 | | A2, A3, A4 | | A2, A3, A4 | |
| **6190** | | **Total budgetary resources available** | **45,591,470,800** | | **45,591,470,800** | | **45,591,470,800** | | |

Submitted _____   Date _____

See Approval Info tab for OMB approval information

FY 2019 Apportionment
OMB Footnotes

### Footnotes for Apportioned Amounts

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**   Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until September 11, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

### Footnotes for Budgetary Resources

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P L  115-245

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Agency Footnotes

**Footnotes for Apportioned Amounts**

**A2**   A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**   Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**   Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

**Footnotes for Budgetary Resources**

**B1**   Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**   Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**   (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**   Per the April 2019 SF-133

**B5**   (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232.  (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245.  (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245.  (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245.  (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245.  (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 081

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

FY 2019 Apportionment
Previously Approved Footnotes

**Footnotes for Apportioned Amounts**

**A2**  A classified attachment displaying the apportionment of specific classified programs within the amount displayed may be included.  All documents associated with this apportionment are unclassified except for the Classified Attachment.  The classified apportionment shall be allotted in full and executed without change.  Such apportionment shall remain valid during the fiscal year until such time as a reapportionment of such classified apportionment is required.  Allotments shall be made no later than 30 days after OMB signs the apportionment or the start of the subsequent calendar month, whichever is later.

**A3**  Pursuant to 31 U.S.C. 1553(b), not to exceed one percent of the total appropriations for this account is apportioned for the purpose of paying legitimate obligations related to canceled appropriations.

**A4**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 31, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this

**Footnotes for Budgetary Resources**

**B1**  Funds provided by P. L. 115-245 signed September 28, 2018 appropriated amount of $43,534,193,000; plus section 8048 $44,000,000; plus section 8118 $16,571,000; plus section 9013 $250,000,000 plus section 9018 $500,000,000 minus 8024(f) $7,788,000.

**B2**  Apportioned anticipated budgetary resources, once realized, do not need to be reapportioned unless the amount realized exceeds the conditions on the total amount apportioned (OMB Circular A-11 sections 120.49).

**B3**  (19) FY 19-27 IR transfers $-49,996,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers $-18,904,000 (Part II)  in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245. (18) FY 19-29 IR transfers $-100,000 in accordance with section 8052 of division A of P.L. 115-245. (16) FY 19-23 IR transfers $-2,538,000 in accordance with P.L.115-245. FY 19-24 IR transfers $-35,000,000 in accordance with section 8055 of P.L. 115-245. FY19-25 IR transfers $-7,290,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. FY 19-05 PA transfers $-12,250,000 in accordance with section 8005 of division A of P.L. 115-232. (15) FY 19-17 IR transfers $-59.444,000 (Part I) and $-187,814,000 (Part II) in accordance with sections 9002 and 9018 of Title IX (OCO) of division A of P.L. 115-245.  (12) This action restores $2,000,000 that was previously transferred in FY19-06 LTR to fund the National Commission on Military Aviation Safety; the Commission will be funded using other resources.  (11) FY 19-10 IR transfer $7,089,000 out of this account in accordance with section 8052 of division A of P.L. 115-245. (10) FY 19-06 LTR transfers $-2,000,000 to the National Commission on Military Aviation Safety in accordance with section 1087 of P.L. 115-232. (9) FY 19-04 transfers $-155,092,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245 and transfers   $-16,500,000 in accordance with sections 9002 and 9018 of Title IX of division A of P.L. 115-245.  (4) FY 19-04 LTR transfers $-10,000,000 in accordance with section 315(a) of P.L. 115-232.  (3) FY 19-02 LTR transfers $-1,693,442,000 in accordance with Title IX (OCO) of division A of Public Law 115-245. (5) FY19-02 transfers $-4,011,500 in accordance with section 8052 of division A of P.L. 115-245.

**B4**  Per the April 2019 SF-133

**B5**  (19) FY 19-27 IR transfers $9,861,000 (Part I) in accordance with section 9018 of Title IX of division A of P.L. 115-245. FY 19-28 IR transfers $4,545,000 in accordance with Title VI of division A of P.L. 115-245. (17) FY 19-07 PA transfers $13,806,000 in accordance with section 8005 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (16) FY 19-23 IR transfers $33,586,000 in accordance with P.L. 115-245. FY 19-25 IR transfers $17,789,000 in accordance with sections 8005 and 8052 of division A of P.L. 115-245 and section 1001 of P.L. 115-232. (15) FY 19-17 IR transfers $31,524,000 (Part I) in accordance with section 9018 of Title IX (OCO) of division A of P.L. 115-245. (9) FY 19-04 IR transfers $46,248,000 in accordance with section 9018 of Title IX of division A of P.L. 115-245. (8) FY 19-08 IR transfers $32,028,000 in accordance with Title VI of Division A of P.L. 115-245. (7) FY 19-05 IR transfers $8,549,000 in accordance with Title VI of Division A of P.L. 115-245. (6) FY 19-03 IR transfers $8,029,000 in accordance with Title II of division A of P.L. 115-245

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 083

**B6**   (14) Transfers $8,000,000 from the Intelligence Community Management Account (ICMA) (Treasury Accounting System control #19011631) in accordance with provisions of the Intelligence Authorization Act for 2005

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**



**Mark Affixed By:**          Michael Duffey
                             Associate Director for National Security Programs

**Signed On:**               2019-09-06 10:23 PM
**File Name:**               97-0100 2019 OM DW 23.xlsx
**Sent By:**
**Sent On:**

**TAF(s) Included:**          97-0100 \2019

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 085

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 086

Report Run: 2019-08-15 13.58.19

## Approved Apportionment vs SF 133, FY 2019

| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Appor Amts | Obs | Other Lines Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

**Account: Operation and Maintenance, Defense-wide (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)**

**TAFS: 97-0100 /2019**

**Last Apportioned: 2019-08-15        Latest SF 133: Jun, 2019**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 1021 | Unob Bal: Recov of prior year unpaid obligations | | 30 | | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 1100 | BA: Disc: Appropriation | 44,336,976 | 44,336,976 | | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 1120 | BA: Disc: Approps transferred to other accounts | -2,190,571 | -1,783,280 | | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 1121 | BA: Disc: Approps transferred from other accounts | 199,559 | | | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 1700 | BA: Disc: Spending auth: Collected | 441,783 | 672,277 | | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 1701 | BA: Disc: Spending auth: Chng uncoll pymts Fed src | 1,028,643 | 1,186,840 | | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | 1740 | BA: Disc: Spending auth:Antic colls, reimbs, other | 1,829,574 | 1,115,069 | | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | **1910/1920** | **Total Budgetary Resources** | **45,645,965** | **45,527,912** | | | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 6001 | Category A -- 1st quarter | | | 13,267,414 | | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 6002 | Category A -- 2nd quarter | | | 14,946,468 | | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 6003 | Category A -- 3rd quarter | | | 12,001,003 | | | | |
| | 6004 | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 6004 | Category A -- 4th quarter | | | 2,131,080 | | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | | |
| | 6012 | Reimbursable | | | 3,300,000 | | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 2001 | Direct obs incurred: Category A (by quarter) | | | | 28,031,854 | | | |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 2002 | Direct obs incurred: Category B (by project) | | | | 2,666,384 | | | 012-92 |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 2101 | Reimbursable obs incurred: Category A (by quarter) | | | | 456,077 | | | |
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 087

| Agy/Bur/Acct/TAFS | Line No | Line Description | Appor | SF 133 | Amts | Obs | Appor | SF 133 | Cat B # |
|---|---|---|---|---|---|---|---|---|---|
| | 2102 | Reimbursable obs incurred: Category B (by project) | | | | 708,127 | | | 012-92 |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | **2###/6###** | **Total Apportioned Amounts \ Obligations** | | | **45,645,965** | **31,862,442** | | | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 2201 | Unob Bal: Apportioned: Avail in the current period | | | | | | 9,511,525 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 2202 | Unob Bal: Apportioned: Avail in subsequent periods | | | | | | 3,034,814 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 2203 | Unob Bal: Apportioned: Anticipated | | | | | | 1,115,069 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | 2403 | Unob Bal: Unapportioned: Other | | | | | | 4,061 | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |
| | **2500/6190** | **Total Budgetary Resources** | | | | | **45,645,965** | **45,527,912** | |
| | | | | | | | | | |
| | | | | | | | | | |
| End of file | | | | | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 088

| Report Run: 2019-08-15 13.58.19 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Non-Expenditure Transfers Report, FY 2019** | | | | | | | | |
| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective | To TAFS | From TAFS | To  From |
| | | | | | | | | |
| | | | | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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)** | | | | | | | | |
| **TAFS: 97-0100 /19** | | | | | | | | |
| | | | | | | | | |
| 19011631 | 50 USC 1910 (a) | Appropriation 1 | 8,000,000 | 2018-12-19 | 2018-12-07 | 97- -0100- 19-000 | 95- -0401- 19-000 | To this account |
| 19227512 | PL 115-245, Title ( | Appropriation 1 | 8,029,300 | 2019-01-04 | 2018-12-31 | 97- -0100- 19-000 | 97- -0810- X-000 | To this account |
| 19896688 | PL 115-245, secti | Appropriation 1 | 1,500,000 | 2019-03-22 | 2019-03-21 | 21- -2035-1921-000 | 97- -0100- 19-000 | From this account |
| 18894024 | PL 115-245, Title | Appropriation 1 | 1,693,442,000 | 2018-12-04 | 2018-11-20 | 97- -0100-1920-000 | 97- -0100- 19-000 | From this account |
| 19052240 | PL 115-232, secti | Appropriation 1 | 10,000,000 | 2018-12-13 | 2018-12-11 | 75- -0944- 19-000 | 97- -0100- 19-000 | From this account |
| 19896690 | PL 115-245, secti | Appropriation 1 | 5,000,000 | 2019-03-22 | 2019-03-21 | 97- -0300-1921-000 | 97- -0100- 19-000 | From this account |
| 19213427 | PL 115-245, HR 6 | Appropriation 1 | 150,000 | 2019-01-03 | 2018-12-31 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 19213427 | PL 115-245, HR 6 | Appropriation 1 | 1,279,500 | 2019-01-03 | 2018-12-31 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 19896689 | PL 115-245, secti | Appropriation 1 | 10,000,000 | 2019-03-22 | 2019-03-21 | 17- -1810-1921-000 | 97- -0100- 19-000 | From this account |
| 19213473 | PL 115-245, HR 6 | Appropriation 1 | 627,500 | 2019-01-03 | 2018-12-31 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 19213473 | PL 115-245, HR 6 | Appropriation 1 | 742,000 | 2019-01-03 | 2018-12-31 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 19213470 | PL 115-245, HR 6 | Appropriation 1 | 707,500 | 2019-01-03 | 2018-12-31 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |
| 19213470 | PL 115-245, HR 6 | Appropriation 1 | 505,000 | 2019-01-03 | 2018-12-31 | 21- -2060- 19-000 | 97- -0100- 19-000 | From this account |
| 19768067 | PL 115-245, Title | Appropriation 1 | 32,028,000 | 2019-03-13 | 2019-03-08 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 19679691 | PL 115-245, Title | Appropriation 1 | 8,549,000 | 2019-02-28 | 2019-02-27 | 97- -0100- 19-000 | 97- -0105- 19-000 | To this account |
| 19896684 | PL 115-245, secti | Appropriation 1 | 54,500,000 | 2019-03-26 | 2019-03-21 | 17- -1804- 19-000 | 97- -0100- 19-000 | From this account |
| 19896684 | PL 115-245, secti | Appropriation 1 | 5,900,000 | 2019-03-26 | 2019-03-21 | 17- -1106- 19-000 | 97- -0100- 19-000 | From this account |
| 19896687 | PL 115-245, secti | Appropriation 1 | 1,990,000 | 2019-03-26 | 2019-03-21 | 57- -3400- 19-000 | 97- -0100- 19-000 | From this account |
| 19896685 | PL 115-245, secti | Appropriation 1 | 46,454,000 | 2019-03-26 | 2019-03-21 | 21- -2020- 19-000 | 97- -0100- 19-000 | From this account |
| 20014596 | PL 115-245, secti | Appropriation 1 | 147,000 | 2019-04-04 | 2019-04-04 | 17- -1108- 19-000 | 97- -0100- 19-000 | From this account |
| 20014596 | PL 115-245, secti | Appropriation 1 | 366,000 | 2019-04-04 | 2019-04-04 | 17- -1405- 19-000 | 97- -0100- 19-000 | From this account |
| 20014597 | PL 115-245, secti | Appropriation 1 | 2,671,000 | 2019-04-04 | 2019-04-04 | 57- -3850- 19-000 | 97- -0100- 19-000 | From this account |
| 20014597 | PL 115-245, secti | Appropriation 1 | 1,443,000 | 2019-04-04 | 2019-04-04 | 57- -3700- 19-000 | 97- -0100- 19-000 | From this account |
| 20014594 | PL 115-245, secti | Appropriation 1 | 1,862,000 | 2019-04-04 | 2019-04-04 | 21- -2070- 19-000 | 97- -0100- 19-000 | From this account |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 089

| STAR Ref No | Legal Cite | Title | Amount | Date Posted | Date Effective | To TAFS | From TAFS | To  From |
|---|---|---|---|---|---|---|---|---|
| 20014594 | PL 115-245, secti | Appropriation 1 | 600,000 | 2019-04-04 | 2019-04-04 | 21-  -2060-  19-000 | 97-  -0100-  19-000 | From this account |
| 20990798 | PL 115-245 132 9 | Appropriation 1 | 23,090,000 | 2019-07-17 | 2019-07-16 | 21-  -2035-1921-000 | 97-  -0100-  19-000 | From this account |
| 20990799 | PL 115-245 132 9 | Appropriation 1 | 3,125,000 | 2019-07-17 | 2019-07-16 | 17-  -1109-1921-000 | 97-  -0100-  19-000 | From this account |
| 20990801 | PL 115-245 132 9 | Appropriation 1 | 90,796,000 | 2019-07-17 | 2019-07-16 | 97-  -0300-1921-000 | 97-  -0100-  19-000 | From this account |
| 20990799 | PL 115-245 132 9 | Appropriation 1 | 5,200,000 | 2019-07-17 | 2019-07-16 | 17-  -1506-1921-000 | 97-  -0100-  19-000 | From this account |
| 20990796 | PL 115-245 132 9 | Appropriation 1 | 6,240,000 | 2019-07-17 | 2019-07-16 | 17-  -1804-  19-000 | 97-  -0100-  19-000 | From this account |
| 20990795 | PL 115-245 132 9 | Appropriation 1 | 7,900,000 | 2019-07-17 | 2019-07-16 | 21-  -2020-  19-000 | 97-  -0100-  19-000 | From this account |
| 20990799 | PL 115-245 132 9 | Appropriation 1 | 14,003,000 | 2019-07-17 | 2019-07-16 | 17-  -1810-1921-000 | 97-  -0100-  19-000 | From this account |
| 20990797 | PL 115-245 132 9 | Appropriation 1 | 13,780,000 | 2019-07-17 | 2019-07-16 | 57-  -3400-  19-000 | 97-  -0100-  19-000 | From this account |
| 20990800 | PL 115-245 132 9 | Appropriation 1 | 15,200,000 | 2019-07-17 | 2019-07-16 | 57-  -3080-1921-000 | 97-  -0100-  19-000 | From this account |
| 20990800 | PL 115-245 132 9 | Appropriation 1 | 36,400,000 | 2019-07-17 | 2019-07-16 | 57-  -3010-1921-000 | 97-  -0100-  19-000 | From this account |
| 21111208 | PL 115-245 132 9 | Appropriation 1 | 290,000 | 2019-08-09 | 2019-08-08 | 57-  -3700-  19-000 | 97-  -0100-  19-000 | From this account |
| 21111206 | PL 115-245 132 9 | Appropriation 1 | 4,350,000 | 2019-08-09 | 2019-08-08 | 57-  -3080-1921-000 | 97-  -0100-  19-000 | From this account |
| 21111206 | PL 115-245 132 9 | Appropriation 1 | 7,900,000 | 2019-08-09 | 2019-08-08 | 57-  -3010-1921-000 | 97-  -0100-  19-000 | From this account |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 090

| Report Run: 2019-08-15 13.58.21 | | | | | |
|---|---|---|---|---|---|
| **Warrants Report, FY 2019** | | | | | |
| | | | | | |
| Agy/Bur/Acct/TAFS | STAR Ref No | Legal Cite | Amount | Date Posted | Date Effective |
| | | | | | |
| | | | | | |
| **Account: Operation and Maintenance, Defense-wide (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) (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)** | | | | | |
| **Treas Account: Operation and Maintenance, Defense-wide** | | | | | |
| **TAFS: 97-0100 /19** | | | | | |
| | | | | | |
| | 18600931 | 132 STAT 2985 | 44,336,976,000 | 2018-11-02 | 2018-10-28 |
| | | | | | |
| | | | | | |
| End of file | | | | | |

CPI v DoD 19-3265 (D.D.C.) 12 Dec 19 091

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD (b) (6) |
| **Sent:** | 8/30/2019 12:21:21 AM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; Hoffman, Jonathan R SES OSD OSD (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| **CC:** | Benjamin, Michael A SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; Hood, Robert R HON OSD OASD LA (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **Subject:** | Re: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia |
| **Attachments:** | smime.p7s |

(b)

Eric D. Chewning
Chief of Staff

**From:** "McCusker, Elaine A HON OSD OUSD C (USA)" (b) (6)
**Date:** Thursday, August 29, 2019 at 8:19:32 PM
**To:** "Chewning, Eric SES SD" <(b) (6) >, "Hoffman, Jonathan R SES OSD OSD (USA)"
(b) (6)
**Cc:** "Benjamin, Michael A SES OSD OUSD C (USA)" (b) (6) >, "Hood, Robert R
HON OSD OASD LA (US)" (b) (6) >
**Subject:** Re: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

(b) (5)

EM

**From:** "Chewning, Eric SES SD" (b) (6)
**Date:** Thursday, August 29, 2019 at 8:06:49 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" (b) (6) >, "Hoffman,
Jonathan R SES OSD OSD (USA)" (b) (6) >
**Cc:** "Benjamin, Michael A SES OSD OUSD C (USA)" (b) (6) >, "Hood, Robert
R HON OSD OASD LA (US)" (b) (6) >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Elaine,

(b) (5)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Thursday, August 29, 2019 7:34 AM
**To:** Chewning, Eric SES SD (b) (6) >; Hoffman, Jonathan R SES OSD OSD (USA)
(b) (6)

**Cc:** Benjamin, Michael A SES OSD OUSD C (USA) (b) (6) >; Hood, Robert R HON OSD OASD LA (US) (b) (6) >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Eric

(b) (5)

EM

**From:** Chewning, Eric SES SD <(b) (6) >
**Sent:** Thursday, August 29, 2019 7:27 AM
**To:** Hoffman, Jonathan R SES OSD OSD (USA)(b) (6) ; McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Subject:** FW: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

(b) (5)

**From:** Eric Chewning (b) (6)
**Sent:** Wednesday, August 28, 2019 10:06 PM
**To:** Chewning, Eric SES SD (b) (6)
**Subject:** From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

*Someone using POLITICO for iOS wants to share this article with you:*

# Trump slow-walks Ukraine military aid meant to contain Russia

By Caitlin Emma and Connor O'Brien

The Trump administration is slow-walking $250 million in military assistance to Ukraine, annoying lawmakers and advocates who argue the funding is critical to keeping Russia at bay.

President Donald Trump asked his national security team to review the funding program, known as the Ukraine Security Assistance Initiative, in order to ensure the money is being used in the best interest of the United States, a senior administration official told POLITICO on Wednesday....

READ FULL ARTICLE ON POLITICO.COM »

Download the POLITICO app for your iPhone, iPad, or Android device

Follow POLITICO on Twitter: @POLITICO

Disclaimer: Please note that POLITICO is not responsible for the content within this email. POLITICO cannot verify the sender of this email.

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) |
| **Sent:** | 8/16/2019 12:09:12 PM |
| **To:** | 'Duffey, Michael P. EOP/OMB' (b) (6) ] |
| **CC:** | Sandy, Mark S. EOP/OMB (b) (6) ; Dilworth, Monique L SES OSD OUSD C (USA) (b) (6) |
| **Subject:** | USAI |
| **Attachments:** | USAI Contracting Info_16Aug 19 0800.pptx; smime.p7s |

Mike

As discussed, attached info on the process/timeline for USAI execution.  Please keep close hold and advise of any questions. Thanks!

Wr,
EM





UNCLASSIFIED

# Overview

- (b) (5)

- **Commitment Date:** Date represents the latest date in which the financial document needs to be entered in the accounting system to initiate procurement packages and forward to the contracting office for action. (b) (5)

- **Obligation Date:** Date range represents the projected award date for contracts and government charge card purchases based on previous experience with similar items and contract instruments.

- Contract types. (b) (5)

- Please note that the items listed represent the most immediate items (only partial items of the complete program) needed to secure obligation prior to September 30, 2019. (b) (5)

UNCLASSIFIED

1









UNCLASSIFIED

# FY 2019 USAI Cases

| Case ID | Item Procured | Commitment Date (Entered into Accounting System) | Acquisition Plan | Amount | Projected Obligation Date (Contracts award, purchase made) |
|---|---|---|---|---|---|
| (b)(3) 10 USC 130c | | 21-Aug-19 | (b) (5) | | 24-28-Aug-19 |
| | | 21-Aug-19 | | | 24-28-Aug-19 |
| | | 21-Aug-19 | | | 24-28-Aug-19 |
| | | 21-Aug-19 | | | 25-28-Aug-19 |
| | | 21-Aug-19 | | | 24-28-Aug-19 |
| | | | Sub Total | $    5,117,621 | |
| TOTAL REQUIREMENT | | | | $    5,117,621 | |

UNCLASSIFIED

2

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| **Sent:** | 8/20/2019 10:17:47 PM |
| **To:** | Duffey, Michael P. EOP/OMB (b) (6) |
| **CC:** | Paoletta, Mark R. EOP/OMB [(b) (6) ; Sandy, Mark S. EOP/OMB (b) (6) ]; Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ; McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]]; Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ; Castle, William S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ; Castle, Edwin S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN(b) (6) |
| **Subject:** | RE: Footnote |
| **Attachments:** | smime.p7s |

Mike

Seems like we continue to talk (email) past each other a bit. We should probably have a call.

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)
**Sent:** Tuesday, August 20, 2019 3:42 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Cc:** Paoletta, Mark R. EOP/OMB <(b) (6) >; Sandy, Mark S. EOP/OMB
(b) (6) >; Ney, Paul C Jr HON OSD OGC (USA) (b) (6)
**Subject:** Footnote

Elaine – it is our intent to add the following footnote to the Ukraine apportionment this afternoon to take effect immediately.

Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds. DOD may continue its planning and casework for the Initiative during this period.

(b) (5)

Thank you.

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs

Office of Management and Budget
The White House
 (b) (6)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ] |
| **Sent:** | 8/16/2019 12:09:14 PM |
| **To:** | Duffey, Michael P. EOP/OMB (b) (6) |
| **CC:** | Sandy, Mark S. EOP/OMB [(b) (6)                    ; Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ] |
| **Subject:** | USAI |
| **Attachments:** | USAI Contracting Info_16Aug 19 0800.pptx; smime.p7s |

Mike

As discussed, attached info on the process/timeline for USAI execution.  Please keep close hold and advise of any questions. Thanks!

Wr,
EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** |
| **Sent:** | 8/12/2019 8:32:23 PM |
| **To:** | Duffey, Michael P. EOP/OMB **(b) (6)** |
| **CC:** | Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** ]; Castle, William S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= **(b) (6)** ]; Castle, Edwin S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** ; Sandy, Mark S. EOP/OMB **(b) (6)** |
| **Subject:** | Apportionment |
| **Attachments:** | smime.p7s |

Mike



Thanks,
EM

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB (b) (6) |
| **Sent:** | 8/12/2019 3:38:24 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)    ] |
| **CC:** | Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)    ]; Paoletta, Mark R. EOP/OMB (b) (6)    ]; Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)    ] |
| **Subject:** | RE: USAI |

Elaine - I don't have an update. I am attempting to get one.

Sincerely,
Mike

_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)


-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
Sent: Monday, August 12, 2019 11:24 AM
To: Duffey, Michael P. EOP/OMB (b) (6)    >
Cc: Ney, Paul C Jr HON OSD OGC (USA) (b) (6)        Paoletta, Mark R. EOP/OMB
(b) (6)            Dilworth, Monique L SES OSD OUSD C (USA) (b) (6)
Subject: RE: USAI

Hey, any update for us? Thanks.

EM


-----Original Message-----
From: Duffey, Michael P. EOP/OMB (b) (6)        >
Sent: Sunday, August 11, 2019 7:30 PM
To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
Cc: Ney, Paul C Jr HON OSD OGC (USA) (b) (6)        Paoletta, Mark R. EOP/OMB
(b) (6)
Subject: Re: USAI

Thank you. As soon as I know the call time I will let you know.

Sent from my iPhone

> On Aug 11, 2019, at 7:29 PM, McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
wrote:
>
> Mike
>
> (b) (5)
>
> EM
>
>> On Aug 11, 2019, at 5:31 PM, Duffey, Michael P. EOP/OMB (b) (6)        > wrote:
>>
>> Elaine - (b) (5)

>>
>> Sent from my iPhone
>>
>>> On Aug 11, 2019, at 4:27 PM, McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
wrote:
>>>
>>> Mike
>>>

>>> Hey. I think we kinda answered this. (b) (5)

>>>
>>> EM
>>>
>>>> On Aug 11, 2019, at 3:42 PM, Duffey, Michael P. EOP/OMB (b) (6)                    wrote:
>>>>
>>>> Elaine - (b) (5)

>>>>
>>>> Sincerely,
>>>> Mike
>>>> _____
>>>> Mike Duffey
>>>> Associate Director for National Security Programs Office of
>>>> Management and Budget The White House
>>>>
>>>> -----Original Message-----
>>>> From: McCusker, Elaine A HON OSD OUSD C (USA)
>>>> (b) (6)                            >
>>>> Sent: Saturday, August 10, 2019 11:47 AM
>>>> To: Duffey, Michael P. EOP/OMB (b) (6)                    ;
>>>> Sandy, Mark S. EOP/OMB (b) (6)
>>>> Cc: Dilworth, Monique L SES OSD OUSD C (USA)
>>>> (b) (6)                    >; Ney, Paul C Jr HON OSD OGC (USA)
>>>> (b) (6)                    Paoletta, Mark R. EOP/OMB
>>>> (b) (6)
>>>> Subject: RE: USAI
>>>>
>>>> Mike.
>>>>
>>>> See responses from the experts below.
>>>>
>>>> EM
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Duffey, Michael P. EOP/OMB (b) (6)
>>>> Sent: Saturday, August 10, 2019 9:49 AM
>>>> To: McCusker, Elaine A HON OSD OUSD C (USA)
>>>> (b) (6)                            ; Sandy, Mark S. EOP/OMB
>>>> (b) (6)                    >
>>>> Cc: Dilworth, Monique L SES OSD OUSD C (USA)
>>>> (b) (6)                            Ney, Paul C Jr HON OSD OGC (USA)
>>>> (b) (6)                    Paoletta, Mark R. EOP/OMB
>>>> (b) (6)                    >
>>>> Subject: RE: USAI
>>>>
>>>> Thank you Elaine. This very much helps me get my arms around this. A couple of follow-up questions:
>>>>
>>>> (b) (5)



```
>>>>
>>>> I am sorry to drag this into the weeds, but it helps me to communicate the challenges within my
sphere here.
>>>>
>>>> Thank you!
>>>>
>>>> FROM THE DOCUMENT:
```

```
>>>>
>>>>
>>>> Sincerely,
>>>> Mike
>>>> _____
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: McCusker, Elaine A HON OSD OUSD C (USA)
>>>> (b) (6)                      >
>>>> Sent: Friday, August 9, 2019 5:32 PM
>>>> To: Duffey, Michael P. EOP/OMB (b) (6)
>>>> Sandy, Mark S. EOP/OMB (b) (6)                  >
>>>> Cc: Dilworth, Monique L SES OSD OUSD C (USA)
>>>> (b) (6)                         Ney, Paul C Jr HON OSD OGC (USA)
>>>> (b) (6)
>>>> Subject: USAI
>>>>
>>>> Mike, Mark
>>>>
>>>> Attached info on the USAI execution. Number 5 has the general info on the steps - (b) (5)
(b) (5)
```

```
>>>>
>>>> EM
>>>>
```

Message
_____

**From:**      Duffey, Michael P. EOP/OMB [(b) (6)                              ]
**Sent:**      8/12/2019 4:57:11 PM
**To:**        McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ]
**CC:**        Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)              ]; Paoletta, Mark R. EOP/OMB
               (b) (6)                        ]; Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE
               ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                  ]
**Subject:**   Re: USAI


Call is at 3 pm

Sent from my iPhone

> On Aug 12, 2019, at 11:25 AM, McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
wrote:
>
> Hey, any update for us? Thanks.
>
> EM
>
>
> -----Original Message-----
> From: Duffey, Michael P. EOP/OMB (b) (6)                    >
> Sent: Sunday, August 11, 2019 7:30 PM
> To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
> Cc: Ney, Paul C Jr HON OSD OGC (USA) (b) (6)                    >; Paoletta, Mark R. EOP/OMB
(b) (6)                        >
> Subject: Re: USAI
>
> Thank you. As soon as I know the call time I will let you know.
>
> Sent from my iPhone
>
>> On Aug 11, 2019, at 7:29 PM, McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
wrote:
>>
>> Mike
>>
>> (b) (5)
>>
>> EM
>>
>>> On Aug 11, 2019, at 5:31 PM, Duffey, Michael P. EOP/OMB (b) (6)                    > wrote:
>>>
>>> Elaine - (b) (5)

>>>
>>> Sent from my iPhone
>>>
>>>> On Aug 11, 2019, at 4:27 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)                        > wrote:
>>>>
>>>> Mike
>>>>
>>>> Hey. I think we kinda answered this. (b) (5)

>>>>
>>>> EM
>>>>
>>>>> On Aug 11, 2019, at 3:42 PM, Duffey, Michael P. EOP/OMB (b) (6)              > wrote:
>>>>>
>>>>> Elaine - (b) (5)

>>>>>
>>>>> Sincerely,

>>>>> Mike
>>>>> _____
>>>>> Mike Duffey
>>>>> Associate Director for National Security Programs Office of
>>>>> Management and Budget The White House
>>>>>
>>>>> -----Original Message-----
>>>>> From: McCusker, Elaine A HON OSD OUSD C (USA)
>>>>> (b) (6)
>>>>> Sent: Saturday, August 10, 2019 11:47 AM
>>>>> To: Duffey, Michael P. EOP/OMB (b) (6)                    ;
>>>>> Sandy, Mark S. EOP/OMB (b) (6)
>>>>> Cc: Dilworth, Monique L SES OSD OUSD C (USA)
>>>>> (b) (6)                    >; Ney, Paul C Jr HON OSD OGC (USA)
>>>>> (b) (6)                    >; Paoletta, Mark R. EOP/OMB
>>>>> (b) (6)                    >
>>>>> Subject: RE: USAI
>>>>>
>>>>> Mike.
>>>>>
>>>>> See responses from the experts below.
>>>>>
>>>>> EM
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: Duffey, Michael P. EOP/OMB (b) (6)                    >
>>>>> Sent: Saturday, August 10, 2019 9:49 AM
>>>>> To: McCusker, Elaine A HON OSD OUSD C (USA)
>>>>> (b) (6)                    >; Sandy, Mark S. EOP/OMB
>>>>> (b) (6)
>>>>> Cc: Dilworth, Monique L SES OSD OUSD C (USA)
>>>>> (b) (6)                    >; Ney, Paul C Jr HON OSD OGC (USA)
>>>>> (b) (6)                    Paoletta, Mark R. EOP/OMB
>>>>> (b) (6)
>>>>> Subject: RE: USAI
>>>>>
>>>>> Thank you Elaine. This very much helps me get my arms around this. A couple of follow-up questions:
>>>>>
>>>>> (b) (5)

>>>>>

```
>>>>> I am sorry to drag this into the weeds, but it helps me to communicate the challenges within my
sphere here.
>>>>>
>>>>> Thank you!
>>>>>
>>>>> FROM THE DOCUMENT:
>>>>> (b) (5)
```



```
>>>>>
>>>>>
>>>>> Sincerely,
>>>>> Mike
>>>>> _____
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: McCusker, Elaine A HON OSD OUSD C (USA)
>>>>> (b) (6)                                >
>>>>> Sent: Friday, August 9, 2019 5:32 PM
>>>>> To: Duffey, Michael P. EOP/OMB (b) (6)
>>>>> Sandy, Mark S. EOP/OMB (b) (6)
>>>>> Cc: Dilworth, Monique L SES OSD OUSD C (USA)
>>>>> (b) (6)                                >; Ney, Paul C Jr HON OSD OGC (USA)
>>>>> (b) (6)                      >
>>>>> Subject: USAI
>>>>>
>>>>> Mike, Mark
>>>>>
>>>>> Attached info on the USAI execution. Number 5 has the general info on the steps - (b) (5)
```



```
>>>>>
>>>>> EM
>>>>>
```

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB [(b) (6)                    ] |
| **Sent:** | 8/11/2019 8:49:07 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN(b) (6)                    ] |
| **CC:** | Sandy, Mark S. EOP/OMB [(b) (6)                    ; Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/C(b) (6)                    Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)        ]; Paoletta, Mark R. EOP/OMB (b) (6)                    ] |
| **Subject:** | Re: USAI |

Ok, thanks

Sent from my iPhone

> On Aug 11, 2019, at 4:27 PM, McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
wrote:
>
> Mike
>
> Hey, I think we kinda answered this. (b) (5)

>
> EM
>
>> On Aug 11, 2019, at 3:42 PM, Duffey, Michael P. EOP/OMB (b) (6)                    > wrote:
>>
>> Elaine - (b) (5)

>>
>> Sincerely,
>> Mike
>> _____
>> Mike Duffey
>> Associate Director for National Security Programs
>> Office of Management and Budget
>> The White House
>>
>> -----Original Message-----
>> From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
>> Sent: Saturday, August 10, 2019 11:47 AM
>> To: Duffey, Michael P. EOP/OMB (b) (6)                    >; Sandy, Mark S. EOP/OMB
(b) (6)                    >
>> Cc: Dilworth, Monique L SES OSD OUSD C (USA) (b) (6)                    >; Ney, Paul C Jr HON OSD
OGC (USA) (b) (6)                    >; Paoletta, Mark R. EOP/OMB (b) (6)                    >
>> Subject: RE: USAI
>>
>> Mike.
>>
>> See responses from the experts below.
>>
>> EM
>>
>>
>> -----Original Message-----
>> From: Duffey, Michael P. EOP/OMB (b) (6)                    >
>> Sent: Saturday, August 10, 2019 9:49 AM
>> To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >; Sandy, Mark S. EOP/OMB
(b) (6)                    >
>> Cc: Dilworth, Monique L SES OSD OUSD C (USA) (b) (6)                    >; Ney, Paul C Jr HON OSD
OGC (USA) (b) (6)                    >; Paoletta, Mark R. EOP/OMB (b) (6)                    >
>> Subject: RE: USAI
>>
>> Thank you Elaine. This very much helps me get my arms around this. A couple of follow-up questions:
>>



(b) (5)

>>
>> I am sorry to drag this into the weeds, but it helps me to communicate the challenges within my sphere here.
>>
>> Thank you!
>>
>> FROM THE DOCUMENT:
>> (b)
   (5)

>>
>>
>> Sincerely,
>> Mike
>> _____
>>
>>
>>
>> -----Original Message-----
>> From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                     >
>> Sent: Friday, August 9, 2019 5:32 PM
>> To: Duffey, Michael P. EOP/OMB (b) (6)                    >; Sandy, Mark S. EOP/OMB
(b) (6)                    >
>> CC: Dilworth, Monique L SES OSD OUSD C (USA) (b) (6)                     >; Ney, Paul C Jr HON OSD
OGC (USA) <(b) (6)           >
>> Subject: USAI
>>
>> Mike, Mark
>>
>> Attached info on the USAI execution. Number 5 has the general info on the steps - (b) (5)
_____
>>



>> (b) (5)

>>
>> EM
>>

Message
_____

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB **(b) (6)** ] |
| **Sent:** | 8/10/2019 8:32:36 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)** ]; Sandy, Mark S. EOP/OMB **(b) (6)** |
| **CC:** | Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/C**(b) (6)** ]; Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/**(b) (6)** ]; Paoletta, Mark R. EOP/OMB **(b) (6)** |
| **Subject:** | RE: USAI |

Thanks Elaine, and the experts.

Additional follow-up questions I was asked to look into for deliberative purposes:

**(b) (5)**

Thanks.

Sincerely,
Mike
_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** >
Sent: Saturday, August 10, 2019 11:47 AM
To: Duffey, Michael P. EOP/OMB **(b) (6)** >; Sandy, Mark S. EOP/OMB **(b) (6)** >
Cc: Dilworth, Monique L SES OSD OUSD C (USA) **(b) (6)** >; Ney, Paul C Jr HON OSD OGC (USA) **(b) (6)** >; Paoletta, Mark R. EOP/OMB **(b) (6)** >
Subject: RE: USAI

Mike,

See responses from the experts below.

EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB **(b) (6)** >
Sent: Saturday, August 10, 2019 9:49 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** >; Sandy, Mark S. EOP/OMB **(b) (6)** >
Cc: Dilworth, Monique L SES OSD OUSD C (USA) **(b) (6)** >; Ney, Paul C Jr HON OSD OGC (USA) **(b) (6)** Paoletta, Mark R. EOP/OMB **(b) (6)** >
Subject: RE: USAI

Thank you Elaine. This very much helps me get my arms around this. A couple of follow-up questions:

**(b) (5)**



(b) (5)

I am sorry to drag this into the weeds, but it helps me to communicate the challenges within my sphere here.

Thank you!

FROM THE DOCUMENT:
(b) (5)

Sincerely,
Mike
_____

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
Sent: Friday, August 9, 2019 5:32 PM
To: Duffey, Michael P. EOP/OMB (b) (6)                    >; Sandy, Mark S. EOP/OMB
(b) (6)                    >
CC: Dilworth, Monique L SES OSD OUSD C (USA) (b) (6)                    >; Ney, Paul C Jr HON OSD
OGC (USA) (b) (6)
Subject: USAI

Mike, Mark

Attached info on the USAI execution. Number 5 has the general info on the steps - (b) (5)
(b) (5)

EM

1. (b) (5) ?

(b) (5)

2. (b) (5) ?

(b) (5)

3. (b) (5) ?

(b) (5)

4. (b) (5) ?

(b) (5)

5. (b) (5) ?

(b) (5)

(b) (5)

(b) (5)

(b) (5)

Please note that there are multiple program offices within the Services' that procures the articles and services associated with each case.

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)] |
| **Sent:** | 9/16/2019 9:27:25 PM |
| **To:** | Norquist, David HON SD (b) (6) |
| **CC:** | Lyons, David Brig Gen SD (b) (6) ; (b) (6) Col USMC OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)] |
| **Subject:** | For Big 4 Breakfast |
| **Attachments:** | smime.p7s |

David

Here is the answer to your two quick execution questions for tomorrow's Big 4 breakfast with the authorizers:

1) Projection for USAI obligations by year end?

(b) (5)

2) Section 284 border barrier obligation status?

(b) (5)

Vr,

EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E(b) (6) |
| **Sent:** | 9/9/2019 10:49:08 PM |
| **To:** | Chewning, Eric SES SD (b) (6) |
| **CC:** | (b) (6) Col USMC OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **Subject:** | FW: FY 2019 USAI Vendor List |
| **Attachments:** | FY19 USAI Vendor Information.pptx; smime.p7s |

Eric

Attached potential vendors as discussed. Most, but not all, are U.S.

For example, Rohde&Schwarz and Draeger are German companies. Kongsberg is a Norwegian company. But they have U.S. subsidy companies.

EM



# FY19 USAI Vendor Information

| Major Command/Service | Total Case Value | Projected Sources of Supply |
|---|---|---|
| Army CECOM | $145.6M | L3, Harris, Raytheon, TCI Corp, HDT Global, Army Stock |
| Joint Munitions Command | $4.7M | Army Stock – produced at Army owned ammo plant |
| Army TACOM | $33.65M | AM General, Gibraltor, Barrett, Leupold, Rohde&Schwarz, Trijicon, Magpul, Aspen, Sparks, ADS, Army Stock |
| Army USAMMA | $2.9M | DLA, North American Shelter, Army Stock |
| Army USASAC | $11.8M | BOH-FPU, containers, Army Stock |
| Transportation | $7.05M | Military and Commercial Airlift/Sealift |
| US Navy | $39.8M | Bowhead, CACI, Kongsberg, Teledyne Marine Foster-Miller, iRobot, SRC,TCI, AirTronic, Bauer, Navy Stock |
| US Air Force | $4.5M | Airfield Navigation Aids – Vendor Selection On-going |
| **Total** | **$250M** | |

UNCLASSIFIED



# FY19 USAI Vendor Information

## Army CECOM
### Tranche 1

| Partner Mod | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $1.6M | L3 or Harris with competed delivery orders |
| Ukraine | | $28.2M | Raytheon and Army Stock |
| Ukraine | | $33M | Harris and Army Stock |
| **TOTAL** | | **$62.8M** | |

### Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $54.5M | Harris and Army Stock – MoD Comms |
| Ukraine | | $4.1M | Harris and Army Stock – MoI Comms |
| Ukraine | | $14.6M | TCI Corp |
| Ukraine | | $5M | TCI Corp, HDT Global |
| Ukraine | | $1.5M | L3 or Harris and Army Stock |
| Ukraine | | $1.7M | |
| Ukraine | | $1.5M | |
| **TOTAL** | | **$82.8M** | |

UNCLASSIFIED



# FY19 USAI Vendor Information

## Joint Munitions Command
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---------|-------------|------------------|----------------------------|
| Ukraine | (b)(3) 10 USC 130c | $4.7M | Army Stock – produced at Army owned ammo plant |
| | **TOTAL** | **$4.7M** | |

UNCLASSIFIED



# FY19 USAI Vendor Information

## Army TACOM
### Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $325K | DLA tailored to fit requirement |
| Ukraine | | $5.8M | AM General, Sparks, ADS |
| Ukraine | | $600K | Through Army Supply |
| Ukraine | | $300K | Gibraltar Toyota |
| Ukraine | | $5.2M | Barrett, Leupold, Rohde&Schwarz, Trijicon, MAGPUL |
| | TOTAL | $12.25M | |

### Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $4.1M | AM General |
| Ukraine | | $13.1M | AM General, MAGPUL, Terex/Genie, Aspen |
| Ukraine | | $4.2M | AM General, Trijicon |
| | TOTAL | $21.4M | |

UNCLASSIFIED

9



# FY19 USAI Vendor Information

## Army USAMMA
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $500K | DLA, North American Rescue, Army Stock |
| | TOTAL | $500K | |

## Army USAMMA
## Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $30K | DLA, North American Rescue, Army Stock |
| Ukraine | | $270K | DLA, North American Rescue, Army Stock |
| Ukraine | | $2.1 | DLA, North American Rescue, Army Stock |
| | TOTAL | $2.4M | |

UNCLASSIFIED

5



# FY19 USAI Vendor Information

## Army USASAC
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $3.1M | |
| Ukraine | | $25.8K | |
| Ukraine | | $2.9M | |
| | TOTAL | $8.5M | |

## Army USASAC
## Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $500K | BOH-FPU, containers, Army Stock |
| Ukraine | | $150k | |
| Ukraine | | $2.7M | BOH-FPU, containers, Army Stock |
| Ukraine | | $50K | |
| | TOTAL | $3.3M | |

UNCLASSIFIED

6



# FY19 USAI Vendor Information

## US Navy
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $1.5M | SRC Inc. |
| Ukraine | | $4M | Bowhead, CACI (subcontract to Virginia Electronics), USG |
| Ukraine | | $2.2M | Kongsberg, Teledyne Marine |
| Ukraine | | $16.4 | AirTronic, Bauer, Cowan, Draeger, Klein |
| | TOTAL | $24.1M | |

## US Navy
## Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $8.8M | Foster-Miller, iRobot, |
| Ukraine | | $2.9M | SRC Inc. |
| Ukraine | | $4M | TCI |
| | TOTAL | $15.7M | |

(UNCLASSIFIED)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [(b) (6)                    ] |
| **Sent:** | 8/29/2019 11:53:06 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ]; Castle, Edwin S SES OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ; Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/(b) (6) |
| **CC:** | Verga, Peter SES SD (b) (6)                    ]; McAndrew, Anne J SES OSD OUSD C (US) /O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    Lyons, David Brig Gen SD (b) (6)                    ] |
| **Subject:** | RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia |
| **Attachments:** | smime.p7s |

(b) (5)

---

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
**Sent:** Thursday, August 29, 2019 5:21 PM
**To:** Castle, Edwin S SES OSD OGC (USA) <(b) (6)                    >; Ney, Paul C Jr HON OSD OGC (USA) <(b) (6)                    >
**Cc:** Verga, Peter SES SD <(b) (6)                    l>; Chewning, Eric SES SD (b) (6)                    ; McAndrew, Anne J SES OSD OUSD C (US) (b) (6)                    >; Lyons, David Brig Gen SD <(b) (6)                    >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Scott



(b) (5)

EM

---

**From:** Castle, Edwin S SES OSD OGC (USA) (b) (6)                    >
**Sent:** Thursday, August 29, 2019 4:49 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >; Ney, Paul C Jr HON OSD OGC (USA) (b) (6)                    >
**Cc:** Verga, Peter SES SD (b) (6)                    >; Chewning, Eric SES SD (b) (6)                    >; McAndrew, Anne J SES OSD OUSD C (US) (b) (6)                    >; Lyons, David Brig Gen SD <(b) (6)                    >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

(b) (5)



v/r, Scott

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
**Sent:** Thursday, August 29, 2019 12:27 PM
**To:** Ney, Paul C Jr HON OSD OGC (USA) (b) (6)                    >
**Cc:** Verga, Peter SES SD (b) (6)          >; Castle, Edwin S SES OSD OGC (USA) (b) (6)                    >;
Chewning, Eric SES SD < (b) (6)          >; McAndrew, Anne J SES OSD OUSD C (US)
(b) (6)                    ; Lyons, David Brig Gen SD (b) (6)          >
**Subject:** FW: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Paul,

Have you seen these? (b) (5)                              ?

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)                    >
**Sent:** Thursday, August 29, 2019 10:52 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Elaine – here are our talking points. (b) (5)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD (b) (6) ] |
| **Sent:** | 8/29/2019 11:35:03 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| **CC:** | Verga, Peter SES SD (b) (6) ]; Castle, Edwin S SES OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; Lyons, David Brig Gen SD (b) (6) |
| **Subject:** | RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia |
| **Attachments:** | smime.p7s |

Thanks Josh

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Thursday, August 29, 2019 12:27 PM
**To:** Ney, Paul C Jr HON OSD OGC (USA) (b) (6)
**Cc:** Verga, Peter SES SD (b) (6) >; Castle, Edwin S SES OSD OGC (USA) (b) (6) ;
Chewning, Eric SES SD (b) (6) ; McAndrew, Anne J SES OSD OUSD C (US)
<(b) (6) l>; Lyons, David Brig Gen SD <(b) (6) >
**Subject:** FW: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Paul,

Have you seen these? (b) (5) ?

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6) >
**Sent:** Thursday, August 29, 2019 10:52 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6) >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Elaine – here are our talking points. (b) (5)

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB (b) (6) ] |
| **Sent:** | 8/9/2019 12:46:11 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN (b) (6) ]; Sandy, Mark S. EOP/OMB (b) (6) ] |
| **CC:** | McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN (b) (6) ] |
| **Subject:** | RE: Ukraine |

Thank you Elaine. Do you have some time to sync by phone around 12 or later?

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                >
Sent: Thursday, August 8, 2019 2:48 PM
To: Sandy, Mark S. EOP/OMB (b) (6)                >; Duffey, Michael P. EOP/OMB
(b) (6)                >
Cc: McAndrew, Anne J SES OSD OUSD C (US) (b) (6)                >
Subject: Ukraine

Mike, Mark

(b) (5)

Wr,
Elaine

Message

| From: | Denaro, Paul J. EOP/OMB (b) (6) ] |
|---|---|
| Sent: | 7/22/2019 11:54:27 PM |
| To: | McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| Subject: | Re: Ukraine Funding Plan |

Thanks again for getting this to us tonight- much appreciated!

Sent from my iPhone

On Jul 22, 2019, at 6:31 PM, McAndrew, Anne J SES OSD OUSD C (US) <(b) (6) > wrote:

> Attached is a list of planned USAI procurement, which was submitted to Congress in March (Tranche 1) and Mary (Tranche 2).
>
> Hope this is helpful!
> Anne
>
>
>
> **From:** Denaro, Paul J. EOP/OMB (b) (6)
> **Sent:** Monday, July 22, 2019 4:54 PM
> **To:** McAndrew, Anne J SES OSD OUSD C (US) <(b) (6) >
> **Subject:** Ukraine Funding Plan
>
> Anne,
>
> (b) (5)
>
>
>
> Anything you can provide tonight would be especially helpful.
>
> Thanks!
> Paul
>
> Paul Denaro
> National Security Division
> Office of Management and Budget
> (b) (6)
>
>
>
>
> <FY2019 USAI Tranches.docx>

Message

| From: | Denaro, Paul J. EOP/OMB (b) (6) |
| Sent: | 7/19/2019 4:47:24 PM |
| To: | McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6) ] |
| CC: | Falk Curtin, Edna T. EOP/OMB (b) (6)          Glazer, Josh S. EOP/OMB (b) (6) |
| Subject: | Ukraine |

Anne,

(b) (5)

Thanks,
Paul

Paul Denaro
National Security Division
Office of Management and Budget
(b) (6)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **Sent:** | 7/22/2019 10:30:55 PM |
| **To:** | Denaro, Paul J. EOP/OMB (b) (6)] |
| **Subject:** | RE: Ukraine Funding Plan |
| **Attachments:** | FY2019 USAI Tranches.docx; smime.p7s |

Attached is a list of planned USAI procurement, which was submitted to Congress in March (Tranche 1) and Mary (Tranche 2).

Hope this is helpful!
Anne

**From:** Denaro, Paul J. EOP/OMB <(b) (6)>
**Sent:** Monday, July 22, 2019 4:54 PM
**To:** McAndrew, Anne J SES OSD OUSD C (US) (b) (6)
**Subject:** Ukraine Funding Plan

Anne,

(b) (5)

.

Anything you can provide tonight would be especially helpful.

Thanks!
Paul

Paul Denaro
National Security Division
Office of Management and Budget
(b) (6)

UNCLASSIFIED//FOUO

**FY19 Tranche 1 ($125M) notified to Congress in March**



**FY19 Tranche 2 ($125M) notified to Congress in May** – Notified after SecDef, in coordination with SecState, certified that "Ukraine has taken substantial actions to make defense institutional reforms"



UNCLASSIFIED//FOUO

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD (b) (6)                    ] |
| **Sent:** | 9/12/2019 10:24:19 AM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ; Norquist, David HON SD (b) (6) |
| **Subject:** | RE: USAI |
| **Attachments:** | smime.p7s |

thanks

**From:** McCusker, Elaine A HON OSD OUSD C (USA)(b) (6)
**Sent:** Wednesday, September 11, 2019 9:51 PM
**To:** Norquist, David HON SD (b) (6)
**Cc:** Chewning, Eric SES SD (b) (6)            >
**Subject:** USAI

FYI, you may know this, but getting word from OMB that funds will be released for obligation starting tomorrow. No additional intel yet. Will advise.

EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD (b) (6) |
| **Sent:** | 9/12/2019 11:13:41 AM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6) ]; Norquist, David HON SD (b) (6) ] |
| **CC:** | Hoffman, Jonathan R SES OSD OSD (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6) |
| **Subject:** | RE: USAI |
| **Attachments:** | smime.p7s |

(b) (5)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
**Sent:** Wednesday, September 11, 2019 9:51 PM
**To:** Norquist, David HON SD (b) (6)
**Cc:** Chewning, Eric SES SD (b) (6)
**Subject:** USAI

FYI, you may know this, but getting word from OMB that funds will be released for obligation starting tomorrow. No additional intel yet. Will advise.

EM

Message
_____

**From:**      Duffey, Michael P. EOP/OMB [(b) (6)                        ]
**Sent:**      8/26/2019 9:07:01 AM
**To:**        McCusker, Elaine A HON OSD OUSD C (USA) |/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN(b) (6)                    ]
**Subject:**   USAI


Elaine -

We will be extending the footnote right away this morning. If you are free early, I can provide the
readout I got from the Friday meeting.

Mike

Sent from my iPhone

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB [(b) (6) ] |
| **Sent:** | 8/20/2019 7:42:21 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| **CC:** | Paoletta, Mark R. EOP/OMB [(b) (6)                Sandy, Mark S. EOP/OMB (b) (6)           ]; Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ] |
| **Subject:** | Footnote |

Elaine – it is our intent to add the following footnote to the Ukraine apportionment this afternoon to take effect immediately.

Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds.  DOD may continue its planning and casework for the Initiative during this period.

(b) (5)

Thank you.

Sincerely,
Mike

_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB [(b) (6)                    ] |
| **Sent:** | 8/20/2019 3:31:32 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ] |
| **CC:** | Paoletta, Mark R. EOP/OMB (b) (6) |
| **Subject:** | RE: Any news? |

Thanks Elaine. I understand, and thank you for the continued dialogue on this topic.

**(b) (5)**

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
**(b) (6)**

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Tuesday, August 20, 2019 10:54 AM
**To:** Duffey, Michael P. EOP/OMB <(b) (6)          >
**Subject:** [WARNING: UNSCANNABLE EXTRACTION FAILED]RE: Any news?

Mike

Understand the technical legalities and definitions.

**(b) (5)**

We will have another case timeline coming to you today.

Wr,
EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)
**Sent:** Tuesday, August 20, 2019 10:10 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)          >
**Subject:** FW: Any news?

Elaine – received your vm, thanks for the call. Will call you before noon. (b) (5)
(b) (5)

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

---

**From:** Paoletta, Mark R. EOP/OMB (b) (6)
**Sent:** Monday, August 19, 2019 6:59 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6)
**Subject:** Fwd: Any news?

Mike/Elaine,

(b) (5)

Thanks,
Mark

On Aug 19, 2019, at 6:07 PM, Paoletta, Mark R. EOP/OMB <(b) (6)
wrote:

> **From:** Duffey, Michael P. EOP/OMB (b) (6)        >
> **Sent:** Monday, August 19, 2019 6:01 PM
> **To:** Paoletta, Mark R. EOP/OMB (b) (6)        >
> **Subject:** FW: Any news?

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
**Sent:** Monday, August 19, 2019 5:55 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6)
**Subject:** RE: Any news?

Mike

Copy. To be clear, in this case, (b) (5)

(b) (5)
.

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6) >
**Sent:** Monday, August 19, 2019 5:16 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
**Subject:** RE: Any news?

Saw that. Thanks for the reminder. We have no interest in delaying any action up until just before the obligation event occurs and want those processes to proceed.

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) < (b) (6)
**Sent:** Monday, August 19, 2019 12:51 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6) >
**Subject:** RE: Any news?

Mike

Reminder, per the notes with the slide/table, the funds go into the system today to initiate transactions and obligate.

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)
**Sent:** Monday, August 19, 2019 12:21 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)       >
**Subject:** RE: Any news?

Elaine – closing the loop on this, OMB OGC determined (b) (5)

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Saturday, August 17, 2019 2:59 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6)
**Subject:** Re: Any news?

Thanks

**From:** "Duffey, Michael P. EOP/OMB" (b) (6)
**Date:** Saturday, August 17, 2019 at 2:38:03 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
(b) (6)                    >
**Subject:** Re: Any news?

I should probably confirm that since this is on everyone's radar. Will try to do so today

Sent from my iPhone

On Aug 17, 2019, at 2:35 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)                      > wrote:

 Copy

 **From:** "Duffey, Michael P. EOP/OMB"
 (b) (6)                    >
 **Date:** Saturday, August 17, 2019 at 2:19:51 PM
 **To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
 (b) (6)                  >
 **Subject:** Re: Any news?

 (b) (5)

Sent from my iPhone

On Aug 17, 2019, at 2:05 PM, McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) wrote:

> So are we good to proceed with the $61M cases on Monday?

**From:** "Duffey, Michael P. EOP/OMB"
(b) (6) >
**Date:** Saturday, August 17, 2019 at 1:34:42 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" (b) (6)
**Subject:** Re: Any news?

Sounds like Ukraine was not discussed.

Sent from my iPhone

On Aug 17, 2019, at 11:39 AM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6) > wrote:

> Not yet.

**From:** "Duffey, Michael P. EOP/OMB"
(b) (6) >
**Date:** Saturday, August 17, 2019 at 9:55:49 AM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
(b) (6)
**Subject:** RE: Any news?

No – still trying to get a read out. Have you heard anything on the Afghanistan piece?

Sincerely,

Mike

Mike Duffey

Associate Director for National Security Programs

Office of Management and Budget

The White House

**From:** McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)
**Sent:** Saturday, August 17, 2019 8:00 AM
**To:** Duffey, Michael P. EOP/OMB
(b) (6)
**Subject:** Any news?

On the meeting?

EM

**From:** "Duffey, Michael P. EOP/OMB"
(b) (6)  >
**Date:** Thursday, August 15, 2019 at 7:59:54 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
(b) (6)  >
**Subject:** Re: Slide

That works. Thx

Sent from my iPhone

> On zombie luAug 15, 2019, at 7:52 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)  >
wrote:
>
> Mike
>
> Hey, I got tied up so didn't get the

data to you we discussed. First thing
tomorrow ok?
>
> EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHEWNING, ERIC SES SDDD4] |
| **Sent:** | 9/12/2019 10:24:19 AM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=**(b) (6)**                ]; Norquist, David HON SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Norquist, David HON SD81d] |
| **Subject:** | RE: USAI |
| **Attachments:** | smime.p7s |

thanks

**From:** McCusker, Elaine A HON OSD OUSD C (USA)**(b) (6)**                          >
**Sent:** Wednesday, September 11, 2019 9:51 PM
**To:** Norquist, David HON SD **(b) (6)**              >
**Cc:** Chewning, Eric SES SD **(b) (6)**              >
**Subject:** USAI

FYI, you may know this, but getting word from OMB that funds will be released for obligation starting tomorrow. No additional intel yet. Will advise.

EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHEWNING, ERIC SES SDDD4] |
| **Sent:** | 9/1/2019 7:46:38 PM |
| **To:** | Lyons, David Brig Gen SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lyons, David BGen SDa2e]; Ney, Paul C Jr HON OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=**(b) (6)**]; McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn**(b) (6)**] |
| **CC:** | Verga, Peter SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Verga, Peter SES SD7ea]; Rood, John C HON OSD OUSD POLICY (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=**(b) (6)**; Castle, Edwin S SES OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=**(b) (6)**] |
| **Subject:** | Re: Ukraine |
| **Attachments:** | smime.p7s |

**(b) (5)** .

Eric D. Chewning
Chief of Staff

**From:** "Lyons, David Brig Gen SD" <**(b) (6)**>
**Date:** Friday, August 30, 2019 at 8:25:20 PM
**To:** "Ney, Paul C Jr HON OSD OGC (USA)" **(b) (6)**>, "McCusker, Elaine A HON OSD OUSD C (USA)" <**(b) (6)**>
**Cc:** "Chewning, Eric SES SD" **(b) (6)**>, "Verga, Peter SES SD" **(b) (6)**>, "Rood, John C HON OSD OUSD POLICY (USA)" **(b) (6)**>, "Castle, Edwin S SES OSD OGC (USA)" <**(b) (6)**>
**Subject:** RE: Ukraine

**(b) (5)**

Thanks much...
VR,
Detroit

**From:** Ney, Paul C Jr HON OSD OGC (USA) **(b) (6)**>
**Sent:** Friday, August 30, 2019 8:13 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) <**(b) (6)**>
**Cc:** Chewning, Eric SES SD **(b) (6)**>; Verga, Peter SES SD **(b) (6)**>; Rood, John C HON OSD OUSD POLICY (USA) <**(b) (6)**>; Castle, Edwin S SES OSD OGC (USA) <**(b) (6)**>; Lyons, David Brig Gen SD <**(b) (6)**>
**Subject:** Re: Ukraine

**(b) (5)**

(b) (5)

Paul Ney
General Counsel
Department of Defense
(b) (6)

On Aug 30, 2019, at 7:11 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)                          > wrote:

(b) (5)

EM

-----Original Message-----
From: Chewning, Eric SES SD (b) (6)                   >
Sent: Friday, August 30, 2019 7:11 PM
To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)              >; Ney,
Paul C Jr HON OSD OGC (USA) (b) (6)              >; Verga, Peter SES SD
(b) (6)              >; Rood, John C HON OSD OUSD POLICY (USA)
(b) (6)              >
Cc: Castle, Edwin S SES OSD OGC (USA) <(b) (6)              >; Lyons, David Brig
Gen SD (b) (6)          >
Subject: RE: Ukraine

(b) (5)

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)
Sent: Friday, August 30, 2019 7:06 PM
To: Chewning, Eric SES SD (b) (6)              >; Ney, Paul C Jr HON OSD OGC
(USA) <(b) (6)              >; Verga, Peter SES SD (b) (6)              >;
Rood, John C HON OSD OUSD POLICY (USA) <(b) (6)              >
Cc: Castle, Edwin S SES OSD OGC (USA) <(b) (6)              >; Lyons,
David Brig Gen SD (b) (6)          >
Subject: FW: Ukraine

(b) (5)

Wr,
EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB (b) (6)

Sent: Friday, August 30, 2019 7:04 PM
To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                                    >
Subject: Ukraine

(b) (5)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHEWNING, ERIC SES SDDD4] |
| **Sent:** | 9/1/2019 1:33:48 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)                    ]; Ney, Paul C Jr HON OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)                    ] |
| **CC:** | Verga, Peter SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Verga, Peter SES SD7ea]; Rood, John C HON OSD OUSD POLICY (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)        ]; Castle, Edwin S SES OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)        ]; Lyons, David Brig Gen SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lyons, David BGen SDa2e] |
| **Subject:** | RE: Ukraine |
| **Attachments:** | smime.p7s |

Hi All,

I spoke to the boss (b) (5)

From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
Sent: Friday, August 30, 2019 8:28 PM
To: Ney, Paul C Jr HON OSD OGC (USA) (b) (6)
Cc: Chewning, Eric SES SD (b) (6)        >; Verga, Peter SES SD (b) (6)        >; Rood, John C HON OSD OUSD POLICY (USA) (b) (6)        >; Castle, Edwin S SES OSD OGC (USA) (b) (6)
Lyons, David Brig Gen SD < (b) (6)        >
Subject: Re: Ukraine

Paul

(b) (5)

We,
EM

From: "Ney, Paul C Jr HON OSD OGC (USA)" (b) (6)
Date: Friday, August 30, 2019 at 8:12:31 PM
To: "McCusker, Elaine A HON OSD OUSD C (USA)" (b) (6)
Cc: "Chewning, Eric SES SD" (b) (6)        >, "Verga, Peter SES SD" (b) (6)        ,
"Rood, John C HON OSD OUSD POLICY (USA)" (b) (6)        , "Castle, Edwin S SES OSD OGC (USA)" (b) (6)        >, "Lyons, David Brig Gen SD" (b) (6)        >
Subject: Re: Ukraine

(b) (5)

(b) (5)

Paul Ney
General Counsel
Department of Defense
(b) (6)

On Aug 30, 2019, at 7:11 PM, McCusker, Elaine A HON OSD OUSD C (USA)
<(b) (6)> wrote:

(b) (5)

EM

-----Original Message-----
From: Chewning, Eric SES SD (b) (6)>
Sent: Friday, August 30, 2019 7:11 PM
To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)>; Ney,
Paul C Jr HON OSD OGC (USA) (b) (6)>; Verga, Peter SES SD
(b) (6)>; Rood, John C HON OSD OUSD POLICY (USA)
(b) (6)
Cc: Castle, Edwin S SES OSD OGC (USA) (b) (6)>; Lyons, David Brig
Gen SD (b) (6)
Subject: RE: Ukraine

(b) (5)

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)>
Sent: Friday, August 30, 2019 7:06 PM
To: Chewning, Eric SES SD (b) (6)>; Ney, Paul C Jr HON OSD OGC
(USA) (b) (6)>; Verga, Peter SES SD (b) (6)>;
Rood, John C HON OSD OUSD POLICY (USA) (b) (6)
Cc: Castle, Edwin S SES OSD OGC (USA) (b) (6); Lyons,
David Brig Gen SD (b) (6)>
Subject: FW: Ukraine

(b) (5)

Wr,
EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB <(b) (6) ███████████>
Sent: Friday, August 30, 2019 7:04 PM
To: McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6) ███████████>
Subject: Ukraine

(b) (5) ███████████

███████████

Message

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHEWNING, ERIC SES SDDD4] |
| **Sent:** | 9/1/2019 1:20:07 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6) |
| **Subject:** | Ukraine |

Elaine,
I spoke to the boss. (b) (5)

Eric D. Chewning
Chief of Staff
Office of the Secretary of Defense
Pentagon, (b)

(b) (6)

Mr. Russell Vought
Acting Director
Office of Management and Budget
725 17th St. NW
Washington, DC  20503

Dear Mr. Vought:



Sincerely,

David L. Norquist

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [(b) (6) |
| **Sent:** | 6/25/2019 10:15:07 AM |
| **To:** | Rood, John C HON OSD OUSD POLICY (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **CC:** | Baker, Phillip COL SD (b) (6) ]]; (b) (6) CAPT SD [(b) (6) ]; Verga, Peter SES SD (b) (6) ]; (b) (6) LtCol USMC OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) (b) (6) CIV OSD OUSD POLICY (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN(b) (6) ; Cooper, Laura K SES OSD OUSD POLICY (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; (b) (6) COL USARMY OSD OUSD POLICY (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; (b) (6) Col USAF OSD OUSD POLICY (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]; Trulio, David V SES OSD OUSD POLICY (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **Subject:** | RE: POTUS follow up |
| **Attachments:** | smime.p7s |

Thanks

**From:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6)
**Sent:** Monday, June 24, 2019 11:12 PM
**To:** Chewning, Eric SES SD (b) (6) >; McCusker, Elaine A HON OSD OUSD C (US) (b) (6)
**Cc:** (b) (6) COL SD (b) (6) ; (b) (6) CAPT SD (b) (6) >; Verga, Peter SES SD (b) (6) >; (b) (6) LtCol USMC OSD OUSD C (USA) (b) (6) ; McAndrew, Anne J SES OSD OUSD C (US) (b) (6) >(b) (6) CIV OSD OUSD POLICY (US) (b) (6) Cooper, Laura K SES OSD OUSD POLICY (US) (b) (6) (b) (6) COL USARMY OSD OUSD POLICY (USA) (b) (6) >;(b) (6) Col USAF OSD OUSD POLICY (USA) (b) (6) ; Trulio, David V SES OSD OUSD POLICY (USA) (b) (6)
**Subject:** RE: POTUS follow up

We're working to get the additional data to fill in the rest.

**From:** Chewning, Eric SES SD (b) (6) >
**Sent:** Monday, June 24, 2019 5:53 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) (b) (6) Rood, John C HON OSD OUSD POLICY (USA) (b) (6) >
**Cc:** (b) (6) COL SD (b) (6) >(b) (6) CAPT SD (b) (6) >; Verga, Peter SES SD (b) (6) (b) (6) LtCol USMC OSD OUSD C (USA) <(b) (6) ; McAndrew, Anne J SES OSD OUSD C (US) (b) (6) >
**Subject:** RE: POTUS follow up

Thanks Elaine.
John, can policy fill in the gaps?

**From:** McCusker, Elaine A HON OSD OUSD C (US) (b) (6)
**Sent:** Monday, June 24, 2019 4:28 PM
**To:** Chewning, Eric SES SD (b) (6) >; Rood, John C HON OSD OUSD POLICY (USA)
(b) (6)
**Cc:** (b) (6)   COL SD (b) (6) >; (b) (6)   CAPT SD (b) (6) >; Verga, Peter SES SD
(b) (6) ; (b) (6)   LtCol USMC OSD OUSD C (USA) (b) (6) ; McAndrew,
Anne J SES OSD OUSD C (US) (b) (6)
**Subject:** RE: POTUS follow up


Eric

Attached paper we provided to OMB on Friday regarding similar question. It does not have info on U.S. firms or other NATO support to Ukraine, but answers the other basics as a start.

<<...>>

Vr

EM

---

**From:** Chewning, Eric SES SD (b) (6) >
**Sent:** Monday, June 24, 2019 3:47 PM
**To:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6) l>; McCusker, Elaine A HON OSD
OUSD C (US) (b) (6) >
**Cc:** (b) (6)   COL SD <(b) (6) >(b) (6)   CAPT SD (b) (6) ; Verga, Peter
SES SD (b) (6)
**Subject:** POTUS follow up

John and Elaine,

There was a follow up item (b) (5) . Can you all provide additional detail on the recent security cooperation funds to Ukraine?

https://dod.defense.gov/News/News-Releases/News-Release-View/Article/1879340/dod-announces-250m-to-ukraine/

Specifically,

What was the funding used for? i.e., did it go to U.S. firms?

Who funded it?

What do other NATO members spend to support Ukraine?


Eric D. Chewning

Chief of Staff

Office of the Secretary of Defense

Pentagon, ▮(b)▮ ▮

████████████████

██████████████

████████████████████

███████████████████████

███████████████████████

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)             ] |
| **Sent:** | 9/5/2019 12:29:15 PM |
| **To:** | Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ; Chewning, Eric SES SD (b) (6)          ; Verga, Peter SES SD (b) (6) |
| **CC:** | Hood, Robert R HON OSD OASD LA (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ]; Castle, Edwin S SES OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) Castle, William S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ]; McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ]; Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)     (b) (6)     Col USMC OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) (b) (6)          Col USAF OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ; Rood, John C HON OSD OUSD POLICY (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          Hooper, Charles W LTG USARMY DSCA FO (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ] |
| **Subject:** | Ukraine |
| **Attachments:** | Copy of USAI Award Matrix_31 August_2019_working copy.xlsx; smime.p7s |

Good morning.

OMB intends to send us another footnote today with direction to continuing holding until Friday.

Normally would not send you this level of detail, but given the situation, providing the below assessment for background on the increasing risk of execution. Thanks to the DSCA team for continued excellent responsiveness on this.

Wr,
EM

(b) (5)





### FY 2019 USAI Tracker_as of 31 August 2019

**Notes:**

(b)(5) -- EOP

'- Commitment Date: Date **represents the absolute latest date** in which the commitment document needs to be entered in the accounting system to initiate procurement packages and forwarded to the contracting office for action.

'- Obligation Date: Date **represents the projected award date** for contracts and government credit card purchases.

(b)(5) -- EOP

| Case ID | Item Procured | Commitment Date (Entered into Accounting System) | Acquisition Plan | Amount | Obligation Date (Contracts award, purchase made) |
|---|---|---|---|---|---|
| QG-B-URA | (b)(3) 10 USC 130c | 19-Aug-19 | (b) (5) | | 26-Aug-19 |
| | | 19-Aug-19 | | | 26-Aug-19 |
| | | 19-Aug-19 | | | 26-Aug-19 |
| | | 19-Aug-19 | | | 26-Aug-19 |
| | | 19-Aug-19 | | | 26-Aug-19 |
| | | 26-Aug-19 | | | 2-Sep-19 |
| | | 19-Aug-19 | | | 20-Sep-19 |
| QG-B-UAB A01 | | 19-Aug-19 | | | 30-Aug-19 |
| | | 19-Aug-19 | | | 30-Aug-19 |
| | | 19-Aug-19 | | | 30-Aug-19 |
| | | 19-Aug-19 | | | 30-Aug-19 |
| QG-B-UAD A01 | | 19-Aug-19 | | | 30-Aug-19 |
| QG-B-UBI | | 19-Aug-19 | | | 26-Aug-19 |
| | | 19-Aug-19 | | | 26-Aug-19 |
| | | 19-Aug-19 | | | 26-Aug-19 |
| | | 19-Aug-19 | | | 26-Aug-19 |
| | | 26-Aug-19 | | | 27-Sep-19 |
| | | 9-Sep-19 | | | 13-Sep-19 |
| | | 9-Sep-19 | | | 13-Sep-19 |
| | | 26-Aug-19 | | | 2-Sep-19 |
| QG-B-UBA | | 19-Aug-19 | | | 20-Sep-19 |
| | | 19-Aug-19 | | | 20-Sep-19 |
| QG-B-UBE | | 26-Aug-19 | | | 2-Sep-19 |
| | | 26-Aug-19 | | | 2-Sep-19 |
| QG-B-UBB | | 26-Aug-19 | | | 2-Sep-19 |
| QG-B-UBD | | 26-Aug-19 | | | 2-Sep-19 |
| QG-P-LBB | | 21-Aug-19 | | | 28-Aug-19 |
| | | 21-Aug-19 | | | 28-Aug-19 |
| | | 21-Aug-19 | | | 28-Aug-19 |

CPI v DoD 19-3265 (D.D.C.) 20 Dec 19 015

| Case ID | Item Procured | Commitment Date (Entered into Accounting System) | Acquisition Plan | Amount | Obligation Date (Contracts award, purchase made) |
|---|---|---|---|---|---|
| | (b)(3) 10 USC 130c | 21-Aug-19 21-Aug-19 | (b) (5) | | 28-Aug-19 28-Aug-19 |
| QG-B-MBA | | 12-Sep-19 | | | 15-Sep-19 |
| QG-B-MBB | | 12-Sep-19 | | | 15-Sep-19 |
| QG-B-MBC | | 12-Sep-19 | | | 15-Sep-19 |
| QG-B-UBB | | 5-Sep-19 | | | 11-Sep-19 |
| QG-B-UBC | | 2-Sep-19 12-Sep-19 | | | 6-Sep-19 15-Sep-19 |
| QG-B-UBG | | 2-Sep-19 | | | 6-Sep-19 |
| QG-B-UBH | | 2-Sep-19 12-Sep-19 2-Sep-19 | | | 6-Sep-19 15-Sep-19 6-Sep-19 |
| QG-B-UBJ | | 12-Sep-19 | | | 15-Sep-19 |
| QG-B-UBL | | 2-Sep-19 12-Sep-19 2-Sep-19 | | | 6-Sep-19 15-Sep-19 6-Sep-19 |
| TOTAL REQUIREMENT | | | Grand Total | $    168,612,863 | |

CPI v DoD 19-3265 (D.D.C.) 20 Dec 19 016

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■ |
| **Sent:** | 8/21/2019 1:28:06 PM |
| **To:** | Rood, John C HON OSD OUSD POLICY (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■]; Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■ |
| **CC:** | Verga, Peter SES SD ■(b) (6)■]; Chewning, Eric SES SD ■(b) (6)■; Lyons, David Brig Gen SD ■(b) (6)■; Cacci, Ralph A SES (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■]; McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■]; Dilworth, Monique L SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■; Castle, William S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■ Castle, Edwin S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■]; Moxley, William E SES OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■]; ■(b) (6)■ Lt Col USAF OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■]; ■(b) (6)■ Col USMC OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■]; Norquist, David HON SD ■(b) (6)■ |
| **Subject:** | Ukraine Update |
| **Attachments:** | USAI Funds; USAI; FY19 USAI Cases_08202019_1421.pptx; smime.p7s |

John, Paul, Eric, Pete

Good morning. Last night, we received another footnote - pasted below - from OMB directing no further obligations on Ukraine funding until August 26, 2019.

**(b) (5)**
■■■■■■■■■■■■■■■■■■■■■■■■

**(b) (5)**
■■■■■■■■■■■■■■■■■■■■■■■■

I expect another call with OMB later this morning but wanted to make sure you were in the loop on the latest.

Also just received word that HAC-D traveled to Ukraine earlier this month and has sent us an RFI regarding funds being held up.

Vr,
Elaine

OMB 8/20/19 Footnote:
Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 26, 2019, to allow for an interagency process to determine the best use of such funds. DOD may continue its planning and casework for the Initiative during this period.

Message
_____

From:          Duffey, Michael P. EOP/OMB (b) (6)
Sent:          8/7/2019 4:53:44 PM
To:            McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN (b) (6)
CC:            McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6)          ]; Sandy, Mark S. EOP/OMB
               (b) (6)                    ]
Subject:       RE: Footnote


I am tracking the issue. Thanks for confirming.

Sincerely,
Mike
_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
Sent: Wednesday, August 7, 2019 10:48 AM
To: Duffey, Michael P. EOP/OMB < (b) (6)
Cc: McAndrew, Anne J SES OSD OUSD C (US) (b) (6)          >; Sandy, Mark S. EOP/OMB
(b) (6)
Subject: RE: Footnote

Mike

I think you are tracking that there were some additional developments last night the team is working.

EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB (b) (6)                     >
Sent: Tuesday, August 6, 2019 3:46 PM
To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)          >
Cc: McAndrew, Anne J SES OSD OUSD C (US) (b) (6)          ; Sandy, Mark S. EOP/OMB
(b) (6)                >
Subject: RE: Footnote

Just to close the loop, I connected with Anne and Monique today, and they said DSCA was good.

Thanks.

Sincerely,
Mike
_____
Mike Duffey
Associate Director for National Security Programs Office of Management and Budget The White House
(b) (6)

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
Sent: Tuesday, August 6, 2019 9:02 AM
To: Duffey, Michael P. EOP/OMB (b) (6)
Cc: McAndrew, Anne J SES OSD OUSD C (US) (b) (6)          ; Sandy, Mark S. EOP/OMB
(b) (6)
Subject: Re: Footnote

Mike

Who did you talk to yesterday to confirm (b) (5)                              ?

EM

> On Aug 6, 2019, at 5:39 AM, Duffey, Michael P. EOP/OMB ▮(b) (6)▮ wrote:
>
> Elaine - I intend to extend the footnote on Ukraine assistance funding for an additional week through
next Monday. ▮(b) (5)▮
>
> Please let me know if you foresee any concerns. Else, our team will issue the below footnote this
morning:
>
> Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine
Security Assistance Initiative (Initiative) are not available for obligation until August 12th, 2019, to
allow for an interagency process to determine the best use of such funds.  Based on OMB's communication
with DOD on August 5th, 2019, OMB understands from the Department that this brief pause in obligations
will not preclude DOD's timely execution of the final policy direction.  DOD may continue its planning
and casework for the Initiative during this period.

Message
_____

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB ███ **(b) (6)** ████████████ |
| **Sent:** | 8/6/2019 1:48:56 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN ███ **(b) (6)** ████████ ] |
| **CC:** | McAndrew, Anne J SES OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN ███ **(b) (6)** █████ ]; Sandy, Mark S. EOP/OMB ███ **(b) (6)** ████████ ] |
| **Subject:** | RE: Footnote |


Good catch - █ **(b) (5)** ███████████████████████████████ . Who is it best
to speak with regarding the execution?

Thanks.

Sincerely,
Mike
_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
███ **(b) (6)** ████

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) ███ **(b) (6)** ████████ >
Sent: Tuesday, August 6, 2019 9:02 AM
To: Duffey, Michael P. EOP/OMB ███ **(b) (6)** ██████ >
Cc: McAndrew, Anne J SES OSD OUSD C (US) ███ **(b) (6)** ██████ >; Sandy, Mark S. EOP/OMB
███ **(b) (6)** ████ >
Subject: Re: Footnote

Mike

Who did you talk to yesterday to confirm ███ **(b) (5)** ████████████████████ ?

EM

> On Aug 6, 2019, at 5:39 AM, Duffey, Michael P. EOP/OMB ███ **(b) (6)** ██████████ > wrote:
>
> Elaine - I intend to extend the footnote on Ukraine assistance funding for an additional week through
next Monday. ██ **(b) (5)** ████████████
>
> Please let me know if you foresee any concerns. Else, our team will issue the below footnote this
morning.
>
> Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine
Security Assistance Initiative (Initiative) are not available for obligation until August 12th, 2019, to
allow for an interagency process to determine the best use of such funds.  Based on OMB's communication
with DOD on August 5th, 2019, OMB understands from the Department that this brief pause in obligations
will not preclude DOD's timely execution of the final policy direction.  DOD may continue its planning
and casework for the Initiative during this period.

Message
_____

**From:**      Duffey, Michael P. EOP/OMB ██(b) (6)███████████████]
**Sent:**      9/7/2019 1:38:16 AM
**To:**        McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=██(b) (6)███████████]
**Subject:**   Re: USAI

██(b) (5)████████████████████████████

Sent from my iPhone

> On Sep 6, 2019, at 9:33 PM, McCusker, Elaine A HON OSD OUSD C (USA) ██(b) (6)████████████████ >
wrote:
>
> Are we free to execute as of midnight tonight?
>
> EM

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB **(b) (6)** ] |
| **Sent:** | 9/12/2019 11:14:08 AM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** |
| **Subject:** | RE: Footnote |

Elaine – I just signed the apportionment. My team will be transmitting to your team momentarily.

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
**(b) (6)**

**From:** Duffey, Michael P. EOP/OMB **(b) (6)** >
**Sent:** Wednesday, September 11, 2019 9:52 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** >
**Subject:** Re: Footnote

**(b) (5)**

Still waiting for my staff to send me apportionment. Hoping to sign tonight yet.

Glad to have this behind us.

Sent from my iPhone

On Sep 11, 2019, at 9:48 PM, McCusker, Elaine A HON OSD OUSD C (USA)
<**(b) (6)**                    wrote:

> Copy. What happened? Thanks.
>
> EM
>
> _____
>
> **From:** "Duffey, Michael P. EOP/OMB" <**(b) (6)**                    >
> **Date:** Wednesday, September 11, 2019 at 7:30:37 PM
> **To:** "McCusker, Elaine A HON OSD OUSD C (USA)" **(b) (6)**                    >
> **Subject:** RE: Footnote
>
> Elaine - I will be issuing an apportionment this evening to immediately release all USAI funds for obligation.
>
> I will alert you as soon as I have signed the apportionment.
>
> Thank you

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                      >
Sent: Wednesday, September 11, 2019 5:36 PM
To: Duffey, Michael P. EOP/OMB <(b) (6)                      >
Subject: RE: Footnote

Copy. We are continuing to do everything we can across the enterprise to position as I expect
you all know. (b) (5)

                                                                            (b)

EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB (b) (6)                      >
Sent: Wednesday, September 11, 2019 3:54 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6)                      >
Subject: Footnote

Elaine - We are extending through thurs.

Mike

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB **(b) (6)** ] |
| **Sent:** | 9/11/2019 11:30:29 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** ] |
| **Subject:** | RE: Footnote |

Elaine - I will be issuing an apportionment this evening to immediately release all USAI funds for obligation.

I will alert you as soon as I have signed the apportionment.

Thank you.

Sincerely,
Mike

_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)**
Sent: Wednesday, September 11, 2019 5:36 PM
To: Duffey, Michael P. EOP/OMB **(b) (6)**
Subject: RE: Footnote

Copy. We are continuing to do everything we can across the enterprise to position as I expect you all know. **(b) (5)**

EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB **(b) (6)**
Sent: Wednesday, September 11, 2019 3:54 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)**
Subject: Footnote

Elaine - We are extending through thurs.

Mike

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD (b) (6) |
| **Sent:** | 9/1/2019 7:52:56 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6) |
| **Subject:** | Re: SD COA |
| **Attachments:** | smime.p7s |

The Ukrainian PM speaks with VPOTUS on Tuesday. (b) (5)

Eric D. Chewning
Chief of Staff

**From:** "McCusker, Elaine A HON OSD OUSD C (USA)" (b) (6)                    >
**Date:** Sunday, September 1, 2019 at 3:48:38 PM
**To:** "Chewning, Eric SES SD" (b) (6)
**Subject:** RE: SD COA

Eric

(b) (5)

EM

Message
_____

**From:**     Duffey, Michael P. EOP/OMB 
**Sent:**     8/29/2019 10:14:10 PM
**To:**       McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN(b) (6)              ]
**Subject:**  FW: Agreed TPs


Elaine – (b) (5)

Hoping we can still catch up on (b)  this evening. My cell is (b) (6)          or (b) (6)          if I am not at my desk.

Sincerely,
Mike

_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)


**From:** Paoletta, Mark R. EOP/OMB <(b) (6)                    >
**Sent:** Thursday, August 29, 2019 3:57 PM
**To:** 'Castle, Edwin S SES OSD OGC (USA)'(b) (6)                  ; Ney, Paul C Jr HON OSD OGC (USA)
(b) (6)
**Cc:** Duffey, Michael P. EOP/OMB (b) (6)                    >; McKiver, Charlie E. EOP/OMB
(b) (6)                    >
**Subject:** Agreed TPs

     Gents, thanks for your help.  Here are TPs we agreed upon.  Let me know if you have any questions. Mark



Mark R. Paoletta
General Counsel
Office of Management & Budget
(b) (6)

Message

---

**From:**      Duffey, Michael P. EOP/OMB (b) (6)
**Sent:**      8/27/2019 5:25:05 PM
**To:**        McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)            ]
**Subject:**   RE: USAI Letter to OMB (Revised)

---

Thanks for the heads up

Sincerely,
Mike
_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)


-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                        >
Sent: Tuesday, August 27, 2019 1:01 PM
To: Duffey, Michael P. EOP/OMB (b) (6)                      >
Subject: FW: USAI Letter to OMB (Revised)
Importance: High

Mike

FYI - attached draft we are teeing up for DSD review.

EM

Hon. Russell Vought

Acting Director

Office of Management and Budget

725 17th St. NW

Washington, DC  20503


Dear Mr. Vought,



Sincerely,


[Deputy Secretary of Defense]

Message
_____

**From:**      Duffey, Michael P. EOP/OMB [(b) (6)_____]
**Sent:**      8/27/2019 6:25:35 PM
**To:**        McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)_____]
**Subject:**   RE: USAI Letter to OMB (Revised)


Signing the footnote now

Sincerely,
Mike
_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)_____


-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)_____
Sent: Tuesday, August 27, 2019 1:01 PM
To: Duffey, Michael P. EOP/OMB (b) (6)_____>
Subject: FW: USAI Letter to OMB (Revised)
Importance: High

Mike

FYI - attached draft we are teeing up for DSD review.

EM

Message

| | |
|---|---|
| **From**: | Duffey, Michael P. EOP/OMB (b) (6) ] |
| **Sent**: | 8/19/2019 10:53:59 PM |
| **To**: | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6) ] |
| **Subject**: | Re: Any news? |

Thanks for the clarification Elaine. Our GC is reviewing the (b) (5) ██████████ I expect they will have an input soonest.

Sent from my iPhone

On Aug 19, 2019, at 5:55 PM, McCusker, Elaine A HON OSD OUSD C (USA) < (b) (6) > wrote:

> Mike
>
> Copy. To be clear, in this case, (b) (5) ████████████████
>
> (b) (5) ████████████
>
> EM
>
> **From:** Duffey, Michael P. EOP/OMB (b) (6) >
> **Sent:** Monday, August 19, 2019 5:16 PM
> **To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
> **Subject:** RE: Any news?
>
> Saw that. Thanks for the reminder. We have no interest in delaying any action up until just before the obligation event occurs and want those processes to proceed.
>
> Sincerely,
> Mike
>
> ─────────────────
>
> Mike Duffey
> Associate Director for National Security Programs
> Office of Management and Budget
> The White House
> (b) (6)
>
> **From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
> **Sent:** Monday, August 19, 2019 12:51 PM
> **To:** Duffey, Michael P. EOP/OMB (b) (6)
> **Subject:** RE: Any news?
>
> Mike
>
> Reminder, per the notes with the slide/table, the funds go into the system today to initiate transactions and obligate.

EM

---

**From:** Duffey, Michael P. EOP/OMB (b) (6)
**Sent:** Monday, August 19, 2019 12:21 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
**Subject:** RE: Any news?

Elaine – closing the loop on this, (b) (5)

Sincerely,
Mike
_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

---

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Saturday, August 17, 2019 2:59 PM
**To:** Duffey, Michael P. EOP/OMB < (b) (6) >
**Subject:** Re: Any news?

Thanks

---

**From:** "Duffey, Michael P. EOP/OMB" (b) (6) >
**Date:** Saturday, August 17, 2019 at 2:38:03 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" < (b) (6) >
**Subject:** Re: Any news?

I should probably confirm that since this is on everyone's radar. Will try to do so today

Sent from my iPhone

On Aug 17, 2019, at 2:35 PM, McCusker, Elaine A HON OSD OUSD C (USA)
< (b) (6) > wrote:

Copy

---

**From:** "Duffey, Michael P. EOP/OMB" (b) (6) >
**Date:** Saturday, August 17, 2019 at 2:19:51 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
< (b) (6) >
**Subject:** Re: Any news?

(b) (5)

Sent from my iPhone

On Aug 17, 2019, at 2:05 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)           > wrote:

So are we good to proceed with the $61M cases on Monday?

**From:** "Duffey, Michael P. EOP/OMB"
(b) (6)       >
**Date:** Saturday, August 17, 2019 at 1:34:42 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
<(b) (6)       >
**Subject:** Re: Any news?

Sounds like Ukraine was not discussed.

Sent from my iPhone

On Aug 17, 2019, at 11:39 AM, McCusker, Elaine A HON OSD
OUSD C (USA) <(b) (6)       > wrote:

Not yet.

**From:** "Duffey, Michael P. EOP/OMB"
<(b) (6)       >
**Date:** Saturday, August 17, 2019 at 9:55:49 AM
**To:** "McCusker, Elaine A HON OSD OUSD C
(USA)" (b) (6)       >
**Subject:** RE: Any news?

No – still trying to get a read out. Have you heard
anything on the Afghanistan piece?

Sincerely,

Mike

_____

Mike Duffey

Associate Director for National Security Programs

Office of Management and Budget

The White House

**From:** McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)                                        >
**Sent:** Saturday, August 17, 2019 8:00 AM
**To:** Duffey, Michael P. EOP/OMB
<(b) (6)                                >
**Subject:** Any news?


On the meeting?


EM

---

**From:** "Duffey, Michael P. EOP/OMB"
<(b) (6)
**Date:** Thursday, August 15, 2019 at 7:59:54 PM
**To:** "McCusker, Elaine A HON OSD OUSD C
(USA)" <(b) (6)                        >
**Subject:** Re: Slide


That works. Thx

Sent from my iPhone

> On zombie luAug 15, 2019, at 7:52 PM,
McCusker, Elaine A HON OSD OUSD C (USA)
<(b) (6)                            wrote:
>
> Mike
>
> Hey, I got tied up so didn't get the data to you we
discussed. First thing tomorrow ok?
>
> EM

Message

**From:**      Duffey, Michael P. EOP/OMB [(b) (6)                          ]
**Sent:**      8/12/2019 9:10:01 PM
**To:**        McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN(b) (6)                     ]
**Subject:**   Re: Apportionment


Working this now

Sent from my iPhone

> On Aug 12, 2019, at 4:34 PM, McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                          >
wrote:
>
> Mike
>
> (b) (5)

Message

| | |
|---|---|
| **From:** | Duffey, Michael P. EOP/OMB ██(b) (6)██████████████] |
| **Sent:** | 8/11/2019 12:25:22 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN██(b) (6)██████] |
| **Subject:** | Re: USAI |

Thank you Elaine

Sent from my iPhone

> On Aug 11, 2019, at 6:39 AM, McCusker, Elaine A HON OSD OUSD C (USA) ██(b) (6)████████ wrote:
>
>> Response below.
>> -----Original Message-----
>> From: Duffey, Michael P. EOP/OMB ██(b) (6)██████████>
>> Sent: Saturday, August 10, 2019 4:33 PM
>> To: McCusker, Elaine A HON OSD OUSD C (USA) ██(b) (6)████████████>; Sandy, Mark S. EOP/OMB ██(b) (6)██
>> Cc: Dilworth, Monique L SES OSD OUSD C (USA) ██(b) (6)██████████>; Ney, Paul C Jr HON OSD OGC (USA) ██(b) (6)████████ Paoletta, Mark R. EOP/OMB ██(b) (6)█████>
>> Subject: RE: USAI
>>
>> Thanks Elaine, and the experts.
>>
>> Additional follow-up questions I was asked to look into for deliberative purposes:
>> ██(b) (5)███████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████

>>
>> Thanks.
>>
>> Sincerely,
>> Mike
>> _____
>> Mike Duffey
>> Associate Director for National Security Programs Office of Management and Budget The White House
>>
>> -----Original Message-----
>> From: McCusker, Elaine A HON OSD OUSD C (USA) ██(b) (6)████████>
>> Sent: Saturday, August 10, 2019 11:47 AM
>> To: Duffey, Michael P. EOP/OMB ██(b) (6)████████ Sandy, Mark S. EOP/OMB ██(b) (6)██████>
>> Cc: Dilworth, Monique L SES OSD OUSD C (USA) ██(b) (6)████████>; Ney, Paul C Jr HON OSD OGC (USA) ██(b) (6)████████>; Paoletta, Mark R. EOP/OMB ██(b) (6)████
>> Subject: RE: USAI
>>

```
>> Mike.
>>
>> See responses from the experts below.
>>
>> EM
>>
>> -----Original Message-----
>> From: Duffey, Michael P. EOP/OMB (b) (6)                          >
>> Sent: Saturday, August 10, 2019 9:49 AM
>> To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)              >; Sandy, Mark S. EOP/OMB
(b) (6)          >
>> CC: Dilworth, Monique L SES OSD OUSD C (USA) (b) (6)              >; Ney, Paul C Jr HON OSD
OGC (USA) (b) (6)          ; Paoletta, Mark R. EOP/OMB (b) (6)      >
>> Subject: RE: USAI
>>
>> Thank you Elaine. This very much helps me get my arms around this. A couple of follow-up questions:
>>
```

(b)(6)

```
>>
>> I am sorry to drag this into the weeds, but it helps me to communicate the challenges within my sphere
here.
>>
>> Thank you!
>>
>> FROM THE DOCUMENT:
>>
```

(b)(5)

```
>>
>> Sincerely,
>> Mike
```

```
>> _____
>>
>>
>> -----Original Message-----
>> From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                          >
>> Sent: Friday, August 9, 2019 5:32 PM
>> To: Duffey, Michael P. EOP/OMB (b) (6)              ; Sandy, Mark S. EOP/OMB
(b) (6)                        >
>> Cc: Dilworth, Monique L SES OSD OUSD C (USA) (b) (6)                          >; Ney, Paul C Jr HON OSD
OGC (USA) <(b) (6)                >
>> Subject: USAI
>>
>> Mike, Mark
>>
>> Attached info on the USAI execution. Number 5 has the general info on the steps - (b) (5)
>>
>> EM
>>
```

Message

---

**From**: Sandy, Mark S. EOP/OMB [(b) (6)                    ]
**Sent**: 7/30/2019 7:02:22 PM
**To**: McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ]
**Subject**: RE: USAI

---

Thanks, that's helpful.

---

**From:** McCusker, Elaine A HON OSD OUSD C (US) [mailto(b) (6)                    ]
**Sent:** Tuesday, July 30, 2019 2:06 PM
**To:** Sandy, Mark S. EOP/OMB (b) (6)                    >
**Subject:** RE: USAI

Mark

I got what I think I am going to get and it is not what we would consider a spend plan. See SIPR.

EM

---

**From:** Sandy, Mark S. EOP/OMB (b) (6)                    >
**Sent:** Tuesday, July 30, 2019 1:51 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) (b) (6)                    
**Subject:** USAI

Elaine,

When do you anticipate receiving a USAI spend plan from DSCA?

Thanks,
Mark

---

**From:** McCusker, Elaine A HON OSD OUSD C (US) [mailto(b) (6)                    ]
**Sent:** Thursday, July 25, 2019 6:51 PM
**To:** Sandy, Mark S. EOP/OMB (b) (6)                    >
**Subject:** RE: Draft Apportionment Footnote

I am just breaking free now and got some feedback from our GC. I think we are good.

EM

---

**From:** Sandy, Mark S. EOP/OMB (b) (6)                    >
**Sent:** Thursday, July 25, 2019 4:43 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) (b) (6)                    
**Subject:** RE: Draft Apportionment Footnote

Elaine,

I understand our respective OGC's connected this afternoon, and I need to complete the apportionment this afternoon, so please let me know if you want to discuss before I transmit soon.

Thanks,
Mark

**From:** Sandy, Mark S. EOP/OMB
**Sent:** Thursday, July 25, 2019 1:13 PM
**To:** 'McCusker, Elaine A HON OSD OUSD C (US)' <(b) (6)                      >
**Cc:** Walsh, Heather V. EOP/OMB <(b) (6)                  >
**Subject:** Draft Apportionment Footnote

Elaine,

Please share with your OGC and advise of any concerns today. (b) (5)

Thanks,
Mark

Amounts apportioned, but not yet obligated as of the date of this reapportionment, for the Ukraine Security Assistance Initiative (Initiative) are not available for obligation until August 5, 2019, to allow for an interagency process to determine the best use of such funds. Based on OMB's communication with DOD on July 25, 2019, OMB understands from the Department that this brief pause in obligations will not preclude DOD's timely execution of the final policy direction. DOD may continue its planning and casework for the Initiative during this period.

Message
_____

**From:** Duffey, Michael P. EOP/OMB **(b) (6)**
**Sent:** 7/25/2019 3:03:40 PM
**To:** David.Norquist **(b) (6)** McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= **(b) (6)** ]; eric.chewning **(b) (6)**
**CC:** Sandy, Mark S. EOP/OMB **(b) (6)**
**Subject:** Ukraine Foreign Assistance


David/Elaine/Eric:

Based on guidance I have received and in light of the Administration's plan to review assistance to Ukraine, including the Ukraine Security Assistance Initiative, please hold off on any additional DoD obligations of these funds, pending direction from that process.  I understand that DOD will continue its planning and casework during this period and that this brief pause in obligations will not preclude DOD's timely execution of the final policy direction.

We intend to formalize the pause with an apportionment footnote to be provided later today.

Given the sensitive nature of the request, I appreciate your keeping that information closely held to those who need to know to execute the direction. Please let me know if you have any questions.

Sincerely,
Mike

_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House


Message
_____

**From:**     Duffey, Michael P. EOP/OMB ████████(b) (6)████████████
**Sent:**     7/2/2019 3:21:18 PM
**To:**       McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN██(b) (6)████████████
**Subject:**  Ukraine Funding Follow-up


Hello Elaine – I am following up on the question we traded e-mails on regarding the funding for the Ukraine Security
Assistance Initiative (USAI).██(b) (5)███████████████████████████████████
████████████████████████████████████████████

Can you catch me up on the status of that question? He shared a breakdown of what the funding was paying for that I
had not seen yet. Could you send that to me if you have it?

Happy to connect by phone this afternoon or tomorrow if easier. Thanks!

Sincerely,
Mike

_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
██(b) (6)████████

Message

---

**From:** Chewning, Eric SES SD [(b) (6)                    ]
**Sent:** 6/24/2019 9:55:52 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)
**Subject:** FW: POTUS follow up

I assume it has been obligated, is that right?

---

**From:** Blair, Robert (b) (6)                    >
**Sent:** Monday, June 24, 2019 5:55 PM
**To:** Chewning, Eric SES SD (b) (6)                    >
**Subject:** Re: POTUS follow up

Thanks. (b) (5)

Sent from my iPhone

On Jun 24, 2019, at 5:53 PM, Chewning, Eric SES SD (b) (6)                    > wrote:

> Rob, here is what I had off the shelf
>
> **From:** McCusker, Elaine A HON OSD OUSD C (US) (b) (6)                    >
> **Sent:** Monday, June 24, 2019 4:28 PM
> **To:** Chewning, Eric SES SD <(b) (6)          ; Rood, John C HON OSD OUSD POLICY (USA) (b) (6)          >
> **Cc:** (b) (6)     COL SD (b) (6)          >; (b) (6)     CAPT SD <(b) (6)          ; Verga, Peter SES SD (b) (6)          >; (b) (6)     LtCol USMC OSD OUSD C (USA) (b) (6)          ; McAndrew, Anne J SES OSD OUSD C (US) (b) (6)          >
> **Subject:** RE: POTUS follow up
>
>
> Eric
>
> Attached paper we provided to OMB on Friday regarding similar question. It does not have info on U.S. firms or other NATO support to Ukraine, but answers the other basics as a start.
>
> <<…>>
>
> Vr
>
> EM
>
> ---
>
> **From:** Chewning, Eric SES SD (b) (6)          >
> **Sent:** Monday, June 24, 2019 3:47 PM
> **To:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6)          >; McCusker, Elaine A HON OSD OUSD C (US) (b) (6)          >
> **Cc:** (b) (6)     COL SD (b) (6)          (b) (6)     CAPT SD (b) (6)          ;

Verga, Peter SES SD (b) (6) ███████████████

**Subject:** POTUS follow up

John and Elaine,

There was a follow up item (b) (5) ███████████████. Can you all provide additional detail on the recent security cooperation funds to Ukraine?

>https://dod.defense.gov/News/News-Releases/News-Release-View/Article/1879340/dod-announces-250m-to-ukraine/<

Specifically,

What was the funding used for? i.e., did it go to U.S. firms?

Who funded it?

What do other NATO members spend to support Ukraine?

Eric D. Chewning

Chief of Staff

Office of the Secretary of Defense

Pentagon, (b) ███

███████████

██████████

███████████████.

███████████████.

███████████████

<USAI One pager_20June2019.docx>

Message

---

**From**:     Duffey, Michael P. EOP/OMB [(b) (6)

**Sent**:     6/20/2019 6:53:33 PM

**To**:      McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
          (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN (b) (6)

**CC**:      Sandy, Mark S. EOP/OMB (b) (6)

**Subject**:   RE: Pentagon to send $250M in weapons to Ukraine

Ok, thanks for the quick turn!

Sincerely,
Mike

---

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House

**From:** McCusker, Elaine A HON OSD OUSD C (US) <(b) (6)                    >
**Sent:** Thursday, June 20, 2019 2:45 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6)
**Cc:** Sandy, Mark S. EOP/OMB (b) (6)                    >
**Subject:** RE: Pentagon to send $250M in weapons to Ukraine

It did not, but I handed Mark an info paper. Also attached here.

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)                    >
**Sent:** Thursday, June 20, 2019 2:33 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) (b) (6)                    >
**Cc:** Sandy, Mark S. EOP/OMB <(b) (6)               >
**Subject:** Re: Pentagon to send $250M in weapons to Ukraine

Elaine - hope the meeting went well. Did this topic come up?

Mike

Sent from my iPhone

On Jun 19, 2019, at 8:00 PM, McCusker, Elaine A HON OSD OUSD C (US) (b) (6)                    > wrote:

> Copy, will get you a paper in the morning.
>
> EM
>
> On Jun 19, 2019, at 6:37 PM, Duffey, Michael P. EOP/OMB (b) (6)                    > wrote:
>
>> Elaine –

The President has asked about this funding release, and I have been tasked to follow-up with someone over there to get more detail. Do you have insight on this funding?

Thanks,
Mike


>>https://www.washingtonexaminer.com/policy/defense-national-security/pentagon-to-send-250m-in-weapons-to-ukraine<<;

# Pentagon to send $250M in weapons to Ukraine

by Russ Read
| June 19, 2019 01:17 PM


The Department of Defense plans to send $250 million in military equipment to Ukraine to assist in building up the country's military capabilities as it continues to counter Russian-backed forces in its eastern provinces.

The aid package will include sniper rifles, grenade launchers, and counter-artillery radars for the Ukrainian Navy, special operations forces, and land troops. Electronic warfare detection equipment, night vision technology, and military medical equipment will also be included. This additional equipment brings total U.S. security assistance to Ukraine to $1.5 billion since 2014, according to the Pentagon.

"I think the provision of security assistance to Ukraine is vitally important. I think it has had an impact both psychologically as well as militarily on the professionalization and the capacity of the Ukrainian forces," Kurt Volker, the U.S. special representative for Ukraine, told the Senate Foreign Relations Committee at a Tuesday hearing.

"I think it's also important that Ukraine reciprocate with foreign military purchases from us as well, and I know that they intend to do so."

The assistance comes at a pivotal moment for Ukraine's newly minted president, Volodymyr Zelensky, a popular comedian who won a landslide victory in April. Zelensky has made ending the Russian-backed insurrection in Ukraine's eastern Donbas region his top political priority. The conflict remains in an uneasy stalemate following international attempts to broker a ceasefire. Tensions spiked in November when Russian forces captured and detained 24 sailors following an attack on three Ukrainian vessels.

"We must become Icelanders in football, Israelis in defending our native land, Japanese in technology," Zelensky said during his swearing-in speech in May.

"Our first task is to achieve a ceasefire in Donbas."

Volker told senators the United States should continue to add maritime and air defense capabilities to the Ukrainian arsenal as Russia continues to pose a threat in the Black Sea.

"I think it's important that NATO stand up to make clear that all of us have an interest in the freedom of navigation, the open access, the economic development of the region, and the security of the region," he said.

The U.S. created the European Deterrence Initiative in 2014 in response to Russia's annexation of Ukraine's Crimea territory. Congress authorized the sale of lethal aid to Ukraine that year, but the Obama administration did not sign off on the provision due to concerns that offensive weapons could escalate tensions. U.S. support was limited to non-lethal aid until President Trump reversed the policy in 2017, though his administration proposed a 10% cut to the fund in this year's budget proposal.

Rick Berger, a former Senate Budget Committee staffer who studies defense budgets for the American Enterprise Institute, told the *Washington Examiner* there is broad bipartisan support for continuing aid to Ukraine. He expects Congress will increase Ukrainian military support, saying there is minimal concern regarding escalation on Capitol Hill.

"These aid packages are very well tailored to the things that, by and large, the Ukrainian military actually needs," Berger said. "Congress cares about Ukraine in a bipartisan fashion, and I wouldn't be surprised if [aid] goes up again in this year's" National Defense Authorization Act.

The fate of next year's defense budget remains unclear, however, as congressional leaders wrangle over the federal budget as a whole.

Message

---

**From:** Duffey, Michael P. EOP/OMB (b) (6)
**Sent:** 6/20/2019 12:01:50 AM
**To:** McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) ]
**CC:** Sandy, Mark S. EOP/OMB (b) (6) ]
**Subject:** Re: Pentagon to send $250M in weapons to Ukraine

Thx

Sent from my iPhone

On Jun 19, 2019, at 8:00 PM, McCusker, Elaine A HON OSD OUSD C (US) (b) (6) > wrote:

> Copy, will get you a paper in the morning.
>
> EM
>
> On Jun 19, 2019, at 6:37 PM, Duffey, Michael P. EOP/OMB (b) (6) > wrote:
>
>> Elaine –
>>
>> The President has asked about this funding release, and I have been tasked to follow-up with someone over there to get more detail. Do you have insight on this funding?
>>
>> Thanks,
>> Mike
>>
>>
>> >https://www.washingtonexaminer.com/policy/defense-national-security/pentagon-to-send-250m-in-weapons-to-ukraine<

# Pentagon to send $250M in weapons to Ukraine

by Russ Read
| June 19, 2019 01:17 PM

The Department of Defense plans to send $250 million in military equipment to Ukraine to assist in building up the country's military capabilities as it continues to counter Russian-backed forces in its eastern provinces.

The aid package will include sniper rifles, grenade launchers, and counter-artillery radars for the Ukrainian Navy, special operations forces, and land troops. Electronic warfare detection equipment, night vision technology, and military medical equipment will also be included. This additional equipment brings total U.S. security assistance to Ukraine to $1.5 billion since 2014, according to the Pentagon.

"I think the provision of security assistance to Ukraine is vitally important. I think it has had an impact both psychologically as well as militarily on the professionalization and the capacity of the Ukrainian forces," Kurt Volker, the U.S. special representative for Ukraine, told the Senate Foreign Relations Committee at a Tuesday hearing.

"I think it's also important that Ukraine reciprocate with foreign military purchases from us as well, and I know that they intend to do so."

The assistance comes at a pivotal moment for Ukraine's newly minted president, Volodymyr Zelensky, a popular comedian who won a landslide victory in April. Zelensky has made ending the Russian-backed insurrection in Ukraine's eastern Donbas region his top political priority. The conflict remains in an uneasy stalemate following international attempts to broker a ceasefire. Tensions spiked in November when Russian forces captured and detained 24 sailors following an attack on three Ukrainian vessels.

"We must become Icelanders in football, Israelis in defending our native land, Japanese in technology," Zelensky said during his swearing-in speech in May.

"Our first task is to achieve a ceasefire in Donbas."

Volker told senators the United States should continue to add maritime and air defense capabilities to the Ukrainian arsenal as Russia continues to pose a threat in the Black Sea.

"I think it's important that NATO stand up to make clear that all of us have an interest in the freedom of navigation, the open access, the economic development of the region, and the security of the region," he said.

The U.S. created the European Deterrence Initiative in 2014 in response to Russia's annexation of Ukraine's Crimea territory. Congress authorized the sale of lethal aid to Ukraine that year, but the Obama administration did not sign off on the provision due to concerns that offensive weapons could escalate tensions. U.S. support was limited to non-lethal aid until President Trump reversed the policy in 2017, though his administration proposed a 10% cut to the fund in this year's budget proposal.

Rick Berger, a former Senate Budget Committee staffer who studies defense budgets for the American Enterprise Institute, told the *Washington Examiner* there is broad bipartisan support for continuing aid to Ukraine. He expects Congress will increase Ukrainian military support, saying there is minimal concern regarding escalation on Capitol Hill.

"These aid packages are very well tailored to the things that, by and large, the Ukrainian military actually needs," Berger said. "Congress cares about Ukraine in a bipartisan fashion, and I wouldn't be surprised if [aid] goes up again in this year's" National Defense Authorization Act.

The fate of next year's defense budget remains unclear, however, as congressional leaders wrangle over the federal budget as a whole.

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Norquist, David HON SD **(b) (6)** |
| **Sent:** | 10/1/2019 11:13:23 AM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN**(b) (6)** ] |
| **Subject:** | Re: Year End |
| **Attachments:** | smime.p7s |

Got it.  Thanks and well done  Stopped by to visit and the team seemed in good spirits.

Sent from Mobile Device

**From:** "McCusker, Elaine A HON OSD OUSD C (USA)" **(b) (6)** >
**Date:** Monday, September 30, 2019 at 8:00:32 PM
**To:** "Norquist, David HON SD" **(b) (6)** >
**Subject:** Year End

David

FYI - as I know you are still the CFO at heart:

Team obligated all of the $2.5B Section 284.

USAI is coming in at about $214.8M, so $35.2M short. This money will be reapportioned as 19/20 money under the CR.

Got the final committee approval for the $165M for AF/AFCENT **(b) (5)** this afternoon, along with a few other lower dollar items, so that funding is moving tonight as well.

A few other last minute sporty items that the team is handling with their usual expertise and humor.

Vr,
EM

Message (Digitally Signed)
_____

**From:**      McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ]
**Sent:**      9/12/2019 9:51:06 PM
**To:**        Norquist, David HON SD (b) (6)                    ]
**CC:**        Lyons, David Brig Gen SD (b) (6)                 ; Chewning, Eric SES SD (b) (6)
**Subject:**   Ukraine
**Attachments:** smime.p7s


David

Just an FYI - we are getting a lot of interest and questions from the Hill (both House and Senate) today
on our projected obligations for USAI now that funds are moving.

HAC/SAC are completing the draft CR and seriously contemplating rescinding and re-appropriating some of
the FY 2019 funds to be available during the CR period.  I will talk with OMB and then try to provide a
reliable estimate tomorrow.

Vr,
EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ] |
| **Sent:** | 9/12/2019 5:18:04 PM |
| **To:** | Duffey, Michael P. EOP/OMB (b) (6)                    ] |
| **CC:** | Sandy, Mark S. EOP/OMB (b) (6) |
| **Subject:** | RE: Ukraine TPs |
| **Attachments:** | smime.p7s |

Very helpful. Thanks.

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)                    >
**Sent:** Thursday, September 12, 2019 12:47 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
**Cc:** Sandy, Mark S. EOP/OMB (b) (6)                    >
**Subject:** Ukraine TPs

Elaine - (b) (5)

(b) (5)

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

(b) (5)



Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)] |
| **Sent:** | 9/12/2019 1:53:07 AM |
| **To:** | Duffey, Michael P. EOP/OMB [(b) (6)] |
| **Subject:** | Re: Footnote |
| **Attachments:** | smime.p7s |

Copy. Agree!

---

**From:** "Duffey, Michael P. EOP/OMB" (b) (6)              >
**Date:** Wednesday, September 11, 2019 at 9:51:55 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" (b) (6)              >
**Subject:** Re: Footnote

(b) (5)

Still waiting for my staff to send me apportionment. Hoping to sign tonight yet.

Glad to have this behind us.

Sent from my iPhone

On Sep 11, 2019, at 9:48 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)              > wrote:

> Copy. What happened? Thanks.
>
> EM
>
> ---
>
> **From:** "Duffey, Michael P. EOP/OMB" (b) (6)              >
> **Date:** Wednesday, September 11, 2019 at 7:30:37 PM
> **To:** "McCusker, Elaine A HON OSD OUSD C (USA)" <(b) (6)              >
> **Subject:** RE: Footnote
>
> Elaine - I will be issuing an apportionment this evening to immediately release all USAI funds for obligation.
>
> I will alert you as soon as I have signed the apportionment.
>
> Thank you.
>
> Sincerely,
> Mike
>
> _____
>
> Mike Duffey
> Associate Director for National Security Programs
> Office of Management and Budget

The White House


-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6) ███████ >
Sent: Wednesday, September 11, 2019 5:36 PM
To: Duffey, Michael P. EOP/OMB <(b) (6) ████ >
Subject: RE: Footnote


Copy. We are continuing to do everything we can across the enterprise to position as I expect you all know. (b) (5) ████████

████████

████████


EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB (b) (6) ████ >
Sent: Wednesday, September 11, 2019 3:54 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) ████████ >
Subject: Footnote


Elaine - We are extending through thurs.


Mike

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)**                    ] |
| **Sent:** | 9/12/2019 11:18:33 AM |
| **To:** | Duffey, Michael P. EOP/OMB **(b) (6)** |
| **Subject:** | Re: Footnote |
| **Attachments:** | smime.p7s |

Copy. We will move out.

---

**From:** "Duffey, Michael P. EOP/OMB" **(b) (6)**
**Date:** Thursday, September 12, 2019 at 7:14:13 AM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" <**(b) (6)**
**Subject:** RE: Footnote

Elaine – I just signed the apportionment. My team will be transmitting to your team momentarily.

Sincerely,

Mike

_____

Mike Duffey

Associate Director for National Security Programs

Office of Management and Budget

The White House

**(b) (6)**

---

**From:** Duffey, Michael P. EOP/OMB <**(b) (6)**                    >
**Sent:** Wednesday, September 11, 2019 9:52 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) <**(b) (6)**                    >
**Subject:** Re: Footnote

**(b) (5)**

Still waiting for my staff to send me apportionment. Hoping to sign tonight yet.


Glad to have this behind us.


Sent from my iPhone


On Sep 11, 2019, at 9:48 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)        wrote:

> Copy. What happened? Thanks.
>
>
> EM
>
> ───────────────────────────────
>
> **From:** "Duffey, Michael P. EOP/OMB" (b) (6) >
> **Date:** Wednesday, September 11, 2019 at 7:30:37 PM
> **To:** "McCusker, Elaine A HON OSD OUSD C (USA)" <(b) (6) >
> **Subject:** RE: Footnote
>
> Elaine - I will be issuing an apportionment this evening to immediately release all USAI funds
> for obligation.
>
> I will alert you as soon as I have signed the apportionment.
>
> Thank you.
>
> Sincerely,
> Mike
>
> ─────────────────────────
>
> Mike Duffey
> Associate Director for National Security Programs
> Office of Management and Budget
> The White House
>
>
> -----Original Message-----
> From: McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6) >
> Sent: Wednesday, September 11, 2019 5:36 PM
> To: Duffey, Michael P. EOP/OMB (b) (6)
> Subject: RE: Footnote

Copy. We are continuing to do everything we can across the enterprise to position as I expect you all know. (b) (5) ███████████████████████████

███████████████████████████████████████████████████ (b) ████

██████████████████████████████████

EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB (b) (6) ████████████ >
Sent: Wednesday, September 11, 2019 3:54 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) ████████████ >
Subject: Footnote

Elaine - We are extending through thurs.

Mike

Message (Digitally Signed)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███ **(b) (6)** ███████
**Sent:** 9/10/2019 2:07:36 PM
**To:** Verga, Peter SES SD ███ **(b) (6)** ████████
**CC:** Ney, Paul C Jr HON OSD OGC (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███ **(b) (6)** ████; Castle, Edwin S SES OSD OGC (USA)
[/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███ **(b) (6)** ██████
Castle, William S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=V███ **(b) (6)** ███████
**Subject:** Ukraine
**Attachments:** smime.p7s

```
Pete

DSCA continues to struggle with the very detailed process map we have requested. They project getting it
to us by COB today.

In the meantime, wanted to loop in GC on the specific question related to (b) ████████
███████████████████████████████ (5) ██
███████████████████████

Paul - believe we have answered the question on (b) (5) ██████████
████████  Thanks.

Wr,
EM
```

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)** |
| **Sent:** | 9/11/2019 12:34:50 AM |
| **To:** | Duffey, Michael P. EOP/OMB **(b) (6)** |
| **Subject:** | Re: USAI Status and Update Plan |
| **Attachments:** | smime.p7s |

**(b) (5)**

EM

---

**From:** "Duffey, Michael P. EOP/OMB" **(b) (6)** >
**Date:** Tuesday, September 10, 2019 at 7:51:23 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" **(b) (6)** >
**Cc:** "Sandy, Mark S. EOP/OMB" **(b) (6)** >, "McAndrew, Anne J SES OSD OUSD C (US)" **(b) (6)** >, "Dilworth, Monique L SES OSD OUSD C (USA)" **(b) (6)** "Paoletta, Mark R. EOP/OMB" **(b) (6)** , "Ney, Paul C Jr HON OSD OGC (USA)" **(b) (6)**
**Subject:** RE: USAI Status and Update Plan

Elaine,

Since we began this discussion on the Ukraine funds, OMB has been clear in its footnotes that DoD is authorized and funds are available to continue all processes up until an obligation event and, **(b) (5)**

(b) (5)

Sincerely,
Mike
_____
Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)


-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
Sent: Monday, September 9, 2019 7:43 AM
To: Duffey, Michael P. EOP/OMB <(b) (6)>
Cc: Sandy, Mark S. EOP/OMB <(b) (6)>; McAndrew, Anne J SES OSD OUSD C (US)
(b) (6)>; Dilworth, Monique L SES OSD OUSD C (USA)
<(b) (6)>
Subject: USAI Status and Update Plan

Good morning.

(b) (5)

Wr,
Elaine

Message (Digitally Signed)

| | |
|---|---|
| From: | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)** ] |
| Sent: | 9/7/2019 10:44:30 AM |
| To: | Duffey, Michael P. EOP/OMB **(b) (6)** |
| Subject: | Re: USAI |
| Attachments: | smime.p7s |

Did you see the summary and timeline update I sent on Thursday? **(b) (5)**

EM

---

**From:** "Duffey, Michael P. EOP/OMB" **(b) (6)** >
**Date:** Friday, September 6, 2019 at 10:26:11 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" **(b) (6)** >
**Subject:** RE: USAI

**(b) (5)** you are free to proceed with all processes up to but not including obligation, as we have authorized in all of our footnotes to date.

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House

-----Original Message-----
From: Duffey, Michael P. EOP/OMB **(b) (6)** >
Sent: Friday, September 6, 2019 9:35 PM
To: McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** >
Subject: Re: USAI

**(b) (5)** I just received the updated foot note to extend through Tuesday.

Sent from my iPhone

> On Sep 6, 2019, at 9:33 PM, McCusker, Elaine A HON OSD OUSD C (USA)
<**(b) (6)** wrote:
>
> Are we free to execute as of midnight tonight?
>
> EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** ] |
| **Sent:** | 9/5/2019 1:54:14 PM |
| **To:** | Duffey, Michael P. EOP/OMB **(b) (6)** ] |
| **Subject:** | RE: Ukraine |
| **Attachments:** | Copy of USAI Award Matrix_31 August_2019_working copy.xlsx; smime.p7s |

Mike

Copy. Do you expect a decision/conversation tomorrow?

Following is latest assessment on risk to execution.



EM
-----Original Message-----
From: Duffey, Michael P. EOP/OMB **(b) (6)** >
Sent: Thursday, September 5, 2019 1:36 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** >
Subject: Ukraine

Elaine - no movement on Ukraine. Footnote forthcoming to continue hold through Friday.

Thanks.

Sent from my iPhone

Message (Digitally Signed)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** ]
**Sent:** 9/1/2019 8:42:13 PM
**To:** Chewning, Eric SES SD [ **(b) (6)** ]
**Subject:** RE: SD COA
**Attachments:** smime.p7s

Copy. **(b) (5)** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇

Hope you get a little time off on what's left of this weekend.

EM

**From:** Chewning, Eric SES SD **(b) (6)** ▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Sunday, September 1, 2019 3:53 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** ▇▇▇▇▇▇▇▇▇>
**Subject:** Re: SD COA

The Ukrainian PM speaks with VPOTUS on Tuesday. **(b) (5)** ▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇

Eric D. Chewning
Chief of Staff

**From:** "McCusker, Elaine A HON OSD OUSD C (USA)" **(b) (6)** ▇▇▇▇▇▇▇▇▇▇▇>
**Date:** Sunday, September 1, 2019 at 3:48:38 PM
**To:** "Chewning, Eric SES SD" **(b) (6)** ▇▇▇▇▇▇▇▇>
**Subject:** RE: SD COA

Eric

**(b) (5)** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)            ] |
| **Sent:** | 8/29/2019 10:49:47 PM |
| **To:** | Duffey, Michael P. EOP/OMB (b) (6) |
| **Subject:** | RE: Agreed TPs |
| **Attachments:** | smime.p7s |

Mike

(b) (5)

Just got out of another long session on (b) – things evolved again. Will try to reach you in a bit.

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)                    >
**Sent:** Thursday, August 29, 2019 6:14 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6)            >
**Subject:** FW: Agreed TPs

Elaine – (b) (5)

Hoping we can still catch up on (b)   this evening. My cell is (b) (6)      or (b) (6)        if I am not at my desk.

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

**From:** Paoletta, Mark R. EOP/OMB (b) (6)                >
**Sent:** Thursday, August 29, 2019 3:57 PM
**To:** 'Castle, Edwin S SES OSD OGC (USA)' (b) (6)              >; Ney, Paul C Jr HON OSD OGC (USA)
(b) (6)
**Cc:** Duffey, Michael P. EOP/OMB (b) (6)              >; McKiver, Charlie E. EOP/OMB
(b) (6)                >
**Subject:** Agreed TPs

Gents, thanks for your help.  Here are TPs we agreed upon.  Let me know if you have any questions. Mark

(b) (5)



Mark R. Paoletta
General Counsel
Office of Management & Budget

Message (Digitally Signed)

**From:**       McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ]
**Sent:**       8/26/2019 10:46:57 PM
**To:**         Duffey, Michael P. EOP/OMB (b) (6)
**Subject:**    USAI
**Attachments:** smime.p7s

Mike

Hey, a few things:

1) (b) (5)

2) (b) (5)

3) We have two hill RFIs now. One was from appropriators so we drafted a response and are currently
holding it pending resolution so the answer will be accurate. The second, pasted below, is from the SASC
and believe it should probably be answered by OMB. (b) (5)                                        .

Thanks,
EM

RFI: "Has OMB directed DOD/DSCA to halt execution of all or any part of FY19 funds for the Ukraine
Security Assistance Initiative? If so, when, and what was the reason given?"

Message (Digitally Signed)

**From:**      McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=██████(b) (6)███████████]
**Sent:**      8/26/2019 10:33:20 AM
**To:**        Duffey, Michael P. EOP/OMB ██(b) (6)████████████████]
**Subject:**   RE: USAI
**Attachments:** smime.p7s


██(b) (5)████████████████████████████

EM

-----Original Message-----
From: Duffey, Michael P. EOP/OMB <██(b) (6)████████████>
Sent: Monday, August 26, 2019 5:07 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) ██(b) (6)█████████████>
Subject: USAI

Elaine -

We will be extending the footnote right away this morning. If you are free early, I can provide the
readout ██(b) (5)█████████████████.

Mike

Sent from my iPhone

Message (Digitally Signed)

| | |
|---|---|
| From: | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** |
| Sent: | 8/26/2019 10:29:15 AM |
| To: | Duffey, Michael P. EOP/OMB [**(b) (6)** ] |
| Subject: | RE: USAI |
| Attachments: | smime.p7s |

**(b) (5)**

EM

---

**From:** Duffey, Michael P. EOP/OMB **(b) (6)** >
**Sent:** Monday, August 26, 2019 5:47 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)**
**Subject:** Re: USAI

I am not tracking that. Is that something you are expecting from OMB?

Sent from my iPhone

On Aug 26, 2019, at 5:38 AM, McCusker, Elaine A HON OSD OUSD C (USA) <**(b) (6)** > wrote:

> **(b) (5)** ?
>
> EM
>
> ---
>
> **From:** "Duffey, Michael P. EOP/OMB" **(b) (6)** >
> **Date:** Monday, August 26, 2019 at 5:07:11 AM
> **To:** "McCusker, Elaine A HON OSD OUSD C (USA)" **(b) (6)**
> **Subject:** USAI
>
> Elaine -
>
> We will be extending the footnote right away this morning. If you are free early, I can provide the readout **(b) (5)** .
>
> Mike
>
> Sent from my iPhone

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN (b) (6)                     ] |
| **Sent:** | 8/20/2019 8:13:41 PM |
| **To:** | Duffey, Michael P. EOP/OMB (b) (6)                     ] |
| **CC:** | Castle, William S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)            ]; Castle, Edwin S SES OSD OGC (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN:(b) (6)            Paoletta, Mark R. EOP/OMB (b) (6)                     ] |
| **Subject:** | RE: Any news? |
| **Attachments:** | FY19 USAI Cases_08202019_1421.pptx; smime.p7s |

Mike

(b) (5)

EM

---

**From:** Duffey, Michael P. EOP/OMB <(b) (6)            >
**Sent:** Tuesday, August 20, 2019 11:32 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)            >
**Cc:** Paoletta, Mark R. EOP/OMB <(b) (6)            >
**Subject:** RE: Any news?

Thanks Elaine. I understand, and thank you for the continued dialogue on this topic.

(b) (5)

(b) (5)

Sincerely,
Mike

Mike Duffey

Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

---

**From:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6)                    >
**Sent:** Tuesday, August 20, 2019 10:54 AM
**To:** Duffey, Michael P. EOP/OMB (b) (6)                    >
**Subject:** [WARNING: UNSCANNABLE EXTRACTION FAILED]RE: Any news?

Mike

Understand the technical legalities and definitions.

(b) (5)

We will have another case timeline coming to you today.

Wr,
EM

---

**From:** Duffey, Michael P. EOP/OMB (b) (6)                    >
**Sent:** Tuesday, August 20, 2019 10:10 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)                    >
**Subject:** FW: Any news?

Elaine – received your vm, thanks for the call. Will call you before noon. Below is input from OMB OGC regarding the
(b) (5)

Sincerely,
Mike

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

---

**From:** Paoletta, Mark R. EOP/OMB (b) (6)
**Sent:** Monday, August 19, 2019 6:59 PM
**To:** Duffey, Michael P. EOP/OMB <(b) (6)
**Subject:** Fwd: Any news?

Mike/Elaine,

(b) (5)

(b) (5)

████████████████████████████████████████████

Thanks,
Mark

On Aug 19, 2019, at 6:07 PM, Paoletta, Mark R. EOP/OMB <(b) (6) ████████████████
wrote:

> From: Duffey, Michael P. EOP/OMB (b) (6) ███████████ >
> **Sent:** Monday, August 19, 2019 6:01 PM
> **To:** Paoletta, Mark R. EOP/OMB (b) (6) ██████████ >
> **Subject:** FW: Any news?

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6) ████████

**From:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6) ████████████
**Sent:** Monday, August 19, 2019 5:55 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6) ██████████
**Subject:** RE: Any news?

Mike

Copy. To be clear, in this case, (b) (5) ████████████████████
████████████

(b) (5) ██████████████████████
████████████

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)
**Sent:** Monday, August 19, 2019 5:16 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
**Subject:** RE: Any news?

Saw that. Thanks for the reminder. We have no interest in delaying any action up until just before the obligation event occurs and want those processes to proceed.

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
**Sent:** Monday, August 19, 2019 12:51 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6) >
**Subject:** RE: Any news?

Mike

Reminder, per the notes with the slide/table, the funds go into the system today to initiate transactions and obligate.

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6) >
**Sent:** Monday, August 19, 2019 12:21 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) >
**Subject:** RE: Any news?

Elaine – closing the loop on this, OMB OGC determined (b) (5)

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6)

**From:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6) >
**Sent:** Saturday, August 17, 2019 2:59 PM
**To:** Duffey, Michael P. EOP/OMB (b) (6) >
**Subject:** Re: Any news?

Thanks

**From:** "Duffey, Michael P. EOP/OMB" <(b) (6)                    >
**Date:** Saturday, August 17, 2019 at 2:38:03 PM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
<(b) (6)                    >
**Subject:** Re: Any news?

I should probably confirm that since this is on everyone's radar. Will try to do so today

Sent from my iPhone

On Aug 17, 2019, at 2:35 PM, McCusker, Elaine A HON OSD OUSD C (USA)
(b) (6)                    > wrote:

> Copy
>
> **From:** "Duffey, Michael P. EOP/OMB"
> (b) (6)                    >
> **Date:** Saturday, August 17, 2019 at 2:19:51 PM
> **To:** "McCusker, Elaine A HON OSD OUSD C (USA)"
> <(b) (6)                    >
> **Subject:** Re: Any news?
>
> (b) (5)
>
> Sent from my iPhone
>
> On Aug 17, 2019, at 2:05 PM, McCusker, Elaine A HON OSD
> OUSD C (USA) (b) (6)                    wrote:
>
>> So are we good to proceed with the $61M cases on
>> Monday?
>>
>> **From:** "Duffey, Michael P. EOP/OMB"
>> <(b) (6)                    >
>> **Date:** Saturday, August 17, 2019 at 1:34:42 PM
>> **To:** "McCusker, Elaine A HON OSD OUSD C
>> (USA)" (b) (6)                    >
>> **Subject:** Re: Any news?
>>
>> Sounds like Ukraine was not discussed.
>>
>> Sent from my iPhone
>>
>> On Aug 17, 2019, at 11:39 AM, McCusker, Elaine

A HON OSD OUSD C (USA)

<(b) (6)                          > wrote:

Not yet.

---

**From:** "Duffey, Michael P.
EOP/OMB"
<(b) (6)
**Date:** Saturday, August 17, 2019 at
9:55:49 AM
**To:** "McCusker, Elaine A HON
OSD OUSD C (USA)"
<(b) (6)
**Subject:** RE: Any news?

No – still trying to get a read out. Have
you heard anything on the Afghanistan
piece?

Sincerely,

Mike

_____

Mike Duffey

Associate Director for National Security
Programs

Office of Management and Budget

The White House

**From:** McCusker, Elaine A HON OSD
OUSD C (USA)
(b) (6)                          >
**Sent:** Saturday, August 17, 2019 8:00
AM
**To:** Duffey, Michael P. EOP/OMB
(b) (6)
**Subject:** Any news?

On the meeting?

EM

---

**From:** "Duffey, Michael P.
EOP/OMB"
(b) (6)                         >
**Date:** Thursday, August 15, 2019 at
7:59:54 PM
**To:** "McCusker, Elaine A HON
OSD OUSD C (USA)"
<(b) (6)                        >
**Subject:** Re: Slide


That works. Thx

Sent from my iPhone

> On zombie luAug 15, 2019, at 7:52
PM, McCusker, Elaine A HON OSD
OUSD C (USA)
(b) (6)
wrote:
>
> Mike
>
> Hey, I got tied up so didn't get the
data to you we discussed. First thing
tomorrow ok?
>
> EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= **(b) (6)** ] |
| **Sent:** | 8/12/2019 7:23:49 PM |
| **To:** | Duffey, Michael P. EOP/OMB **(b) (6)** |
| **Subject:** | FW: Ukraine |
| **Attachments:** | smime.p7s |

Please do not forward. Below update I sent internally. When do you think we will see the apportionment
language from you today? Thanks.

EM

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA)
Sent: Monday, August 12, 2019 3:23 PM
To: Rood, John C HON OSD OUSD POLICY (USA) **(b) (6)** ; Ney, Paul C Jr HON OSD OGC (USA)
< **(b) (6)** >
Cc: Castle, William S SES OSD OGC (US) **(b) (6)** >; Dilworth, Monique L SES OSD
OUSD C (USA) **(b) (6)** >
Subject: Ukraine

John, Paul

Quick update. **(b) (5)**

Thanks.

Wr,
EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)**                    ] |
| **Sent:** | 8/12/2019 7:25:01 PM |
| **To:** | Verga, Peter SD SD [**(b) (6)**                ]; Cacci, Ralph A SES (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)**             ] |
| **Subject:** | FW: Ukraine |
| **Attachments:** | smime.p7s |

Please do not forward - but FYSA below note I just sent to keep Policy and GC in the loop.

EM

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA)
Sent: Monday, August 12, 2019 3:23 PM
To: Rood, John C HON OSD OUSD POLICY (USA) **(b) (6)**            >; Ney, Paul C Jr HON OSD OGC (USA) **(b) (6)**         >
Cc: Castle, William S SES OSD OGC (US) **(b) (6)**            >; Dilworth, Monique L SES OSD OUSD C (USA) **(b) (6)**         >
Subject: Ukraine

John, Paul

Quick update. **(b) (5)**

Thanks.

Wr,
EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=█(b) (6)█████] |
| **Sent:** | 7/25/2019 3:05:04 PM |
| **To:** | Sandy, Mark S. EOP/OMB [█(b) (6)████████] |
| **Subject:** | FW: Ukraine Foreign Assistance |
| **Attachments:** | smime.p7s |

Mark

(b) (5) ████████████████████████████████████

EM


**From:** Duffey, Michael P. EOP/OMB <█(b) (6)████████████>
**Sent:** Thursday, July 25, 2019 11:04 AM
**To:** David.Norquist█(b) (6)█; McCusker, Elaine A HON OSD OUSD C (US) <█(b) (6)████████>;
eric.chewning█(b) (6)█
**Cc:** Sandy, Mark S. EOP/OMB █(b) (6)████████>
**Subject:** Ukraine Foreign Assistance

David/Elaine/Eric:

Based on guidance I have received and in light of the Administration's plan to review assistance to Ukraine, including the Ukraine Security Assistance Initiative, please hold off on any additional DoD obligations of these funds, pending direction from that process. I understand that DOD will continue its planning and casework during this period and that this brief pause in obligations will not preclude DOD's timely execution of the final policy direction.

We intend to formalize the pause with an apportionment footnote to be provided later today.

Given the sensitive nature of the request, I appreciate your keeping that information closely held to those who need to know to execute the direction. Please let me know if you have any questions.

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
(b) (6) ████████

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E**(b) (6)** |
| **Sent:** | 7/2/2019 4:25:25 PM |
| **To:** | Duffey, Michael P. EOP/OMB **(b) (6)** |
| **Subject:** | RE: Ukraine Funding Follow-up |
| **Attachments:** | FY2019 USAI Tranches.docx; FY19 USAI Vendor Information Summary.pptx; 20190625_POTUS RFIs on USAI v3.docx; smime.p7s |

Mike

The Department sent some info (attached) to the Chief last week. It may have been **(b) (5)**

Obligation status as of last week was: $7 million (6 percent) of tranche 1 is obligated.  None of tranche two is obligated.

EM

**From:** Duffey, Michael P. EOP/OMB **(b) (6)**
**Sent:** Tuesday, July 2, 2019 11:21 AM
**To:** McCusker, Elaine A HON OSD OUSD C (US) **(b) (6)**               >
**Subject:** Ukraine Funding Follow-up

Hello Elaine – I am following up on the question we traded e-mails on regarding the funding for the Ukraine Security Assistance Initiative (USAI). **(b) (5)**

.

Can you catch me up on the status of that question? He shared a breakdown of what the funding was paying for that I had not seen yet. Could you send that to me if you have it?

Happy to connect by phone this afternoon or tomorrow if easier. Thanks!

Sincerely,
Mike

_____

Mike Duffey
Associate Director for National Security Programs
Office of Management and Budget
The White House
**(b) (6)**

UNCLASSIFIED//FOUO

**FY19 Tranche 1 ($125M) notified to Congress in March**

(b)(3) 10 USC 130c

**FY19 Tranche 2 ($125M) notified to Congress in May** – Notified after SecDef, in coordination with SecState, certified that "Ukraine has taken substantial actions to make defense institutional reforms"

(b)(3) 10 USC 130c

UNCLASSIFIED//FOUO



# FY19 USAI Vendor Information

| Major Command/Service | Total Case Value | Projected Sources of Supply |
|---|---|---|
| Army CECOM | $145.6M | L3, Harris, Raytheon, TCI Corp, HDT Global, Army Stock |
| Joint Munitions Command | $4.7M | Army Stock – produced at Army owned ammo plant |
| Army TACOM | $33.65M | AM General, Gibraltor, Barrett, Leupold, Rohde&Schwarz, Trijicon, Magpul, Aspen, Sparks, ADS, Army Stock |
| Army USAMMA | $2.9M | DLA, North American Shelter, Army Stock |
| Army USASAC | $11.8M | BOH-FPU, containers, Army Stock |
| Transportation | $7.05M | Military and Commercial Airlift/Sealift |
| US Navy | $39.8M | Bowhead, CACI, Kongsberg, Teledyne Marine Foster-Miller, iRobot, SRC,TCI, AirTronic, Bauer, Navy Stock |
| US Air Force | $4.5M | Airfield Navigation Aids – Vendor Selection On-going |
| **Total** | **$250M** | |

UNCLASSIFIED



# FY19 USAI Vendor Information

## Army CECOM
### Tranche 1

| Partner Mod | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $1.6M | L3 or Harris with competed delivery orders |
| Ukraine | | $28.2M | Raytheon and Army Stock |
| Ukraine | | $33M | Harris and Army Stock |
| **TOTAL** | | **$62.8M** | |

### Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $54.5M | Harris and Army Stock – MoD Comms |
| Ukraine | | $4.1M | Harris and Army Stock – MoI Comms |
| Ukraine | | $14.6M | TCI Corp |
| Ukraine | | $5M | TCI Corp, HDT Global |
| Ukraine | | $1.5M | L3 or Harris and Army Stock |
| Ukraine | | $1.7M | |
| Ukraine | | $1.5M | |
| **TOTAL** | | **$82.8M** | |



# FY19 USAI Vendor Information

## Joint Munitions Command
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---------|-------------|------------------|----------------------------|
| Ukraine | (b)(3) 10 USC 130c | $4.7M | Army Stock – produced at Army owned ammo plant |
| | **TOTAL** | **$4.7M** | |



## FY19 USAI Vendor Information

### Army TACOM
### Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---------|-------------|------------------|----------------------------|
| Ukraine | (b)(3) 10 USC 130c | $325K | DLA tailored to fit requirement |
| Ukraine | | $5.8M | AM General, Sparks, ADS |
| Ukraine | | $600K | Through Army Supply |
| Ukraine | | $300K | Gibraltar Toyota |
| Ukraine | | $5.2M | Barrett, Leupold, Rohde&Schwarz, Trijicon, MAGPUL |
| | TOTAL | $12.25M | |

### Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---------|-------------|------------------|----------------------------|
| Ukraine | (b)(3) 10 USC 130c | $4.1M | AM General |
| Ukraine | | $13.1M | AM General, MAGPUL, Terex/Genie, Aspen |
| Ukraine | | $4.2M | AM General, Trijicon |
| | TOTAL | $21.4M | |

4



# FY19 USAI Vendor Information

## Army USAMMA
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---------|-------------|------------------|----------------------------|
| Ukraine | (b)(3) 10 USC 130c | $500K | DLA, North American Rescue, Army Stock |
| | TOTAL | $500K | |

## Army USAMMA
## Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---------|-------------|------------------|----------------------------|
| Ukraine | (b)(3) 10 USC 130c | $30K | DLA, North American Rescue, Army Stock |
| Ukraine | | $270K | DLA, North American Rescue, Army Stock |
| Ukraine | | $2.1 | DLA, North American Rescue, Army Stock |
| | TOTAL | $2.4M | |

5



# FY19 USAI Vendor Information

## Army USASAC
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $3.1M | |
| Ukraine | | $25.8K | |
| Ukraine | | $2.9M | |
| | TOTAL | $8.5M | |

## Army USASAC
## Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $500K | BOH-FPU, containers, Army Stock |
| Ukraine | | $150K | |
| Ukraine | | $2.7M | BOH-FPU, containers, Army Stock |
| Ukraine | | $50K | |
| | TOTAL | $3.3M | |

6



# FY19 USAI Vendor Information

## US Navy
## Tranche 1

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $1.5M | SRC Inc. |
| Ukraine | | $4M | Bowhead, CACI (subcontract to Virginia Electronics), USG |
| Ukraine | | $2.2M | Kongsberg, Teledyne Marine |
| Ukraine | | $16.4 | AirTronic, Bauer, Cowan, Draeger, Klein |
| | | $24.1M | |

## US Navy
## Tranche 2

| Partner | Major Items | Total Case Value | Projected Source of Supply |
|---|---|---|---|
| Ukraine | (b)(3) 10 USC 130c | $8.8M | Foster-Miller, iRobot. |
| Ukraine | | $2.9M | SRC Inc. |
| Ukraine | | $4M | TCI |
| | TOTAL | $15.7M | |

7

Prepared By: (( (b) (6)
Phone Number: (b) (6)

**UNCLASSIFIED//FOUO**

### Ukraine Security Assistance: U.S. Industry Benefits and International Burden-Sharing

*What is funding under the FY2019 Ukraine Security Assistance Initiative (USAI) used for?*

The package consists of $250M in security cooperation funds for additional training, equipment, and advisory efforts to build the capacity of Ukraine's armed forces, ultimately enhancing U.S. security.

This includes the provision of equipment to support training programs and operational needs, including capabilities to enhance Ukraine's Land and Special Operations Forces, Navy and Naval Infantry, and National Guard, and some funds to provide associated training, transportation, and administrative costs.

*Did funding go to U.S. firms?*

Almost all of the dozens of vendors are U.S. companies, and the non-U.S. companies are authorized suppliers of specific equipment for the U.S. military. A list of vendors is attached.

*Who funded the USAI?*

Congress provided $250M in funds through the Department of Defense Appropriations Act, 2019.

*Broader context on Ukraine burden sharing*

Ukraine remains committed to providing for its own security and building a strategic partnership with the United States:
- Spends more than 5% of GDP on security and defense;
- Spent (b)(3) 10 on U.S. defense articles in 2018; and
- Negotiating now to purchase Javelin anti-tank missiles and (b)(3) 10 USC 130c

*What do other NATO members spend to support Ukraine?*

Below is an overview of security assistance contributions to Ukraine by key NATO Allies and partners for which we have readily available data. These activities complement U.S. and Ukrainian efforts to counter Russian aggression.

**Canada:** Approximately (b)(3) 10 in security assistance since 2014
-Training: Nearly (b) trainers ((b)(3) 10 USC 130c ); equipment: (b)(3) 10
-$750 million total assistance (includes humanitarian, development, and financial) since 2014
-Contributes a Senior Advisor on Defense Reform

**UK:** Approximately (b)(3) 10 in security assistance since 2014
-Training: (b)(3) rotational trainers ((b)(3) 10 USC 130c ); equipment: (b)(3) 10
-Contributes a Senior Advisor on Defense Reform
- Recently committed to increasing Black Sea security efforts, including training Ukraine's Navy and Naval Infantry and conducting port visits to Odesa, Ukraine.

Prepared By: (( (b) (6)
Phone Number: (b)(6)

**UNCLASSIFIED//FOUO**

**Lithuania**: Approximately (b)(3) 10  in security assistance since 2014
-Training: ( trainers (b)(3) 10 USC 130c          ); Equipment: (b)(3)     (lethal aid)
-Contributes a Senior Advisor on Defense Reform
-Recently transferred nearly (b)(3) 10  rounds of small arms ammunition

**Poland**: Approximately (b)(3) 10  in security assistance since 2014
-Training: (b trainers ((b)(3) 10 USC 130c        )
-Contributes a Senior Advisor on Defense Reform

**Denmark & Sweden**: Approximately (b)(3) 10 b  each since 2018
Training ( trainers each (b)(3) 10 USC 130c        )

**NATO**: Approximately (b)(3) 10  through trust fund contributions from 36 countries
-Trust Fund projects include support for: countering improvised explosive devices; medical rehabilitation;
command, control, communications, and computers (C4); cyber defense; logistics.
-Foreign Ministers agreed to a Black Sea Security package in April 2019, to include increased support for
Ukraine (training of maritime forces and coast guards, port visits, exercises, info sharing).

The **European Union** also contributes billions of euros in economic assistance to Ukraine:
• (b)(3) 10  in official economic development assistance from 2014-2018;
• US(3) 10   in humanitarian assistance since 2014); and
• US(3) 130c  in total macro financial loans since 2014.

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN **(b) (6)** ] |
| **Sent:** | 6/25/2019 6:36:49 PM |
| **To:** | Chewning, Eric SES SD **(b) (6)** |
| **Subject:** | RE: POTUS follow up |
| **Attachments:** | FY2019 USAI Tranches.docx; smime.p7s |

Eric

Only $7M of the $250M has been obligated to date.

Attached FYSA is a bit more info on the requirements breakdown.

Wr,
EM

**From:** Chewning, Eric SES SD **(b) (6)**
**Sent:** Monday, June 24, 2019 5:56 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) **(b) (6)** >
**Subject:** FW: POTUS follow up

I assume it has been obligated, is that right?

**From:** Blair, Robert **(b) (6)** >
**Sent:** Monday, June 24, 2019 5:55 PM
**To:** Chewning, Eric SES SD **(b) (6)**
**Subject:** Re: POTUS follow up

Thanks. **(b) (5)** ?

Sent from my iPhone

On Jun 24, 2019, at 5:53 PM, Chewning, Eric SES SD **(b) (6)** > wrote:

> Rob, here is what I had off the shelf
>
> **From:** McCusker, Elaine A HON OSD OUSD C (US) **(b) (6)** >
> **Sent:** Monday, June 24, 2019 4:28 PM
> **To:** Chewning, Eric SES SD **(b) (6)** ; Rood, John C HON OSD OUSD POLICY (USA)
> **(b) (6)** >
> **Cc:** **(b) (6)** COL SD **(b) (6)** >; **(b) (6)** CAPT SD **(b) (6)** ; Verga,
> Peter SES SD **(b) (6)** >; **(b) (6)** LtCol USMC OSD OUSD C (USA)
> <**(b) (6)** ; McAndrew, Anne J SES OSD OUSD C (US)
> **(b) (6)** >
> **Subject:** RE: POTUS follow up
>
> Eric

Attached paper we provided to OMB on Friday regarding similar question. It does not have info on U.S. firms or other NATO support to Ukraine, but answers the other basics as a start.

<<...>>

Vr

EM

---

**From:** Chewning, Eric SES SD (b) (6)                    >
**Sent:** Monday, June 24, 2019 3:47 PM
**To:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6)                    >; McCusker, Elaine A HON OSD OUSD C (US) (b) (6)                    >
**Cc:** (b) (6)        COL SD (b) (6)              (b) (6)        CAPT SD (b) (6)
Verga, Peter SES SD (b) (6)              >
**Subject:** POTUS follow up

John and Elaine,

There was a follow up item (b) (5)                    . Can you all provide additional detail on the recent security cooperation funds to Ukraine?

>https://dod.defense.gov/News/News-Releases/News-Release-View/Article/1879340/dod-announces-250m-to-ukraine/<

Specifically,

What was the funding used for? i.e., did it go to U.S. firms?

Who funded it?

What do other NATO members spend to support Ukraine?

Eric D. Chewning

Chief of Staff

Office of the Secretary of Defense

Pentagon, (b)

SIPR: (b) (6) ███████████

JWICS: (b) (6) ███████████

<USAI One pager_20June2019.docx>

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (US) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=**(b) (6)** ] |
| **Sent:** | 6/24/2019 10:25:33 PM |
| **To:** | Chewning, Eric SES SD **(b) (6)** |
| **Subject:** | RE: POTUS follow up |
| **Attachments:** | smime.p7s |

I expect the $125M we notified in March may be, but the $125M notified in May probably isn't all obligated. Checking exact status now and will get back to you.

EM

**From:** Chewning, Eric SES SD **(b) (6)**
**Sent:** Monday, June 24, 2019 5:56 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) **(b) (6)**
**Subject:** FW: POTUS follow up

I assume it has been obligated, is that right?

**From:** Blair, Robert **(b) (6)** >
**Sent:** Monday, June 24, 2019 5:55 PM
**To:** Chewning, Eric SES SD **(b) (6)** >
**Subject:** Re: POTUS follow up

Thanks. **(b) (5)**

Sent from my iPhone

On Jun 24, 2019, at 5:53 PM, Chewning, Eric SES SD <**(b) (6)** > wrote:

> Rob, here is what I had off the shelf
>
> **From:** McCusker, Elaine A HON OSD OUSD C (US) **(b) (6)** >
> **Sent:** Monday, June 24, 2019 4:28 PM
> **To:** Chewning, Eric SES SD **(b) (6)** |>; Rood, John C HON OSD OUSD POLICY (USA) <**(b) (6)**
> **Cc:** ( COL SD **(b) (6)** >; **(b) (6)** CAPT SD **(b) (6)** ; Verga, Peter SES SD **(b) (6)** ; **(b) (6)** LtCol USMC OSD OUSD C (USA) **(b) (6)** ; McAndrew, Anne J SES OSD OUSD C (US) **(b) (6)**
> **Subject:** RE: POTUS follow up
>
>
> Eric
>
> Attached paper we provided to OMB on Friday regarding similar question. It does not have info on U.S. firms or other NATO support to Ukraine, but answers the other basics as a start.
>
> <<...>>

Vr

EM

_____

**From:** Chewning, Eric SES SD (b) (6)       >
**Sent:** Monday, June 24, 2019 3:47 PM
**To:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6)    >; McCusker, Elaine
A HON OSD OUSD C (US) (b) (6)      >
**Cc:** (b) (6)    COL SD (b) (6)    (b) (6)   CAPT SD (b) (6)    >;
Verga, Peter SES SD (b) (6)    >
**Subject:** POTUS follow up

John and Elaine,

There was a follow up item (b) (5)      . Can you all provide additional detail
on the recent security cooperation funds to Ukraine?

>https://dod.defense.gov/News/News-Releases/News-Release-View/Article/1879340/dod-announces-250m-to-ukraine/<

Specifically,

What was the funding used for? i.e., did it go to U.S. firms?

Who funded it?

What do other NATO members spend to support Ukraine?

Eric D. Chewning

Chief of Staff

Office of the Secretary of Defense

Pentagon, (b)

USAI One pager_20June2019.docx>

Message (Digitally Signed)

**From:**      Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ (b) (6)                    ]
**Sent:**      9/6/2019 9:18:26 PM
**To:**        Falk Curtin, Edna T. EOP/OMB (b) (6)                           Broomell, Katie W. EOP/OMB
              (b) (6)
**CC:**        Bricker, Julie R SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN (b) (6)            ]; (b) (6)             CIV OSD OUSD C (USA)
              [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6)            (b) (6)            CIV OSD OUSD C (USA)
              [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ (b) (6)
              (b) (6)
**Subject:**   USAI
**Attachments:** smime.p7s


Edna/Katie,

The hold last through tonight - might we expect to see another extension to the hold?  At this time of
the year we have people working weekends to execute fund and its likely they will move forward unless we
tell them otherwise.

Appreciate your insight.
v/r
Bill

Message
_____

**From:**     Broomell, Katie W. EOP/OMB (b) (6)                                    ]
**Sent:**     9/5/2019 1:07:34 PM
**To:**       Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                  ]
**CC:**       (b) (6)              CIV OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          ]; Bricker, Julie R SES OSD OUSD C (USA)
              [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)        ];
              (b) (6)            Col USAF OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)          (; Falk Curtin, Edna T. EOP/OMB
              (b) (6)
**Subject:**  Re: USAI


+Edna

Bill, no decisions have been shared at this time.

If that changes, I'll reach out.

Sent from my iPhone

> On Sep 5, 2019, at 8:52 AM, Relyea, William J SES OSD OUSD C (USA) (b) (6)                              >
wrote:
>
> Katie,
>
> Do you know if they are going to extend the hold on the Ukraine action past today?
>
> Please let us know.
> v/r
> Bill
>

Message

| | |
|---|---|
| **From:** | Broomell, Katie W. EOP/OMB [(b) (6)                        ] |
| **Sent:** | 9/3/2019 3:24:23 PM |
| **To:** | Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **CC:** | Falk Curtin, Edna T. EOP/OMB [Ed(b) (6)                    ; Bricker, Julie R SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/(b) (6) (b) (6)      CIV OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **Subject:** | RE: update RE: 97-0100 O&M DW apportionment |

Bill, thanks.  I will make sure this risk is communicated to leadership.

Thanks,
Katie

**From:** Relyea, William J SES OSD OUSD C (USA)(b) (6)                    >
**Sent:** Tuesday, September 3, 2019 9:29 AM
**To:** Broomell, Katie W. EOP/OMB <(b) (6)                    >
**Cc:** Falk Curtin, Edna T. EOP/OMB <(b) (6)                ; Bricker, Julie R SES OSD OUSD C (USA)
(b) (6)                    ;(b) (6)        CIV OSD OUSD C (USA) <(b) (6)                >
**Subject:** RE: update RE: 97-0100 O&M DW apportionment

Katie,

We have received the apportionment and have issued the FAD with the updated footnote. (b) (5)

v/r
Bill

**From:** Broomell, Katie W. EOP/OMB(b) (6)                >
**Sent:** Tuesday, September 3, 2019 9:25 AM
**To:** Relyea, William J SES OSD OUSD C (USA) <(b) (6)            >
**Cc:** Falk Curtin, Edna T. EOP/OMB <(b) (6)            >
**Subject:** RE: update RE: 97-0100 O&M DW apportionment

Bill, can you confirm receipt?

Thanks,
Katie

**From:** Broomell, Katie W. EOP/OMB
**Sent:** Saturday, August 31, 2019 10:11 AM
**To:** Relyea, William J SES OSD OUSD C (USA)(b) (6)            >
**Cc:** Glazer, Josh S. EOP/OMB <J(b) (6)            >; Falk Curtin, Edna T. EOP/OMB
(b) (6)            >; Nassif, Rob J. EOP/OMB(b) (6)            ; Robinson, Wandlyn D.
EOP/OMB(b) (6)            >; Scher, Adam <(b) (6)            >; Sandy, Mark S.
EOP/OMB(b) (6)            >; 'William L. EOP/OMB Metzger(b) (6)            )'

<(b) (6)                            >
**Subject:** update RE: 97-0100 O&M DW apportionment

Bill,

DOD should be in receipt of the attached apportionment via the apportionment system.

Thanks,
Katie
(b) (6)

---

**From:** Broomell, Katie W. EOP/OMB
**Sent:** Tuesday, August 27, 2019 4:55 PM
**To:** Relyea, William J SES OSD OUSD C (USA) (b) (6)                    >
**Cc:** Glazer, Josh S. EOP/OMB <(b) (6)                >; Falk Curtin, Edna T. EOP/OMB
(b) (6)                    v>; Nassif, Rob J. EOP/OMB (b) (6)            >; Robinson, Wandlyn D.
EOP/OMB <(b) (6)                >; Scher, Adam (b) (6)            >
**Subject:** 97-0100 O&M DW apportionment

Bill,

DOD should be in receipt of the attached apportionment via the apportionment system.  Note the updated USAI footnote.

Thanks,
Katie
(b) (6)

Message

| | |
|---|---|
| **From**: | Falk Curtin, Edna T. EOP/OMB (b) (6) ] |
| **Sent**: | 9/12/2019 11:51:59 AM |
| **To**: | Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6) ] |
| **Subject**: | Fwd: SIGNED: DoD Apportionment-Operation and Maintenance, Defense-wide [Apportionment sent to Agency after Approval from (b) (6) |
| **Attachments**: | 97-0100 2019 OM DW 25.xlsx; 1_Warning.txt |

The apportionment is signed and is at DOD.

Thanks,
Edna

Begin forwarded message:

**From:** "Saldivar, John A. EOP/OMB" <(b) _ ]
**Date:** September 12, 2019 at 7:43:45 AM EDT
**To:** "Falk Curtin, Edna T. EOP/OMB" <(b) (6) ]
**Subject: FW: SIGNED: DoD Apportionment-Operation and Maintenance, Defense-wide [Apportionment sent to Agency after Approval from (b) (6)**

**From:** apportionment@omb.gov <apportionment@omb.gov>
**Sent:** Thursday, September 12, 2019 3:42 AM
**To:** (b) (6)

**Subject:** SIGNED: DoD Apportionment-Operation and Maintenance, Defense-wide [Apportionment sent to Agency after Approval from (b) (6) ]

## Message from Sender:

## Message From System Administrator:

OMB's apportionment system sent this email to members of the OSD email group apportionment group. If you believe that you received this email in error, please contact your agency apportionment administrators. You can search for them here:
https://portal.max.gov/home/sa/findAgencyAdminForm

Do not reply to this email address. It is used only to send emails generated in the apportionment system.

Apportionment file(s) attached.

Message

---

**From**: Falk Curtin, Edna T. EOP/OMB (b) (6)                    ]
**Sent**: 9/11/2019 12:00:14 PM
**To**: Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                    ]
**Subject**: USAI

Bill,

Mike extended the USAI obligation hold through Thursday.   I will forward the signed apportionment when I
get into the office.   Obligations may be made starting on Friday.

I reiterated the information that Elaine sent to him on Monday as a reminder before he signed the
apportionment.   Alas, he must have received OGC's OK before signing it.

I still have no insight on the rationale for the hold.
Edna

Message
_____

**From:**       Falk Curtin, Edna T. EOP/OMB (b) (6)                      ]
**Sent:**       9/12/2019 4:15:54 AM
**To:**         Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6)
**Subject:**    USAI funds available for obligation
**Attachments:** 97-0100 2019 OM DW 25.xlsx


Bill,

I received an email from Mike tonight at 7:30pm requesting that I provide him a new Operation and Maintenance, Defense-wide apportionment that makes the USAI funds available for obligation immediately.  I did not get home until 1145pm, and just saw Mike's note.  I drafted the attached apportionment that removes the USAI footnote, but am currently unable to get into the MAX apportionment system to upload   the apportionment for his signature.

I will get it into the system either before I leave for work in the morning, and if I still can't get into the apportionment system, I'll try again when I get into the office.

Hope that this is good news!
Edna

Message
_____

**From:**      Falk Curtin, Edna T. EOP/OMB [(b) (6)                    ]
**Sent:**      9/5/2019 5:40:14 PM
**To:**        Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)                ]
**CC:**        Glazer, Josh S. EOP/OMB (b) (6)                    ]; Broomell, Katie W. EOP/OMB
               (b) (6)                ]; Robinson, Wandlyn D. EOP/OMB (b) (6)                    ;
               Duffey, Michael P. EOP/OMB [(b) (6)                ]; Scher, Adam (b) (6)                ]; Sandy,
               Mark S. EOP/OMB (b) (6)                ]
**Subject:**   Updated 97-0100 O&M, Defense-wide apportionment

Bill,

Our leadership requested another update to the USAI footnote.  The apportionment with the updated footnote was just
transferred to DOD via the MAX system.

Please let me know if you received it or would like me to send you a copy via email.

Thanks,
Edna
(b) (6)

Message
_____

**From:**      Falk Curtin, Edna T. EOP/OMB [(b) (6)                    ]
**Sent:**      9/7/2019 12:24:53 AM
**To:**        Relyea, William J SES OSD OUSD C (USA) [/O=EASF/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)              ]
**Subject:**   USAI another footnote extension


Hi Bill,

I just an email to extend the USAI footnote to make funds available on 9/11.

I'll go into MAX soon.  I'll let you know when Mike signs the apportionment.

E.

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN **(b) (6)** |
| **Sent:** | 9/12/2019 11:27:16 AM |
| **To:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Chewning, Eric SES SDdd4]; Norquist, David HON SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Norquist, David HON SD81d] |
| **CC:** | Hoffman, Jonathan R SES OSD OSD (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn= **(b) (6)** ] |
| **Subject:** | Re: USAI |
| **Attachments:** | smime.p7s |

Copy. Moving. We already have questions from the hill about whether we will be able to execute. Preparing response and will work with all leg affairs teams.

EM

---

**From:** "Chewning, Eric SES SD" **(b) (6)** >
**Date:** Thursday, September 12, 2019 at 7:13:52 AM
**To:** "McCusker, Elaine A HON OSD OUSD C (USA)" < **(b) (6)** >, "Norquist, David HON SD" **(b) (6)** >
**Cc:** "Hoffman, Jonathan R SES OSD OSD (USA)" **(b) (6)** >
**Subject:** RE: USAI

**(b) (5)**

---

**From:** McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** >
**Sent:** Wednesday, September 11, 2019 9:51 PM
**To:** Norquist, David HON SD **(b) (6)** >
**Cc:** Chewning, Eric SES SD **(b) (6)** >
**Subject:** USAI

FYI, you may know this, but getting word from OMB that funds will be released for obligation starting tomorrow. No additional intel yet. Will advise.

EM

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=■■(b) (6)■■] |
| **Sent:** | 9/6/2019 12:45:18 PM |
| **To:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/■(b) (6)■■]; Ney, Paul C Jr HON OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=p■(b) (6)■]; Verga, Peter SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=■(b) (6)■] |
| **CC:** | Rood, John C HON OSD OUSD POLICY (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=■(b) (6)■]; McAndrew, Anne J SES OSD OUSD C (US) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=■(b) (6)■]; Dilworth, Monique L SES OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=■(b) (6)■]; ■(b) (6)■ Col USMC OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=■(b) (6)■; ■(b) (6)■ Col USAF OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=■(b) (6)■]; Castle, Edwin S SES OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=■(b) (6)■]; Castle, William S SES OSD OGC (US) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=■(b) (6)■] |
| **Subject:** | RE: USAI latest apportionment footnote |
| **Attachments:** | smime.p7s |

You would be correct.

EM

-----Original Message-----
From: Chewning, Eric SES SD ■(b) (6)■ >
Sent: Friday, September 6, 2019 8:44 AM
To: McCusker, Elaine A HON OSD OUSD C (USA) ■(b) (6)■ ]>; Ney, Paul C Jr HON OSD OGC (USA) ■(b) (6)■ >; Verga, Peter SES SD ■(b) (6)■ >
Cc: Rood, John C HON OSD OUSD POLICY (USA) ■(b) (6)■ >; McAndrew, Anne J SES OSD OUSD C (US) ■(b) (6)■ >; Dilworth, Monique L SES OSD OUSD C (USA) ■(b) (6)■ ■(b) (6)■ Col USMC OSD OUSD C (USA) ■(b) (6)■ ■(b) (6)■ Col USAF OSD OUSD C (USA) ■(b) (6)■ >; Castle, Edwin S SES OSD OGC (USA) ■(b) (6)■ >;
Castle, William S SES OSD OGC (US) ■(b) (6)■ >
Subject: RE: USAI latest apportionment footnote

Thanks Elaine. I assume if they switch tact, we've done all of the planning
necessary to immediately move out.

-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA)
■(b) (6)■ >
Sent: Friday, September 6, 2019 7:47 AM
To: Chewning, Eric SES SD ■(b) (6)■ ; Ney, Paul C Jr HON OSD OGC (USA) ■(b) (6)■ >; Verga, Peter SES SD ■(b) (6)■ >
Cc: Rood, John C HON OSD OUSD POLICY (USA) ■(b) (6)■ >;
McAndrew, Anne J SES OSD OUSD C (US) ■(b) (6)■ >;
Dilworth, Monique L SES OSD OUSD C (USA) ■(b) (6)■ ■(b) (6)■ Col USMC OSD OUSD C (USA) ■(b) (6)■ ;
■(b) (6)■ Col USAF OSD OUSD C (USA)
■(b) (6)■ >; Castle, Edwin S SES OSD OGC (USA)
■(b) (6)■ ; Castle, William S SES OSD OGC (US)
■(b) (6)■ >
Subject: USAI latest apportionment footnote

FYSA - Latest OMB guidance continues through tonight.

EM

"Amounts apportioned, but not yet obligated as of the date of this
reapportionment, for the Ukraine Security Assistance Initiative (Initiative)
are not available for obligation until September 7, 2019, to allow for an
interagency process to determine the best use of such funds.  DOD may
continue its planning and casework for the Initiative during this period."

Message (Digitally Signed)

**From:**   McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=FIRST ADMINISTRATIVE
          GROUP/CN=RECIPIENTS/CN=(b) (6)

**Sent:**   9/5/2019 12:29:15 PM

**To:**    Ney, Paul C Jr HON OSD OGC (USA) [/O=SD/OU=First Administrative
          Group/cn=Recipients/cn=(b) (6)          ; Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE
          GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/(b) (6)          ]; Verga, Peter SES SD
          [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/(b) (6)          ]

**CC:**    Hood, Robert R HON OSD OASD LA (US) [/O=SD/OU=First Administrative
          Group/cn=Recipients/cn=(b) (6)          ; Castle, Edwin S SES OSD OGC (USA) [/O=SD/OU=First
          Administrative Group/cn=Recipients/cn=(b) (6)          ; Castle, William S SES OSD OGC (US)
          [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)          ; McAndrew, Anne J SES
          OSD OUSD C (US) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)          ;
          Dilworth, Monique L SES OSD OUSD C (USA) [/O=SD/OU=First Administrative
          Group/cn=Recipients/cn=(b) (6)          ;(b) (6)          ] Col USMC OSD OUSD C (USA)
          [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)          ;(b) (6)          Col
          USAF OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)          ];
          Rood, John C HON OSD OUSD POLICY (USA) [/O=SD/OU=First Administrative
          Group/cn=Recipients/cn=(b) (6)          ; Hooper, Charles W LTG USARMY DSCA FO (USA)
          [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)          ]

**Subject:**  Ukraine

**Attachments:**  Copy of USAI Award Matrix_31 August_2019_working copy.xlsx; smime.p7s


Good morning.

OMB intends to send us another footnote today with direction to continuing holding until Friday.

Normally would not send you this level of detail, but given the situation, providing the below assessment
for background on the increasing risk of execution. Thanks to the DSCA team for continued excellent
responsiveness on this.

Wr,
EM

(b) (5)

(b) (5)



(b) (5)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHEWNING, (b) (6)              ] |
| **Sent:** | 8/29/2019 11:53:06 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)              ]; Castle, Edwin S SES OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)              ]; Ney, Paul C Jr HON OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cr(b) (6)              ] |
| **CC:** | Verga, Peter SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/(b) (6)              ]; McAndrew, Anne J SES OSD OUSD C (US) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)              ]; Lyons, David Brig Gen SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6)              ] |
| **Subject:** | RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia |
| **Attachments:** | smime.p7s |

(b) (5)

---

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)              >
**Sent:** Thursday, August 29, 2019 5:21 PM
**To:** Castle, Edwin S SES OSD OGC (USA) (b) (6)              ; Ney, Paul C Jr HON OSD OGC (USA) (b) (6)              >
**Cc:** Verga, Peter SES SD (b) (6)              >; Chewning, Eric SES SD (b) (6)              >; McAndrew, Anne J SES OSD OUSD C (US) <(b) (6)              >; Lyons, David Brig Gen SD <(b) (6)              >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Scott

(b) (5)

EM

**From:** Castle, Edwin S SES OSD OGC (USA) (b) (6)              >
**Sent:** Thursday, August 29, 2019 4:49 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6)              >; Ney, Paul C Jr HON OSD OGC (USA) (b) (6)              >
**Cc:** Verga, Peter SES SD (b) (6)              >; Chewning, Eric SES SD <(b) (6)              >; McAndrew, Anne J SES

OSD OUSD C (US) <(b) (6)               >; Lyons, David Brig Gen SD (b) (6)         >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

(b) (5)

OMB continues to emphasize that DoD is free to continue taking all preparatory planning and funding steps short of actually incurring recordable legal obligations of USAI funding.

v/r, Scott

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Thursday, August 29, 2019 12:27 PM
**To:** Ney, Paul C Jr HON OSD OGC (USA) (b) (6)
**Cc:** Verga, Peter SES SD <(b) (6)      ; Castle, Edwin S SES OSD OGC (USA) (b) (6)       >;
Chewning, Eric SES SD <(b) (6)      >; McAndrew, Anne J SES OSD OUSD C (US)
(b) (6)        ; Lyons, David Brig Gen SD <(b) (6)
**Subject:** FW: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Paul,

Have you seen these? (b) (5)

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)     >
**Sent:** Thursday, August 29, 2019 10:52 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6)     >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Elaine – here are our talking points (b) (5)

(b) (5)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHEWNING, ERIC SES SDDD4] |
| **Sent:** | 8/29/2019 11:35:03 PM |
| **To:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)        ]; Ney, Paul C Jr HON OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn(b) (6)    ] |
| **CC:** | Verga, Peter SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/(b) (6)        ]; Castle, Edwin S SES OSD OGC (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn=(b) (6)        ]; McAndrew, Anne J SES OSD OUSD C (US) [/O=SD/OU=First Administrative Group/cn=Recipients/cn(b) (6)    l]; Lyons, David Brig Gen SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=(b) (6) |
| **Subject:** | RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia |
| **Attachments:** | smime.p7s |

Thanks Josh

**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Thursday, August 29, 2019 12:27 PM
**To:** Ney, Paul C Jr HON OSD OGC (USA) (b) (6)
**Cc:** Verga, Peter SES SD (b) (6)        >; Castle, Edwin S SES OSD OGC (USA) (b) (6)        ;
Chewning, Eric SES SD (b) (6)        >; McAndrew, Anne J SES OSD OUSD C (US)
(b) (6)        >; Lyons, David Brig Gen SD (b) (6)        >
**Subject:** FW: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Paul,

Have you seen these? (b) (5)

EM

**From:** Duffey, Michael P. EOP/OMB (b) (6)        >
**Sent:** Thursday, August 29, 2019 10:52 AM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) <(b) (6)        >
**Subject:** RE: From POLITICO - Trump slow-walks Ukraine military aid meant to contain Russia

Elaine – here are our talking points. (b) (5)

(b) (5)

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN **(b) (6)** |
| **Sent:** | 8/27/2019 12:02:31 AM |
| **To:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/( **(b) (6)** ] |
| **CC:** | Norquist, David HON SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/( **(b) (6)** Rood, John C HON OSD OUSD POLICY (USA) [/O=SD/OU=First Administrative Group/cn=Recipients/cn **(b) (6)** |
| **Subject:** | RE: [Non-DoD Source] Ukraine (USAI funding) |
| **Attachments:** | smime.p7s |



(b) (5)

Wr,
EM

**From:** Chewning, Eric SES SD **(b) (6)** >
**Sent:** Monday, August 26, 2019 7:50 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) **(b) (6)** >
**Cc:** Norquist, David HON SD **(b) (6)** ; Rood, John C HON OSD OUSD POLICY (USA)
**(b) (6)** >
**Subject:** FW: [Non-DoD Source] Ukraine (USAI funding)

FYI.

**From:** Chewning, Eric D SES OSD OUSD ATL (USA) **(b) (6)** >
**Sent:** Monday, August 26, 2019 5:01 PM
**To:** Chewning, Eric SES SD **(b) (6)**
**Subject:** FW: [Non-DoD Source] Ukraine (USAI funding)


**From:** Hanna, Tania
**Sent:** Monday, August 26, 2019 5:00:12 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Chewning, Eric D SES OSD OUSD ATL (USA)
**Subject:** [Non-DoD Source] Ukraine (USAI funding)

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.


Hi Eric,

I would greatly appreciate your insight on this issue.  L3Harris Technologies has been informed that there is a "hold" on FMS cases that are funded through Ukraine Security Assistance Initiative (USAI).  USAI funding is 2019 defense-wide O&M funding that has gone through the congressional notification process and will expire on September 30.

We have been working with DSCA on executing three USAI cases through the FMS process. The FMS orders support the provision of critical communications capability to the Ukrainian military. The U.S. has supported providing the Ukrainians with this type of "non-lethal" support in the past.

CECOM notified us that the cases are on hold pending an OMB approval to continue with contracting actions. We've engaged with OMB to understand the issue but have been told there are larger policy issues involved here.

The impact of holding this case and allowing the funding to expire is extremely serious for us as the communications devices have been built and are ready to ship.

I'd greatly appreciate any guidance that you may be able to provide. Is this a temporary hold or one that has been solidified? Could we work with DoD to ship these capabilities to other partners/allies if U.S. policy has changed on providing USAI funding to the Ukrainians? Any information would be appreciated as we try to map out next steps for the business.

Many thanks for your time and consideration.
Tania

**Tania Hanna**
**Vice President**
**GOVERNMENT RELATIONS / L3HARRIS TECHNOLOGIES**
Office: (b) (6) / Mobile: (b) (6)
L3harris.com < Caution-mailto:harris.com > (b) (6) < Caution-mailto
600 Maryland Avenue SW, Suite 850E / Washington, DC 20024 / USA

**L3HARRIS™**

CONFIDENTIALITY NOTICE: This email and any attachments are for the sole use of the intended recipient and may contain material that is proprietary, confidential, privileged or otherwise legally protected or restricted under applicable government laws. Any review, disclosure, distributing or other use without expressed permission of the sender is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies without reading, printing, or saving.

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) [/O=SD/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN= (b) (6) |
| **Sent:** | 8/12/2019 7:25:01 PM |
| **To:** | Verga, Peter SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= (b) (6) ]; Cacci, Ralph SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ (b) (6) ] |
| **Subject:** | FW: Ukraine |
| **Attachments:** | smime.p7s |

```
Please do not forward - but FYSA below note I just sent to keep Policy and GC in the loop.

EM


-----Original Message-----
From: McCusker, Elaine A HON OSD OUSD C (USA)
Sent: Monday, August 12, 2019 3:23 PM
To: Rood, John C HON OSD OUSD POLICY (USA) (b) (6)          ; Ney, Paul C Jr HON OSD OGC (USA)
(b) (6)
Cc: Castle, William S SES OSD OGC (US) (b) (6)          >; Dilworth, Monique L SES OSD
OUSD C (USA) (b) (6)       >
Subject: Ukraine

John, Paul

Quick update. (b) (5)
```

(b) (5)

```
Thanks.

Wr,
EM
```

Message (Digitally Signed)

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (US) [/O=SD/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN **(b) (6)** ] |
| **Sent:** | 6/24/2019 10:25:33 PM |
| **To:** | Chewning, Eric SES SD [/O=SD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/C **(b) (6)** ] |
| **Subject:** | RE: POTUS follow up |
| **Attachments:** | smime.p7s |

I expect the $125M we notified in March may be, but the $125M notified in May probably isn't all obligated. Checking exact status now and will get back to you.

EM

---

**From:** Chewning, Eric SES SD < **(b) (6)** >
**Sent:** Monday, June 24, 2019 5:56 PM
**To:** McCusker, Elaine A HON OSD OUSD C (US) < **(b) (6)** >
**Subject:** FW: POTUS follow up

I assume it has been obligated, is that right?

---

**From:** Blair, Robert < **(b) (6)** >
**Sent:** Monday, June 24, 2019 5:55 PM
**To:** Chewning, Eric SES SD **(b) (6)**
**Subject:** Re: POTUS follow up

Thanks. **(b) (5)** ?

Sent from my iPhone

On Jun 24, 2019, at 5:53 PM, Chewning, Eric SES SD **(b) (6)** > wrote:

Rob, here is what I had off the shelf

**From:** McCusker, Elaine A HON OSD OUSD C (US) **(b) (6)** >
**Sent:** Monday, June 24, 2019 4:28 PM
**To:** Chewning, Eric SES SD **(b) (6)** >; Rood, John C HON OSD OUSD POLICY (USA) **(b) (6)**
**Cc:** **(b) (6)** COL SD **(b) (6)** >; **(b) (6)** CAPT SD **(b) (6)** ; Verga, Peter SES SD **(b) (6)** ; **(b) (6)** LtCol USMC OSD OUSD C (USA) **(b) (6)** McAndrew, Anne J SES OSD OUSD C (US) **(b) (6)** >
**Subject:** RE: POTUS follow up

Eric

Attached paper we provided to OMB on Friday regarding similar question. It does not have info on U.S. firms or other NATO support to Ukraine, but answers the other basics as a start.

<<...>>

Vr

EM

---

**From:** Chewning, Eric SES SD <(b) (6)
**Sent:** Monday, June 24, 2019 3:47 PM
**To:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6)                          >; McCusker, Elaine A HON OSD OUSD C (US) (b) (6)
**Cc:**(              COL SD (b) (6)              (b) (6)        CAPT SD (b) (6)                  >; Verga, Peter SES SD (b) (6)
**Subject:** POTUS follow up

John and Elaine,

There was a follow up item (b) (5)                    . Can you all provide additional detail on the recent security cooperation funds to Ukraine?

>https://dod.defense.gov/News/News-Releases/News-Release-View/Article/1879340/dod-announces-250m-to-ukraine/<

Specifically,

What was the funding used for? i.e., did it go to U.S. firms?

Who funded it?

What do other NATO members spend to support Ukraine?

Eric D. Chewning

Chief of Staff

Office of the Secretary of Defense

Pentagon, (b)

<USAI One pager_20June2019.docx>

From:       McCusker, Elaine A HON OSD OUSD C (USA)
To:         david.norquis (b) (6)
Cc:         david.lyon (b) (6)      ; Cacci, Ralph A SES (USA); (b) (6)      ; Col USMC OSD OUSD C (USA); (b) (6)
            (b) (6)    Lt Col USAF OSD OUSD C (USA)
Subject:    (C//NF) Comptroller 5-15 for W/E 8-16-19
Date:       Thursday, August 15, 2019 5:26:00 PM

CLASSIFICATION: ~~CONFIDENTIAL//NOFORN~~

## EXECUTIVE SUMMARY:

(b) (5)            Educated OMB on Ukraine Security Assistance Initiative (USAI)
funding execution process. (b) (5)

## KEY ACCOMPLISHMENTS:

1) (b) (5)

2) Provided OMB with the actions necessary to execute remaining USAI funding.
The Congress (HAC) added $50M to our $200M request for FY 2019, and through
August 15th, $36M has been obligated. (b) (5)

3) (b) (5)

4) (b) (5)



(b) (5)

5) (b) (5)

6) (b) (5)

7) (b) (5)

8) (b) (5)

WATCH AREAS:
- Ukraine, (b) (5)

HELP NEEDED:
- ...

## UPCOMING EVENTS/MILESTONES

(b) (5)

CLASSIFICATION: ~~CONFIDENTIAL//NOFORN~~

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) |
| **To:** | david.norquis (b) (6) |
| **Cc:** | david.lyons (b) (6) ; Cacci, Ralph A SES (USA) (b) (6)         Col SD; (b) (6)         Col USMC OSD OUSD C (USAF) (b) (6)       Lt Col USAF OSD OUSD C (USA) |
| **Subject:** | (C) Comptroller 5-15 Submission W/E 8/23/19 |
| **Date:** | Thursday, August 22, 2019 10:53:00 AM |

CLASSIFICATION: ~~CONFIDENTIAL~~

# EXECUTIVE SUMMARY:

(b) (5)

Addressing Ukraine Security Assistance Initiative (USAI) issues with GC and OMB. (b) (5)

# KEY ACCOMPLISHMENTS:

1) (b) (5)

2) (b) (5)

3) Working through the complications of obligation restrictions placed on the USAI by OMB via their SF132 apportionment documents. The most recent apportionment does not permit further obligations for USAI until August 26th. The HAC, who recently visited Ukraine and added $50M to our $200M FY 2019 request, is inquiring about the stall in obligations. We will coordinate

with OGC and OMB on any Q&As that are transmitted to the Congress.

4) (b) (5)

5) (b) (5)

6) (b) (5)

7) (b) (5)

8) (b) (5)

WATCH AREAS:
- Ukraine, (b) (5)

HELP NEEDED:
- ...

UPCOMING EVENTS/MILESTONES
- (b) (5)

CLASSIFICATION: ~~CONFIDENTIAL~~ →

**From:** McCusker, Elaine A HON OSD OUSD C (USA)
**To:** david.norquist (b) (6)
**Cc:** Lyons, David B Brig Gen USAF (USA); (b) (6)      Col SD; (b) (6)      Col USMC OSD OUSD C
(USA); (b) (6)      Col USAF OSD OUSD C (USA); Verga, Peter SES SD
**Subject:** (S//NF) Comptroller 5-15 Submission W/E 9-6-19
**Date:** Thursday, September 5, 2019 11:54:00 AM

CLASSIFICATION: SECRET//NOFORN

EXECUTIVE SUMMARY:

(b) (5)

KEY ACCOMPLISHMENTS:

1) (b) (5)

2) (b) (5)

3) (b) (5)

4) (b) (5)

5) (b) (5)



6) (b) (5)

7) Proceeding with all Ukraine Security Assistance Initiative (USAI) execution related actions that can be completed just short of obligating funds in order to comply with the latest OMB apportionment footnote.

8) (b) (5)

9) (b) (5)

WATCH AREAS:
(b) (5)

HELP NEEDED:
(b) (5)

UPCOMING EVENTS/MILESTONES
(b) (5)

CLASSIFICATION: SECRET//NOFORN

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) |
| **To:** | david.norquis **(b) (6)** |
| **Cc:** | Lyons, David B Brig Gen USAF (USA); Verga, Peter SES SD **(b) (6)** Col USAF OSD OUSD C (USA); **(b) (6)** Col USMC OSD OUSD C (USA) |
| **Subject:** | (C) Comptroller 5-15 Submission for W/E 9-13-19 |
| **Date:** | Thursday, September 12, 2019 2:17:00 PM |

CLASSIFICATION: ~~CONFIDENTIAL~~

## EXECUTIVE SUMMARY:

**(b) (5)** [REDACTED] Worked additional execution contingency plans for the Ukraine Security Assistance Initiative (USAI) – funds released this morning. **(b) (5)** [REDACTED]

## KEY ACCOMPLISHMENTS:

1) **(b) (5)** [REDACTED]

2) Continued to walk the line on all USAI execution related actions that can be completed just short of obligating funds without risk of ADA and started going deeper into each process to squeeze out time. Funds now released and focusing on execution with twice-weekly updates on progress.

3) **(b) (5)** [REDACTED]

4) **(b) (5)** [REDACTED]



(b) (5)

5) (b) (5)

6) (b) (5)

7) (b) (5)

## WATCH AREAS:
- (b) (5)
- USAI (b) (5)
- (b) (5)

## HELP NEEDED:

## UPCOMING EVENTS/MILESTONES
- (b) (5)

CLASSIFICATION: CONFIDENTIAL

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) |
| **To:** | david.norquis (b) (6) |
| **Cc:** | Lyons, David B Brig Gen USAF (USA); (b) (6)    Col SD; Verga, Peter SES SD; (b) (6)    Col USMC OSD OUSD C (USA); (b) (6)    Col USAF OSD OUSD C (USA) |
| **Subject:** | (C) Comptroller 5-15 Submission for W/E 9-20-19 |
| **Date:** | Thursday, September 19, 2019 6:15:00 PM |

CLASSIFICATION: ~~CONFIDENTIAL~~

# EXECUTIVE SUMMARY:

(b) (5)

# KEY ACCOMPLISHMENTS:

1) (b) (5)

2) (b) (5)

3) (b) (5)

4) (b) (5)

5) 

6) Working fiscal year-end issues including final funds release for approved reprogramming actions and close communication on Ukraine Security Assistance Initiative (USAI) and █████████. DSCA believes they can obligate all but $30M of the $250M in available USAI funding. I provided you with the CR language on this topic earlier today. DSCA has obligated $60M USAI as of September 18 and ███████████████. Both will continue to report obligations twice a week until the end of the fiscal year.



7) ████████████

8) ████████████

9) ████████████

WATCH AREAS:
- ████
- USAI ████
- ████

HELP NEEDED:

## UPCOMING EVENTS/MILESTONES

(b) (5)

CLASSIFICATION: CONFIDENTIAL

| | |
|---|---|
| **From:** | McCusker, Elaine A HON OSD OUSD C (USA) |
| **To:** | david.norquis[(b) (6)] |
| **Cc:** | Lyons, David B Brig Gen USAF (USA); Verga, Peter SES SD; [(b) (6)] [(b) (6)] Col SD; [(b) (6)] Col USMC OSD OUSD C (USA); [(b) (6)] Col USAF OSD OUSD C (USA) |
| **Subject:** | (C) Comptroller 5-15 Submission for W/E 9-27-19 |
| **Date:** | Thursday, September 26, 2019 4:12:00 PM |
| **Attachments:** | Truth In Negotiation (TIN) Audits Media Queries Document.pdf |

CLASSIFICATION: ~~CONFIDENTIAL~~

## EXECUTIVE SUMMARY:

(b) (5)

Tracking year end obligation status of USAI (b) (5)

(b) (5)

## KEY ACCOMPLISHMENTS:

1) (b) (5)

2) Tracking year end obligation status of high interest programs for obligations including the Ukraine Security Assistance Initiative (USAI) program which has obligated $92.2M of the $250M available. DSCA expects to lapse $30M of the USAI dollars, which should be extended under the CR. (b) (5)

Will provide the historical USAI obligation summary we discussed this morning.

3) (b) (5)



**(b) (5)**

10) **(b) (5)**

WATCH AREAS:
- **(b) (5)**
- USAI **(b) (5)**
- **(b) (5)**

HELP NEEDED:
-

UPCOMING EVENTS/MILESTONES
- **(b) (5)**

CLASSIFICATION: CONFIDENTIAL

| From: | McCusker, Elaine A HON OSD OUSD C (US) |
| To: | MSandy (b) (6) |
| Cc: | McAndrew, Anne J SES OSD OUSD C (US) |
| Subject: | (S//NF) USAI STATUS |
| Date: | Tuesday, July 30, 2019 2:15:00 PM |

CLASSIFICATION: ~~SECRET//NOFORN~~

Mark

DSCA is currently at 10.7% obligation rate for Ukraine Security Assistance Initiative (USAI) FY19 funds.

Here is the info from DSCA regarding the timeline for obligation of funds:



(b) (5)

EM

CLASSIFICATION: ~~SECRET//NOFORN~~

**From:** Dilworth, Monique L SES OSD OUSD C (USA)
**To:** McCusker, Elaine A HON OSD OUSD C (USA)
**Cc:** OSD Pentagon OUSD C List Front Office Staff
**Subject:** FW: (S//NF) RAH for (b) (5) ███████ (Final docs on USAI)
**Date:** Friday, August 16, 2019 8:13:28 AM
**Attachments:** 20190815  SD RAH on USAI  USDP cleared.docx
TAB A 20190815 SD Notecard (b) (5) ██████ n Ukraine Security Assistance  USDP cleared.docx

CLASSIFICATION: ~~SECRET//NOFORN~~ .

This is what went forward to the SD yesterday.

CLASSIFICATION: ~~SECRET//NOFORN~~

-----Original Message-----
From: Sendak, Catherine E SES (USA) -(b) (6) ████████████████>
Sent: Friday, August 16, 2019 8:04 AM
To: Dilworth, Monique L SES OSD OUSD C (USA)
<(b) (6)███████>; Fisher, Vincent L SES OSD OUSD C
(USA) <(b) (6)████████>; (b) (6)████████ CIV OSD
OUSD C (USA) <(b) (6)██████ >
Cc: (b) (6)█████      CIV OSD OUSD POLICY (USA)
<(b) (6)███████>; (b) (6) MAJ USARMY OSD OUSD POLICY
(US) <(b) (6)████████>; (b) (6)██████ C CIV OSD OUSD POLICY
(USA)(b) (6)████████>; Cooper, Laura K SES OSD OUSD POLICY
(US) <(b) (6)██████>; (b) (6)████ Col USMC OSD
OUSD C (USA)(b) (6)████>; (b) (6)████ Lt Col
USAF OSD OUSD C (USA) <(b) (6)████ >; (b) (6)████ Relyea,
William J SES OSD OUSD C (USA)(b) (6)████>
Subject: RE: (S//NF) RAH for (b) (5)████████

CLASSIFICATION: ~~SECRET//NOFORN~~

Of course Monique, please see attached.

Best,

Katie

Catherine Sendak
Principal Director
Russia, Ukraine, and Eurasia


CLASSIFICATION: ~~SECRET//NOFORN~~


-----Original Message-----
From: Dilworth, Monique L SES OSD OUSD C (USA)
(b) (6)████████>
Sent: Thursday, August 15, 2019 6:56 PM
To: Sendak, Catherine E SES (USA)(b) (6)████████>;
Fisher, Vincent L SES OSD OUSD C (USA)
<(b) (6)██████>;(b) (6)████████ CIV OSD OUSD C
(USA) <(b) (6)█████>█████ >

Cc: ████ (b) (6) ████ CIV OSD OUSD POLICY (USA)
<(b) (6) ████ >; (b) (6) ████ MAJ USARMY OSD OUSD POLICY
(US) <(b) (6) ████ >; (b) (6) ████ CIV OSD OUSD POLICY
(USA) <(b) (6) ████ >; Cooper, Laura K SES OSD OUSD POLICY
(US) <(b) (6) ████ >; (b) (6) ████ Col USMC OSD
OUSD C (USA) <(b) (6) ████ >; (b) (6) ████ Lt Col
USAF OSD OUSD C (USA) <(b) (6) ████ >; Relyea,
William J SES OSD OUSD C (USA) <(b) (6) ████ >
Subject: RE: (S//NF) RAH for (b) (5) ████

CLASSIFICATION: SECRET//NOFORN

Please forward what went to the SD's office for Ms. McCusker's situational
awareness. Thanks.

CLASSIFICATION: ~~SECRET//NOFORN~~

-----Original Message-----
From: Sendak, Catherine E SES (USA) <(b) (6) ████ >
Sent: Thursday, August 15, 2019 6:39 PM
To: Dilworth, Monique L SES OSD OUSD C (USA)
(b) (6) ████ >; Fisher, Vincent L SES OSD OUSD C
(USA) (b) (6) ████ >; (b) (6) ████ CIV OSD
OUSD C (USA) (b) (6) ████
Cc: (b) (6) ████ CIV OSD OUSD POLICY (USA)
<(b) (6) ████ >; (b) (6) ████ USARMY OSD OUSD POLICY
(US) (b) (6) ████ >; (b) (6) ████ CIV OSD OUSD POLICY
(USA) (b) (6) ████ >; Cooper, Laura K SES OSD OUSD POLICY
(US) <(b) (6) ████ >; (b) (6) ████ Col USMC OSD
OUSD C (USA) (b) (6) ████ >; (b) (6) ████ Lt Col
USAF OSD OUSD C (USA) <(b) (6) ████ >; Relyea,
William J SES OSD OUSD C (USA) (b) (6) ████ |>
Subject: RE: (S//NF) RAH for (b) (5) ████

CLASSIFICATION: ~~SECRET//NOFORN~~

Monique,

We wanted to keep your team posted. Unfortunately, we just received word
from USDP FO we missed the window of opportunity for the additional edits
you requested.

Best,

Katie

Catherine Sendak
Principal Director
Russia, Ukraine, and Eurasia

CLASSIFICATION: SECRET//NOFORN

-----Original Message-----
From: Sendak, Catherine E SES (USA)
Sent: Thursday, August 15, 2019 5:48 PM
To: Dilworth, Monique L SES OSD OUSD C (USA)
<(b) (6)                          >; Fisher, Vincent L SES OSD OUSD C
(USA) <(b) (6)                          >; (b) (6)          CIV OSD
OUSD C (USA) <(b) (6)                          >
Cc: (b) (6)                 CIV OSD OUSD POLICY (USA)
<(b) (6)                          >; (b) (6)   MAJ USARMY OSD OUSD POLICY
(US) <(b) (6)                          >; (b) (6)   CIV OSD OUSD POLICY
(USA) (b) (6)                          >; Cooper, Laura K SES OSD OUSD POLICY
(US) (b) (6)                          >; (b) (6)   Col USMC OSD
OUSD C (USA) <(b) (6)                          >; (b) (6)            Lt Col
USAF OSD OUSD C (USA) <(b) (6)                          >; Relyea,
William J SES OSD OUSD C (USA) (b) (6)                          >
Subject: RE: (S//NF) RAH for (b) (5)

CLASSIFICATION: SECRET//NOFORN

Thank you Monique.

We are sending these over to USDP FO for consideration right now but we are
not sure of the deadline schedule with USDP FO and SD FO.

As we learn more, we will keep you all posted.

Again, thank you.

Best,

Katie


Catherine Sendak
Principal Director
Russia, Ukraine, and Eurasia


CLASSIFICATION: SECRET//NOFORN


-----Original Message-----
From: Dilworth, Monique L SES OSD OUSD C (USA)
<(b) (6)                          >
Sent: Thursday, August 15, 2019 5:38 PM
To: Sendak, Catherine E SES (USA) (b) (6)                          >;
Fisher, Vincent L SES OSD OUSD C (USA)
<(b) (6)                          >; Buteau-Pierre, Barbara CIV OSD OUSD C
(USA) <(b) (6)                          >
Cc: (b) (6)        CIV OSD OUSD POLICY (USA)
<(b) (6)                          >; (b) (6)   MAJ USARMY OSD OUSD POLICY
(US) <(b) (6)                          >; (b) (6)   CIV OSD OUSD POLICY
(USA) (b) (6)                          >; Cooper, Laura K SES OSD OUSD POLICY
(US) <(b) (6)                          >; (b) (6)   Col USMC OSD
OUSD C (USA) (b) (6)                          >; (b) (6)            Lt Col
USAF OSD OUSD C (USA) (b) (6)                          >; Relyea,
William J SES OSD OUSD C (USA) <(b) (6)                          >

Subject: RE: (S//NF) RAH for ████ (b) (5) ████

CLASSIFICATION: ~~SECRET//NOFORN~~

Katie: Based on the discussion over phone, we updated the attached to strike out all references to ████ (b) (5) ████ And please strike the sentence about ████ (b) ████ Call me if you need clarification on anything. I'll be here for a while.

Monique Dilworth
████ (b) (6) ████

CLASSIFICATION: ~~SECRET//NOFORN~~

-----Original Message-----
From: Sendak, Catherine E SES (USA) <████ (b) (6) ████>
Sent: Thursday, August 15, 2019 4:56 PM
To: Dilworth, Monique L SES OSD OUSD C (USA) <████ (b) (6) ████>; Fisher, Vincent L SES OSD OUSD C (USA) ████ (b) (6) ████; ████ (b) (6) ████ CIV OSD OUSD C (USA) <████ (b) (6) ████>
Cc: ████ (b) (6) ████ CIV OSD OUSD POLICY (USA) ████ (b) (6) ████ (US) <████ (b) (6) ████>; ████ (b) (6) ████ MAJ USARMY OSD OUSD POLICY (USA) <████ (b) (6) ████>; ████ (b) (6) ████ CIV OSD OUSD POLICY (US) <████ (b) (6) ████>; Cooper, Laura K SES OSD OUSD POLICY
Subject: (S//NF) RAH for ████ (b) (5) ████
Importance: High

CLASSIFICATION: ~~SECRET//NOFORN~~

Monique,

Following up on the conference call at 4pm RE Comptroller edits to SD RAH for ████ (b) (5) ████

Here are the edits that were sent our way from your team - please let me know if something was missed. As we have been informing your team, the timeline on this remains very tight and our understanding is USDP is reviewing now.

Thank you.

Best,

Katie


Catherine Sendak
Principal Director
Russia, Ukraine, and Eurasia


CLASSIFICATION: ~~SECRET//NOFORN~~

SECRET//NOFORN

DepSec Action: _____

Prepared by: (b) (6)

**READ-AHEAD FOR THE SECRETARY OF DEFENSE**

Meeting with (b) (5)

**From:** John C. Rood, Under Secretary of Defense for Policy

(b) (5), (b)(1) 1.4(d)

SECRET//NOFORN

SECRET//NOFORN



(b) (5), (b)(1) 1.4(d)

**Attachments:**

TAB A: Talking Points

SECRET//NOFORN

SECRET//NOFORN

(b) (5) Ukraine Security Assistance
19 August 2019

## Discussion Items



(b) (5), (b)(1) 1.4(d)

SECRET//NOFORN

Page **1** of **2**

SECRET//NOFORN

Prepared by (b) (6)
As of 15 AUG 2019, 1200

SECRET//NOFORN

Page 2 of 2

From:     (b) (6) COL SD
To:     Rood, John C HON OSD OUSD POLICY (USA)
Cc:     Chewning, Eric SES SD; Smith, George W Jr LtGen USMC OSD OSD (USA); (b) (6) CAPT SD; Wheelbarger, Kathryn L SES OSD OUSD POLICY (USA); Trulio, David V SES OSD OUSD POLICY (USA); Verga, Peter SES SD; OSD Pentagon OUSD Policy List USDP MAs and SAs; SD - SecDef Action Group; (b) (6) LtCol USMC MARCENT (USA); Cooper, Laura K SES OSD OUSD POLICY (US); McCusker, Elaine A HON OSD OUSD C (US)
Subject:     RE: (S//NF) Ukraine Deputies Small Group Readout, July 26, 2019
Date:     Monday, July 29, 2019 6:32:07 PM

Sir,

Secretary Esper reviewed the Ukraine DC readout and has no further questions.

V/r
COL (b)


COL (b) (6) USA

Principal Military Assistant to the Secretary of Defense

(b) (6)


COMM: (b) (6)

CMS: (b) (6)

Red Switch: (b) (6)


**From:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6)
**Sent:** Friday, July 26, 2019 7:47 PM
**To:** mark.espe (b) (6)
**Cc:** Chewning, Eric SES SD < (b) (6) >; Smith, George W Jr LtGen SD < (b) (6) >; (b) (6) CAPT SD (b) (6) >; Wheelbarger, Kathryn L SES OSD OUSD POLICY (USA) (b) (6) >; Trulio, David V SES OSD OUSD POLICY (USA) (b) (6) Verga, Peter SES SD (b) (6) COL SD < (b) (6) >; OSD Pentagon OUSD Policy List USDP MAs and SAs (b) (6) >; SD - SecDef Action Group < (b) (6) (b) (6) LtCol SD (b) (6) >; Cooper, Laura K SES OSD OUSD POLICY (US) (b) (6) COL SD < (b) (6) >; McCusker, Elaine A HON OSD OUSD C (US) < (b) (6)
**Subject:** [S//NF] Ukraine Deputies Small Group Readout, July 26, 2019

CLASSIFICATION: ~~SECRET//NOFORN~~

Mr. Secretary,

(b) (5)

**BLUF** (b) (5), (b)(1) 1.4(d)

**DUE OUTS:**

(b) (5), (b)(1) 1.4(d)

Key points:

(b) (5), (b)(1) 1.4(d)

(b) (5), (b)(1) 1.4(d)

--John--

CLASSIFICATION: SECRET//NOFORN

| | |
|---|---|
| **From:** | Esper, Mark HON SD |
| **To:** | Rood, John C HON OSD OUSD POLICY (USA); Chewning, Eric D SES OSD OUSD ATL (USA); Norquist, David HON SD; Johnson, Justin SES SD |
| **Cc:** | McCusker, Elaine A HON OSD OUSD C (USA); OSD Pentagon OUSD Policy List USDP MAs and SAs |
| **Subject:** | Re: Ukraine Assistance Funding |
| **Date:** | Friday, August 16, 2019 2:24:25 PM |

Got it.   Thanks

MTE

Sent from Mobile Device

**From:** "Rood, John C HON OSD OUSD POLICY (USA)" (b) (6) >
**Date:** Friday, August 16, 2019 at 1:09:32 PM
**To:** "Esper, Mark HON SD" < (b) (6) >, "Chewning, Eric D SES OSD OUSD ATL (USA)" < (b) (6) >, "Norquist, David HON SD" (b) (6) >, "Johnson, Justin SES SD" (b) (6)
**Cc:** "McCusker, Elaine A HON OSD OUSD C (USA)" (b) (6) >, "OSD Pentagon OUSD Policy List USDP MAs and SAs" (b) (6)
**Subject:** RE: Ukraine Assistance Funding

Sec. Esper:


Below is a response from Elaine McCusker in the Comptroller's office to your question about apportionment.  The email below has the key info.  Please let me know if you have any other questions.--John--


**From:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6)
**Sent:** Friday, August 16, 2019 12:48 PM
**To:** Rood, John C HON OSD OUSD POLICY (USA) (b) (6)
**Subject:** RE: Ukraine Assistance Funding


John


We are not currently under apportionment restriction, but (b) (5) , which we did last night. Info attached (power point doc) was also provided to OMB specific to the requirement below.

Attached is the previous apportionment direction we had from OMB, which is how they control funds release to departments and agencies.  (An apportionment is an "OMB-approved plan to use budgetary resources - 31 U.S.C. 1513(b); Executive Order 11541.")

We received two consecutive obligation "pauses" like the one attached. (b) (5) ████████████

Wr,

EM

-----------------------------------------------

**From:** Duffey, Michael P. EOP/OMB <(b) (6) ███████████>
**Sent:** Monday, August 12, 2019 6:54 PM
**To:** McCusker, Elaine A HON OSD OUSD C (USA) (b) (6) ████████████
**Cc:** Ney, Paul C Jr HON OSD OGC (USA) (b) (6) ███████████>; Paoletta, Mark R. EOP/OMB (b) (6) ████████
**Subject:** USAI Funds

Elaine – per our conversation this evening, DoD is authorized to proceed with all processes necessary to obligate the previously discussed $61 million of funds in connection with the Ukraine Security Assistance Initiative.  (b) (5) ████████████ Please provide us by Thursday (Aug 15th) with an estimated time frame for each contract or grant, specifically including the expected date of obligation for each of those contracts/grants.  (b) (5) ████████████

Thank you.

Sincerely,

Mike

_____

Mike Duffey

Associate Director for National Security Programs

Office of Management and Budget

The White House

(b) (6)

_____

**From:** Esper, Mark HON SD (b) (6) >
**Sent:** Friday, August 16, 2019 11:58 AM
**To:** Chewning, Eric D SES OSD OUSD ATL (USA) (b) (6) ; Norquist, David HON SD (b) (6) ; Rood, John C HON OSD OUSD POLICY (USA) (b) (6) ; Johnson, Justin SES SD (b) (6)
**Subject:** Ukraine Assistance Funding

(b) (5)

Please let me know soonest, as well as any other relevant facts.

Thanks

MTE

Mark T. Esper, Ph.D.

Secretary of Defense

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR PUBLIC INTEGRITY    |

       |

     Plaintiff,          |

       |

v.                           |         Civil Action No. 19-3265 (CKK)

       |

U.S. DEPARTMENT OF DEFENSE    |

       |

and                         |

       |

OFFICE OF MANAGEMENT AND BUDGET |

       |

     Defendants.      |

## <u>PROPOSED ORDER</u>

Upon consideration of Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment it is hereby:

ORDERED that Defendants Motion is DENIED;

ORDERED that that Plaintiff's Motion is GRANTED; and

ORDERED that Defendants shall produce to Plaintiff all additional records responsive to Plaintiff's requests, and shall also produce the information previously redacted under assertions of FOIA Exemptions 1, 3, and 5, as well as the two redactions under Exemption 6 that Plaintiff has contested.

Date: _____        _____

                                   Hon. Colleen Kollar-Kotelly
                                   United States District Judge