**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY | |
| Plaintiff, | |
| v. | Civil Action No. 19-3265 (CKK) |
| U.S. DEPARTMENT OF DEFENSE | |
| and | |
| OFFICE OF MANAGEMENT AND BUDGET | |
| Defendants. | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**
**AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# SEE DOCKET NO. 23

Respectfully submitted,

/s/
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff