IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE ) <br> ) <br> and ) <br> ) <br> OFFICE OF MANAGEMENT AND ) <br> BUDGET, ) <br> ) <br> Defendants. ) | Civil Action No. 1:19-cv-03265-CKK |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A SUPPLEMENTAL DECLARATION, IN LIGHT OF THE COVID-19 PANDEMIC**

Defendants hereby move for an extension of 30 days to respond to the Court's Order dated March 19, 2020, requiring Defendants to submit by March 30 a supplemental declaration from OMB to "provide additional details about the specific, identifiable harm that would be caused by disclosure of the specific information withheld." This is Defendants' first request for an extension. The parties have conferred on this matter, and Plaintiff does not oppose Defendants' request for a 30-day extension.

This extension is necessary as a result of the exigent circumstances of responding to the COVID-19 pandemic. As explained in the Declaration of Heather V. Walsh ("Walsh Decl."), attached hereto as Exhibit 1, the development of the federal government's response has particularly strained OMB's limited resources within its Office of General Counsel ("OGC"). OMB's OGC is responsible for handling the agency's responses to all litigation involving the agency, including FOIA lawsuits. Walsh Decl. ¶ 6. Currently, OMB's OGC is working on a

record 42 active FOIA lawsuits against the agency. Walsh Decl. ¶ 6. At the same time, this same office is also the central provider of legal advice within OMB and the Executive Office of the President ("EOP") on a host of legal, policy, and budgetary matters concerning the COVID-19 pandemic. Walsh Decl. ¶ 6. Therefore, OMB's OGC is necessarily playing a leading role on a vast range of aspects of the Federal Government's response to the COVID-19 pandemic. Walsh Decl. ¶ 6. To meet the drastic increase in immediate demands for legal counsel within the agency, the EOP, and across the Federal Government, often under extremely short deadlines, OMB's OGC has dramatically restructured all of its staff assignments in recent days to focus all available resources on the pressing needs of administering the Federal Government's response to the COVID-19 pandemic. Walsh Decl. ¶ 7. For these reasons, OMB requires a 30-day extension that will allow OMB to apply its limited resources to a variety of immediate tasks that are essential to implementing the federal government's response to the COVID-19 pandemic. Walsh Decl. ¶ 9.

Accordingly, Defendants respectfully move the Court to grant this unopposed 30-day extension and reset to April 29, 2020, the deadline for OMB to submit its supplemental declaration.

A proposed order accompanies this motion.

Dated: March 24, 2020                                Respectfully submitted,


                          JOSEPH H. HUNT
                          Assistant Attorney General

                          MARCIA BERMAN
                          Assistant Director
                          Federal Programs Branch

                           /s/ Amber Richer
                          AMBER RICHER (CA Bar No. 253918)
                          Trial Attorney
                          U.S. Department of Justice
                          Civil Division, Federal Programs Branch
                          1100 L Street, NW
                          Washington, D.C. 20530
                          Tel: (202) 514-3489
                          Email: amber.richer@usdoj.gov

                          *Attorneys for Defendant*

# Exhibit 1
# Declaration of Heather V. Walsh

## DECLARATION OF HEATHER V. WALSH

I, Heather V. Walsh, make the following declaration based on personal knowledge and information made available to me in the course of my official duties:

1. I am the Deputy General Counsel in the Office of Management and Budget's ("OMB") Office of the General Counsel ("OGC"). Previously, I was an Assistant General Counsel in this office, and I have worked at OMB since 2009.

2. My office handles all requests submitted to OMB under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. One of my responsibilities is to supervise the staff responsible for handling FOIA requests. Due to my official duties, I am familiar with the procedures followed by OMB OGC in responding to FOIA requests. Additionally, I regularly work with OMB staff across multiple components of the agency, and am therefore familiar with the breadth and variety of OMB's involvement in issues across the Federal Government.

3. The purpose of this declaration is to update the Court about recent changes in circumstances related to the Federal Government's response to the novel Coronavirus disease (COVID-19) and how that has affected the resources OMB has available to meet the agency's obligations in FOIA cases.

4. On March 11, 2020, the World Health Organization publicly characterized COVID-19 as a pandemic.[1] On March 13, 2020, President Trump declared a National Emergency,[2] and on March 16, 2020, the President announced new guidelines to slow the spread of the virus,

---

[1] *See* Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19): Situation Summary*, available at https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/summary.html.

[2] *See Presidential Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, available at https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/.

including avoiding groups of more than 10 people and working or schooling from home whenever possible.[3]  These guidelines follow recommendations by the Centers for Disease Control and Prevention to engage in social distancing and, in some circumstances, to close schools.[4]  Further, OMB has issued guidance to the heads of all Federal agencies to implement maximum telework flexibilities.  OMB's guidance directs agencies "to offer maximum telework flexibilities to all current telework eligible employees, consistent with operational needs of the departments and agencies as determined by their heads."[5]

5.      The Acting Director of OMB further implemented OMB's guidance for his own agency through an email on March 15, 2020, sent to all OMB employees calling on supervisors to implement telework for all telework-ready employees starting on March 16, 2020.

### OMB's Limited Resources Available to Address High-Priority Work Addressing the Pandemic

6.      OMB's OGC is responsible for handling the agency's responses to all litigation involving the agency, including FOIA lawsuits.  Currently, OMB's OGC is representing the agency as a defendant in a record 42 active FOIA lawsuits.  Meanwhile, this same office is also the central provider of legal advice within OMB and the Executive Office of the President (EOP) on a host of legal, policy and budgetary matters concerning the COVID-19 pandemic.  Therefore, OMB's OGC is necessarily playing a leading role on a vast range of aspects of the Federal Government's response to the COVID-19 pandemic.

---

[3] *See The President's Coronavirus Guidelines for America*, available at https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf.

[4] *See* Centers for Disease Control and Prevention, *Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission*, available at https://www.cdc.gov/coronavirus/2019-ncov/downloads/community-mitigation-strategy.pdf.

[5] *See* OMB Memorandum M-20-15, *Updated Guidance for the National Capital Region on Telework Flexibilities in Response to Coronavirus*, available at https://www.whitehouse.gov/wp-content/uploads/2020/03/M20-15-Telework-Guidance-OMB.pdf.

7. To meet the drastic increase in demands for legal counsel within the agency, the EOP, and across the Federal Government, often under extremely short deadlines, OMB's OGC has dramatically restructured all of its staff assignments in recent days to apply all available resources to the pressing needs of administering the Federal Government's response to the COVID-19 pandemic. However, this strategy is being hampered by the unyielding need of a substantial portion of OMB's OGC staff resources to continue working on FOIA litigation at historically high levels to meet existing obligations in FOIA cases.

### Telework Does Not Allow Access to Secure Systems and Records

8. Additionally, some aspects of my office's work for OMB's current FOIA cases requires accessing secure and classified email systems and records. The terminals that allow access to these systems and records are located in OMB's secure areas and cannot be accessed remotely. As such, certain aspects of OMB's work on FOIA cases involving searches and processing of records on secure systems will be delayed.

9. For these reasons, it is vitally important that the Court grant a 30-day extension of its FOIA responsibilities so that OMB can shift staff resources to a variety of tasks that are essential to implementing the Executive Branch's response to the COVID-19 pandemic.

In accordance with 28 U.S.C. § 1746, I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Washington, District of Columbia, this 19th day of March, 2020.

_____
Heather V. Walsh
Deputy General Counsel
Office of the General Counsel
Office of Management and Budget

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2020, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

      /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE )<br>)<br>and )<br>)<br>OFFICE OF MANAGEMENT AND )<br>BUDGET, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:19-cv-03265-CKK |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.

It is further **ORDERED** that Defendants shall submit the supplemental declaration from OMB by April 29, 2020.

_____        _____
Date                                                                    HON. COLLEEN KOLLAR-KOTELLY
                                                                                United States District Judge