# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, Plaintiff, v. U.S. DEPARTMENT OF DEFENSE, Defendant. | Civil Action No. 19-3265 (CKK) |

## ORDER
(August 6, 2020)

In consideration of Defendants' Motion for Summary Judgment ("Defs,' Mot."), ECF No. 22, and Plaintiff's Cross-Motion for Summary Judgment ("Pl.'s Mot."), ECF No. 23, the Court hereby ORDERS

That the parties provide the following documents for in camera review: 8, 9, 11, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 28, 30, 33, 34, 35, 38, 40, 41, 42, 43, 44, 45, 51, 52, 53, 54, 56, 60, 63, 64, 66, 67, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 82, 83, 86, 92, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 111. For each of the listed documents, the Court needs to see only the information withheld under Exemption 5. Information withheld within those documents under other exemptions may remain redacted. Following the release of this Order, the Court shall contact Defendants to arrange a date and time for the delivery of the materials.

It is so ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge