IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CENTER FOR PUBLIC INTEGRITY,            )
                                        )
    *Plaintiff*,                         )
                                        )   No. 1:19-cv-03265-CKK
v.                                      )
                                        )
U.S. DEPARTMENT OF DEFENSE, *et al.*,   )
                                        )
    *Defendants*.                        )
_____)

## DEFENDANTS' NOTICE OF DELIVERY
## OF DOCUMENTS FOR *IN CAMERA* REVIEW

Defendants hereby provide notice that, pursuant to the Order dated August 6, 2020, ECF No. 33, they have delivered for *in camera* review the following documents: 8, 9, 11, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 28, 30, 33, 34, 35, 38, 40, 41, 42, 43, 44, 45, 51, 52, 53, 54, 56, 60, 63, 64, 66, 67, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 82, 83, 86, 92, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 111. Consistent with the Court's Order, information withheld within these documents under exemptions other than Exemption 5 remains redacted.

Dated: August 11, 2020                                Respectfully submitted,

                                                      ETHAN P. DAVIS
                                                      Acting Assistant Attorney General

                                                      MARCIA BERMAN
                                                      Assistant Director
                                                      Federal Programs Branch

                                                       /s/ Amber Richer
                                                      AMBER RICHER (CA Bar No. 253918)
                                                      Trial Attorney
                                                      U.S. Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      1100 L Street, NW
                                                      Washington, D.C. 20530
                                                      Tel: (202) 514-3489
                                                      Email: amber.richer@usdoj.gov
                                                      *Attorneys for Defendant*s