IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, *et al.*, ) <br> ) <br> *Defendants*. ) | No. 1:19-cv-03265-CKK |

**DEFENDANTS' NOTICE OF DELIVERY
OF DOCUMENT FOR *IN CAMERA* REVIEW**

Defendants hereby provide notice that, pursuant to the Minute Order entered August 19, 2020, they have delivered for *in camera* review document number 7, to which document 8 was attached. Consistent with the Court's Order, information withheld within this document under exemptions other than Exemption 5 remains redacted.

Dated: August 24, 2020                     Respectfully submitted,

                                          ETHAN P. DAVIS
                                          Acting Assistant Attorney General

                                          MARCIA BERMAN
                                          Assistant Director
                                          Federal Programs Branch

                                           /s/ Amber Richer
                                          AMBER RICHER (CA Bar No. 253918)
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, NW
                                          Washington, D.C. 20530
                                          Tel: (202) 514-3489
                                          Email: amber.richer@usdoj.gov
                                          *Attorneys for Defendant*s

1