UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br>　　Plaintiff<br>　　v.<br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br>　　Defendants | Civil Action No. 19-3265(CKK) |

**ORDER**
(August 28, 2020)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 28th day of August, 2020, hereby

**ORDERED** that Defendants' [22] Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART and that Plaintiff's [23] Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART. It is further

**ORDERED** that Defendants' Motion is DENIED and Plaintiff's Motion is GRANTED as to the withholdings under FOIA Exemption 5 for the first redaction in documents 44, 63, and 64, the redaction in document 54, and the second redaction in document 67. These redacted portions shall be released prior to SEPTEMBER 8, 2020. It is further

**ORDERED** that Defendants' Motion is otherwise GRANTED and Plaintiff's Motion is otherwise DENIED.

**SO ORDERED.  This is a final, appealable Order.**

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge