IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CENTER FOR PUBLIC INTEGRITY,                )
                                            )
    *Plaintiff*,                              )
                                            )   No. 1:19-cv-03265-CKK
v.                                          )
                                            )
U.S. DEPARTMENT OF DEFENSE, *et al.*,       )
                                            )
    *Defendants*.                            )
_____)

## DEFENDANTS' NOTICE OF RELEASE PURSUANT TO COURT ORDER

Defendants hereby provide notice that, pursuant to the Court's Order entered August 28, 2020, ECF No. 37, they have produced to Plaintiff the information in documents 44, 54, 63, 64, and 67 that the Court ordered released.

Dated: September 8, 2020            Respectfully submitted,

                                              JEFFREY BOSSERT CLARK
                                              Acting Assistant Attorney General

                                              MARCIA BERMAN
                                              Assistant Director
                                              Federal Programs Branch

                                               /s/ Amber Richer_____
                                              AMBER RICHER (CA Bar No. 253918)
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, NW
                                              Washington, D.C. 20530
                                              Tel: (202) 514-3489
                                              Email: amber.richer@usdoj.gov
                                              *Attorneys for Defendant*s