UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY， <br><br>     Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE <br><br> and <br><br> OFFICE OF MANAGEMENT AND BUDGET <br><br>     Defendants. | Civil Action No. 19-3265 (CKK) |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
TO MOVE FOR ATTORNEY'S FEES**

Plaintiff, the Center for Public Integrity, respectfully moves the Court to allow Plaintiff until December 11, 2020, to file a motion for attorney's fees under Federal Rule of Civil Procedure 54(d)(2).

The parties have conferred concerning Plaintiff's claim for attorney's fees. The parties are hopeful that they can finalize an agreement on this issue within the additional time requested.

Counsel for Defendants has communicated that Defendants do not object to this motion.

Respectfully submitted,

/S/Peter Newbatt Smith
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY | |
| Plaintiff, | |
| v. | Civil Action No. 19-3265 (CKK) |
| U.S. DEPARTMENT OF DEFENSE | |
| and | |
| OFFICE OF MANAGEMENT AND BUDGET | |
| Defendants. | |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to Move for Attorney's Fees, it is hereby:

ORDERED that Plaintiff may file a motion for attorney's fees on or before December 11, 2020.

Date: _____

                                            Hon. Colleen Kollar-Kotelly
                                            United States District Judge