## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 1:19-cv-03265-CKK |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### JOINT STATUS REPORT

Pursuant to the Court's Order dated December 9, 2020, the parties hereby report the following:

Defendants are still in the process of obtaining all the necessary governmental approvals to finalize the settlement of the Plaintiff's claim for attorney's fees.

The parties therefore propose to file a further joint status report by February 11, 2021, apprising the Court of the status of the settlement if they have not stipulated to dismissal by then.

1

Dated: January 11, 2021                                            Respectfully submitted,

 /s/ Peter Newbatt Smith_____                    JEFFREY BOSSERT CLARK
PETER NEWBATT SMITH                                       Acting Assistant Attorney General
(D.C. Bar No. 458244)
Center for Public Integrity                                       MARCIA BERMAN
910 17th St NW, 7th Floor                                      Assistant Director
Washington, D.C. 20006-2606                              Federal Programs Branch
Tel: (202) 481-1239
Email: psmith@publicintegrity.org                       /s/ Amber Richer_____
                                                                              AMBER RICHER (CA Bar No. 253918)
*Attorney for Plaintiff*                                             Trial Attorney
                                                                              U.S. Department of Justice
                                                                              Civil Division, Federal Programs Branch
                                                                              1100 L Street, NW
                                                                              Washington, D.C. 20530
                                                                              Tel: (202) 514-3489
                                                                              Email: amber.richer@usdoj.gov

                                                                              *Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:19-cv-03265-CKK |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, | ) |
| *Defendants*. | ) |

### **[PROPOSED] ORDER**

Upon consideration of the Joint Status Report filed January 11, 2021, it is hereby ORDERED that the parties shall file the next Joint Status Report by February 11, 2021, apprising the Court of the status of the settlement if they have not stipulated to dismissal by then.

Date: _____       _____

HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

1