IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CENTER FOR PUBLIC INTEGRITY,                )
                                            )
    *Plaintiff*,                              )
                                            )  No. 1:19-cv-03265-CKK
v.                                          )
                                            )
U.S. DEPARTMENT OF DEFENSE, *et al.*,       )
                                            )
    *Defendants*.                            )
_____)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Center for Public Integrity and Defendants U.S. Department of Defense and Office of Management and Budget hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: **January 15**, 2021                Respectfully submitted,


 /s/ Peter Newbatt Smith                    JEFFREY BOSSERT CLARK
PETER NEWBATT SMITH                         Acting Assistant Attorney General
(D.C. Bar # 458244)
Center for Public Integrity                 MARCIA BERMAN
910 17th Street, NW 7th Floor               Assistant Director
Washington, D.C. 20006-2606                 Federal Programs Branch
202-481-1239
psmith@publicintegrity.org                   /s/ Amber Richer
                                            AMBER RICHER (CA Bar No. 253918)
*Attorney for Plaintiff*                    Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, D.C. 20530
                                            Tel: (202) 514-3489
                                            Email: amber.richer@usdoj.gov

                                            *Attorneys for Defendants*