# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br>    Plaintiff,<br>    v.<br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br>    Defendants. | Civil Action No. 19-3265 (CKK) |

**ORDER**
(January 15, 2021)

In light of the parties' [44] Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 15th day of January, 2021 hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

Dated: January 15, 2021

                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge